# Attachment 1

## State Court Amended Order on Competency

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>9TH JUDICIAL CIRCUIT | Amended<br>~~FINDING AND~~ ORDER ON COMPETENCY | CASE NO. and JUDGE<br>2022-2031-FH<br>Judge: Honorable Pamela L. Lightvoet |
|---|---|---|

Court Address
**Trial Division - 227 West Michigan Avenue, Kalamazoo, Michigan 49007**

Court telephone no.
**(269) 383-8837**

| THE PEOPLE OF | v | Defendant's name, address, and telephone no. | |
|---|---|---|---|
| ☒ The State of Michigan<br>☐ ______________________ | | **Samuel Alexander Kuhl**<br>**G Robert Cotton Correctional Facility**<br>**#731991**<br>**3500 North Elm Road**<br>**Jackson MI 49201** | |
| | | CTN<br>**39-22008428-01** | SID<br>**MI-2746851J** |

Charge(s): PO-ASSAULT/RESIST/OBSTRUCT CAUSE INJURY; POLICE OFFICER-ASSAULT/RESIST/OBSTRUCT; POLICE OFFICER-ASSAULT/RESIST/OBSTRUCT; HABITUAL OFFENDER-4TH OFFENSE NOTICE

FILED
JUN 27 2023
9TH CIRCUIT COURT
COUNTY OF KALAMAZOO
KALAMAZOO, MICHIGAN

MCL/Ordinance citation(s): 750.81d(2); 750.81D1; 750.81D1; 769.12

Based upon a competency hearing with the defendant and defendant's counsel present,
**THE COURT FINDS AND IT IS ORDERED:**

☐ 1. The defendant is competent to stand trial. The case shall continue to the next stage of the criminal process.
☐ The defendant is receiving medication to maintain competency. The defendant, in order to maintain competency to stand trial, shall be administered appropriate medication pending and during trial.

---

☒ 2. This defendant is incompetent to stand trial but restorable. There is a substantial probability that the defendant, if provided a ~~court~~ course of treatment, will attain competence to stand trial within the time limit established by law. The defendant shall undergo treatment to render the defendant competent to stand trial. (PW)

a. MDHHS is appointed as the medical supervisor of treatment and the defendant shall be committed to the inpatient facility recommended by the Center for Forensic Psychiatry unless MDHHS determines that inpatient commitment is not necessary for the effective administration of the course of treatment. If inpatient commitment is not necessary and the defendant is not incarcerated, the Community Mental Health Services Program where the defendant resides is appointed as medical supervisor of treatment. MDHHS shall notify the court if a different medical supervisor should be appointed.

b. The court orders the disclosure of information necessary to facilitate treatment during the pendency of the criminal proceedings. Health information may be shared among the medical supervisor of treatment, the Center for Forensic Psychiatry, the county jail, mental health providers, regional state hospitals, the prepaid inpatient health plan, the Michigan Department of Corrections and others when necessary to coordinate care and treatment.

c. As a condition of release, the defendant shall comply with court-ordered treatment. An amended conditional release order shall be issued.

---

☐ 3. The defendant is incompetent to stand trial and not restorable. There is a substantial probability that the defendant, if provided a course of treatment, will not attain competence to stand trial within the time limit established by law. It has been alleged that the defendant may be a person requiring treatment as defined by MCL 330.1401 or meet the criteria for judicial admission as defined by MCL 330.1515. The prosecuting attorney is directed to file a petition for mental health treatment with the probate court.

---

☒ 4. Other: The Court previously ordered the MDOC to be responsible for Δ's treatment care as he was serving a sentence under 2021-1609 FH. However, as this court granted Δ's Motion for resentencing in that file – and ordered Δ to be released from MDOC + returned to the Kalamazoo County Jail immediately (i.e. returned to Kalamazoo), the Court hereby orders MDHHS to take over as the medical supervisor for Δ's treatment upon his return to the Kalamazoo County Jail.

Over.



Distribute form to:
Court
Defendant/Defendant's attorney
Center for Forensic Psychiatry
Prosecuting attorney
Sheriff
MDHHS

Page #1

[x] 4. Other continued:

The court further orders that all future updates from the Center for Forensic Psychiatry reference both of Δ's files: 2022-2031 FH AND 2021-1609 FH.

The court further orders that the next update/report from the Center for Forensic Psychiatry provide an opinion as to whether or not there is a substantial probability that the defendant, if provided a course of treatment, will attain competence to stand trial.

6/27/23

[signature] P47477

Hon. Pamela L. Lightvoet



Distribute form to:
Court
Defendant/Defendant's attorney
Center for Forensic Psychiatry
Prosecuting attorney
Sheriff
MDHHS

page #2