UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received February 2, 2024 and orders the Clerk to reject the motion with attachments and return the document(s) to Thomas Kuhl for the reason(s) noted below:

Filer is neither a party nor an attorney in this case and, therefore, may not submit any documents for filing.

IT IS SO ORDERED.

Dated: February 5, 2024

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge