RECEIVED-GR
March 4, 2024 1:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KG, 3/4

I am not guilty of any and all allegations against me by the CPS, Homeland Security, and United States in Case No. 1:23-cr-00044-JMB. I defend myself and go prose and object to any and all continuances and assert my rights to Speedy Trial and due process.

Samuel Kuhl,
S. Kuhl

Kuhl 202301785
1035 James
P.O. Box 845
White Cloud, MI 49349




Clerk of Court
U.S. District Court
Western Division
110 Michigan St. NW
Grand Rapids, 49503

49503$2363 C040