UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23−cr−00044−JMB

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
_____________________________________/

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received April 25, 2024 and orders the Clerk to reject the Letter with attachments and return the document(s) to Thomas Kuhl for the reason(s) noted below:

Filer is neither a party nor an attorney in this case and, therefore, may not submit any documents for filing.

IT IS SO ORDERED.

Dated: April 26, 2024

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge