RECEIVED- GR
July 23, 2024 2:03 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB 7/23

1:23-Cr-44 U.S. v. Kuhl

Copy 3

First and foremost I'm in federal custody illegally to conduct this examination under 18 U.S.C. Section 4241(d)(1) because I was in state custody and Federal Rule 35 of Civil Procedure allows the people who have custody of the party whose mental is being challenged to perform the exam. Feds had no custody only had jurisdiction of my complaint against the CPS. I'm also Shane Patrick Kuhl not Samuel Alexander Kuhl, a name forced upon me by the brainwashing and Mind Manipulation of the CPS. Samuel Alexander Kuhl is a fake illegal identity created by the CPS in 2003 or 2004 and they mutilated and falsified my identity documents to erase Shane my true identity and create Samuel. Samuel was not born on December 31, 1991 they save the best for last and Shane was born on December 31, 1991. Samuel was never born at all!! He was created illegally in 2003 or 2004 and therefore anything and everything done by or to Samuel Kuhl is invalid as well as anything ever owned by him. This mental challenge/countersuit is therefore invalid as well as my custody and commitment. It is also invalid because the 4 months allowed have long past and no Director/Judge determined my commitment could be extended. They had to bring me here in 10 days and failed and have violated time allowed to make final competency decision and civil commitment which is the Speedy Trial Act. If you illegally continue to hold me then the hearing and determination must be made no later than October 17, 2024 to keep me any longer and only the court can make that determination. (U.S. v. Lathan March 15, 2023 6th Cir.) Any finding of incompetent is invalid and I object and contest. I'm competent and demand to be returned to Kalamazoo County Jail for resentencing, this challenge/countersuit be dismissed, and my complaint against CPS be allowed to proceed. The language of 4241(d)(2)(A) also says my commitment can only be extended if the court determines.... I demand to be present at that determination hearing as allowed by 18 U.S.C. 4247(d). I am not guilty of incompetence, mental illness, mental dangerousness, depression, schizophrenia and demand this countersuit alleging such be terminated and my suit against the CPS proceed!!

Shane Patrick Kuhl (True Identity) S. Kuhl Samuel Kuhl (False and forced Identity) S. Kuhl

Copy 1 to my Uncle Tom Kuhl who is my power of attorney and true lead counsel
Copy 2 to investigator/Public Defender (defends public-lie, conflict of interest you say I'm danger to public, but I'm truly defending the public, he must be removed)
Copy 3 to U.S. District Court for Western District of Michigan (controlled by CPS)

RALEIGH NC 275
Research Triangle Region
19 JUL 2024 PM 2 L

LEGAL MAIL




Kuhl 61189510

Name: Number:

Federal Medical Center
P.O. Box 1600
Butner, NC 27509

U.S. District Court
399 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

49503-236399