UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23−cr−00044−JMB

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.
____________________________________/

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received September 23, 2024 and orders the Clerk to reject the Request for Subpoenas and return the document(s) to Samuel Alexander Kuhl for the reason(s) noted below:

Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

AND G88−340−CA6 is not a case in the U.S. District Court, Western District of Michigan

IT IS SO ORDERED.

Dated: September 24, 2024

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge