RECEIVED- GR
September 23, 2024 11:45 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: JW / 9-23

Nice try, I would like the subpeona issued to those parties and any and all they've may have corresponded with regarding the ~~R/~~ Kuhl/Hamrick Families before after the mentioned dates of the subpeona. Including but not limited to case 1:23-cr-44 and G88-340-CA6.

S. Kuhl 9-18-24
S. Kuhl 61189510

Please mark any mail sent to me "Legal Mail Open in Presence of Prisoner"

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE: SAMUEL KUHL #61189–510
/

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received September 3, 2024 and orders the Clerk to reject the Motion for Subpoena and return the document(s) to Samuel Kuhl #61189–510 for the reason(s) noted below:

Samuel Kuhl #61189–510 has several cases in this Court. The document does not clearly reference a case caption or case number. Therefore, the Court is unable to link this document to any of Samuel Kuhl #61189–510's cases.

If Samuel Kuhl #61189–510 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.

Dated: September 5, 2024

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge

U.S. District Court Western District of Michigan
Southern Division

RECEIVED - GR
September 3, 2024 2:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 9-5

# Motion For Subpoena

I present this subpoena for the following time period: Nov. 1, 2022 thru August 27, 2024.

This subpoena is against the following: CPS, MDOC Facilities RGC, WCC, and Jackson Level 2, Kalamazoo County Circuit Court, Pamela Lightvoet, Homeland Security, Kalamazoo Public Safety Department, U.S. Attorney Office, Kalamazoo Prosecutor Office, Ray Kent, Jane M. Beckering, BOP MCC Chicago and FMC Butner, Van Buren County, Allegan County, Dept of Justice, U.S. District Court Western District of Michigan Southern Division, U.S. 6th Circuit Court of Appeals and any agencies/staff/employee/agent within or associated with the afore mentioned. Also Fed. Public Defender Office & employees.

Who have access to or within their possession any property/tangible object, documents, correspondence, records, surveillance, or anything related to the Hamrick/Kuhl families, Shane Patrick Kuhl/Samuel Alexander Kuhl/Such person's complaint against the CPS, any counter complaint by the CPS anything at all concerning the afore mentioned in relation to any of the parties above.

Respectfully,

S. Kuhl 6118951O

S. Kuhl

August 27, 2024

S. Kuhl 61189510
Name: Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

LEGAL MAIL

RALEIGH NC 275
Research Triangle Region
20 SEP 2024 PM 6 L

Thinking of You

USA FOREVER

⇔61189-510⇔
Clerk Of The Court
Western District of MI
110 Michigan ST NW
Room 399
Grand Rapids, MI 49503
United States

LEGAL MAIL

49503-231799