United States District Court
for the Western District of
Michigan, Southern Division
1:23-cr-44

FILED - GR
October 15, 2024 1:42 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: JW / 10-15

To ignore or reject this is consenting to continuous conspiracy, retaliation, discrimination, and infliction of manifest injustice! I am demanding for all records, documents, and communications regarding the Kuhl/Harris families and my suit amongst you and any of your agencies! Failure to do so is a Brady violation! Also, the time for commitment under 4241(d) and/or Federal Rule of Criminal Procedure 35 has been exceeded since April 19, 2024! There has been no ~~dent~~ detention/bond hearing, nor was I made aware of or allowed to challenge any competency reports nor attend any competency proceedings particularly December 18, 2024! Continuously on behalf of the CPS you have blocked my access by forcing upon me the bias, incompetent, unwilling, non zealous, braindead, sell out, treasonous, passive, lump on a log counsel with whom you've already coaxed and trained to be complicit in this illegal retaliatory proceeding against me! As I am now, and continue to be, on October 14, 2024 I have been at FMC Butner for 120 days and must be released as it has been over 290 days since December 20, 2024! No extension nor determination has been made to extend my Federal Detention and I must immediately be released to Michigan State Custody! I demand that my complaint be reinstated against the CPS and I be allowed to amend such. If your lapdog Scott Graham will not accept and adopt this then remove him NOW! Do you truly think you're going to get away with this? Seeing as what you and your coconspirators have done in the past it does not surprise me but I tell you now you have chosen the wrong one or maybe the right one if looking at it from a true American's point of view. I will not succumb to your falsity and treachory but will continue to push for truth and true justice.

S. Kuhl 61189510

S. Kuhl October 7, 2024

S. Kuhl 61189510
Name: Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
8 OCT 2024 PM 2 L

As in past elections, USPS is ready.
If you choose to vote by mail, please mail early.

usa forever

LEGAL MAIL

⇔61189-510⇔
Clerk Of The Court
Western District of MI
110 Michigan ST NW
Room 399
Grand Rapids, MI 49503
United States

LEGAL MAIL

49503-231799