UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received 12/13/2024 and orders the Clerk to reject the Letter and return the document(s) to Samuel Alexander Kuhl for the reason(s) noted below:

Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

IT IS SO ORDERED.

Dated: December 16, 2024

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge