U.S. v. Kuhl, 1:23-cr-44

Dear J. Beckering, Dec. 10, 2024

I have not spoken one time to Mr. Graham. All pleadings I've made to this court have been ignored, as well as those I've expressed to Mr. Graham, just as it was with your coworker Douglas all working for the Public Defender office. There has been a huge neglect to me and my legitimite, non-~~frivolous~~ frivolous concerns. Issues, of retaliation, spoliation, vagueness, overbreadth, duplicity, and mutiplicity as well as selectiveness and vindictiveness. Several other concerns exist and I'm being ignored just as David was long ago by the CPS. The others have lied and turned on me as well Mr. Jones, Ms. Pagac everyone! Does the government face these issues as they team up and conspire to do away with my life? Do you ignore their pleadings? I know not. Please realize this evil entity for which you direct is standing for a cause other than what they portray. Please do something!

S. Kuhl
S. Kuhl

RECEIVED - GR
December 13, 2024 10:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 12-13

S. Kuhl 202301785
1035 James
P.O. Box 845
White Cloud, MI ~~49043~~
49349

GRAND RAPIDS MI 493
11 DEC 2024 PM 6 L




RECEIVED (GR)
U.S. District Court Clerk
DEC 13 2024
Western Michigan

Clerk of the Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, MI 49503

"THIS MAIL HAS ORIGINATED

FROM THE NEWAYGO COUNTY JAI

49503-230099