United States District Court For
THE Western District of Michigan
Southern Division

RECEIVED - GR
February 13, 2025 1:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB 2/13

United States of America

v.

Samuel Alexander Kuhl

CASE No. 1:23-cr-44

HON. Jane M Beckering

# MOTION TO OBJECT/NOTICE OF APPEAL

Now comes Samuel Kuhl, represented by counsel Scott Graham, proceeding on his own behalf to object/appeal the agreement to ~~recipric~~ reciprocal discovery and protective order. Grounds for such objection/appeal are as follows:

1) Full discovery is not being provided to the defendant and more than PII is being redacted, such as inculpatory and exculpatory evidence the prosecution will use in it key ~~cheif~~ case-in-chief at trial. This is known to Kuhl by FOIA requests revealing more info than that of what is being disclosed by the prosecution in discovery although the documents are the same.

2) Counsel Mr. Graham and the prosecution are spoon feeding Kuhl bits and pieces hindering his ability to prepare a proper defense and prove the vindictive, retaliatory, and selective prosecution at hand here, yet secretly sharing discovery from both ends to Kuhl's harm.

3) The parties are doing so intentionally to work against Kuhl as we all know!

As a result of this misconduct, and for other reasons, Kuhl prays for relief of complete discovery possessed by the government. Further, Kuhl requests hybrid representation to be able to adequately defend himself. This jail is illegally opening Kuhl's legal mail outside of his presence and possibly removing documents, and/or reading them. Due to Kuhl's grievance against such, Kuhl has been told the legal mail sent to him will be returned to sender! Hybrid representation can be allowed see United States v. Sullivan, CR-09-0167-DLJ (N.D. Cal. Apr. 12, 2012)

Respectfully Submitted,

S.Kuhl Feb. 7, 2025

S. Kuhl 61189510
1035 James St.
P.O. Box 845
White Cloud, MI 49349

Samuel Alexander Kuhl
#202301785
Newaygo (MCJ)
Newaygo County Jail
300 Williams St.
P.O. Box 845
White Cloud, MI 49349

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

GRAND RAPIDS MI 493
11 FEB 2025 PM 6 L




U.S. District Court
399 Federal Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399