UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

RECEIVED-GR
February 18, 2025 12:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB/418

United States of America,
Plaintiff,

v.

Samuel Alexander Kuhl,
Defendant.

CASE NO. 1:23-cr-44
HON. Jane M. Beckering

# NOTICE OF APPEAL

NOW COMES, Defendant Samuel Kuhl, proceeding on his own behalf to inform this Honorable Court to Appeal the following:

1) Decision to admit the FMC-Butner Report and not allow any objections.
2) Determination of Competency.
3) Decision to proceed with competency hearing and denying to honor my objections.
4) Decision not allowing me to Plea in Abatement.
5) Decision to not allow me to fire counsel and/or proceed prose, in order to raise issues such as Pretrial Conference Statement concerns.

The above referenced matters occurred today February 12, 2025. The grounds and laws for such appeal will be appropriately addressed with the Sixth Circuit Court of Appeals.

Respectfully Submitted,
S. Kuhl @ Feb. 12, 2025
S. Kuhl 61189510

S. Kuhl 61189510
P.O. Box 845
1035 James
White Cloud, MI 49349

GRAND RAPIDS MI 493
13 FEB 2025 PM 4 L




U.S. District Court
399 Federal Bldg.
110 Michigan NW
Grand Rapids, MI ~~49349~~
49503

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY

LEGAL MAIL

49503-236399