UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

# ORDER REJECTING PLEADING

The Court has examined the following document(s) received February 26, 2025 and orders the Clerk to reject the Motion and return the document(s) to Samuel Alexander Kuhl for the reason(s) noted below:

Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

IT IS SO ORDERED.

Dated: February 26, 2025

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge