# EXHIBIT 1

Pages 3 and 4 of SA Buttery's Application For Search Warrant

account discussed below. There is also probable cause to search the information described in Attachment A for evidence of these crimes, and contraband or fruits of these crimes, as described in Attachment B.

## PROOF OF THE SUBJECT OFFENSES

5. On December 01, 2022, I met with Michigan State Police (MSP) Trooper Colin Gensterblum. Gensterblum indicated that MSP had initiated a fraud investigation in October of 2022 involving KUHL, following KUHL's arrest in Wyoming, Michigan in October of 2022. During the course of that investigation MSP found indications that KUHL had engaged in a sexual relationship with a minor female named S.D. (DOB: XX/XX/2007 - JUVENILE PROTECT IDENTITY). MSP secured a SW to search the contents of KUHL's cellular device for Child Sexual Abuse Material (CSAM) and found text messages that indicated that a sexual relationship had occurred between KUHL and S.D., as well as child exploitative images and videos believed to be of S.D..

6. An interview of S.D. was conducted by MSP on November 09, 2022. S.D. stated that she did send and receive nude photographs and videos. She stated that KUHL had asked her to do so and that the two were in a dating relationship. S.D. stated that she had had sexual intercourse with KUHL approximately ten times prior to June of 2022, two of which occurred in a hotel room in South Haven, Michigan.

7. On January 25, 2023, I received a SW issued in the Western District of Michigan to search two phones belonging to Kuhl for evidence of the SUBJECT OFFENSES. An analysis of the extractions of those phones found communications between Kuhl and S.D. indicating that they were having a sexual relationship. Chat records also indicate that S.D. made Kuhl aware of her age and status as a minor. In a September 21, 2021, chat message S.D. told Kuhl that

she was not 17 or 16. Kuhl responded "Wait so you're 15?" A video dated October 26, 2021, appears to be a self-recorded cellular phone video made by [redacted] in which S.D. is touching her vagina. Additionally, a picture of Kuhl standing in front of a toilet with his pants partially down, urinating, was sent by Kuhl to S.D. on October 30, 2021. In the image Kuhl's penis is clearly visible. On October 31, 2021, S.D. sent Kuhl a chat message complaining that he had sent her a picture of him peeing.

8. Through reviewing publicly available Facebook information investigators identified the following Facebook user ID as being associated with KUHL: Facebook user ID NUMBER 100009165769099, vanity ID Shane Shane. While reviewing this Facebook page investigators observed multiple photographs of the individual I know to be Samuel Kuhl. I also know "Shane" to be an alias that KUHL uses based on multiple witness interviews and previous communications I have observed in which KUHL refers to himself as Shane.

9. I previously secured a search warrant issued in the Western District of Michigan for the subject Facebook ID (100009165769099) in connection to another FBI Detroit case. During an examination of the data provided by Facebook as a result of that SW, I observed communications between Kuhl and S.D. using Facebook messenger. Those communications were consistent with communications found on Kuhl's cellular devices.

10. In light of the forgoing, I seek this warrant to search Facebook ID 10009165769099, dating back to October 1, 2020, in an effort to identify child exploitative images and videos, as well as communications between Kuhl and S.D.

**INFORMATION ABOUT FACEBOOK AND FACEBOOK ACCOUNTS**

11. Meta Platforms Inc. owns and operates the free-access social networking website Facebook that can be accessed at http://www.facebook.com. Facebook allows its users to establish