# EXHIBIT 2

Stolsonburg's Supplement to KDPS report in connection with case no. 22-016407

D000017

# Incident/Investigation Report

**Agency:** KDPS **Case Number:** 22-016407 **Date:** 08/20/2024 16:24:55

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 11/04/2022 16:14:54 | ADDITIONAL INFORMATION | (13858) STOLSONBURG, JOHN |
| Contact Name | | Supervising Officer |
| | | (11610) CHENIER, DANIEL |

## Other Persons Involved

| Name Code | Seq. # | Name (Last, First, M) | Race | Sex | DOB |
|---|---|---|---|---|---|
| Involved, Other | 1 | PEASE, DANIEL HARVEY | W | M | [redacted] |

| Address | Home Phone |
|---|---|
| [redacted] | [redacted] |
| **Employer Name/Address** | **Business Phone** |
| LEONARD LANDSCAPING / | |

## Supplement Notes

INFORMATION:
I am currently assigned as a Task Force Officer (TFO) with the FBI assigned to the Western Michigan Violent Crimes Task Force. FBI Special Agent Buttery and I have been conducting an ongoing fraud investigation into Samuel Kuhl since early 2022. As part of that investigation, we learned that Kuhl uses 811 Oakland Dr. Apt. 7 as his "office". During the timeframe between February or March of 2022 and 11/3/22 surveillance has been conducted on this residence on numerous occasions. Samuel Kuhl has been followed from other locations to and from this address.

KUHL STATE TRIAL:
Kuhl was on trial in the 9th Circuit Court Kalamazoo beginning on 11/1/22 for felonious assault. felony firearm. possession of a firearm by felon, felony firearm and habitual offender - 4th offense. Kuhl left after the lunch break during the trial on 11/2/22 and never returned. Kuhl was found guilty on all five counts. Judge Lightvoet issued a warrant for Kuhl for fleeing during the trial. This warrant was signed on 11/3/22.

ARREST KUHL:
Det. Greg Day and FBI SA Buttery began conducting surveillance on Kuhl`s office located at 811 Oakland Dr. Kalamazoo, MI on 11/3/22. Det. Day witnessed a subject matching Kuhl`s physical description go in and out of the residence. Det. Day followed the vehicle that the subject left with to the area of Sprinkle/Kings Hwy. where a traffic stop was conducted and Kuhl fled on foot but was eventually caught and arrested.

LOCATE EVIDENCE:
PSO Jordan was given consent to search the vehicle that Kuhl fled from by the driver of the vehicle. PSO Jordan located a Gucci backpack, the other was an Alienware laptop backpack. Within the Alienware bag. PSO Jordan observed a white laptop, several credit/debit cards, as well as several smartphones. Inside the yellow Gucci backpack, PSO Jordan noted that it contained several touchscreen phones filling each of the three front pockets, as well as the main pocket of the bag. There were also several items of clothing within both bags, belonging to Kuhl. These bags were both seized as evidence by Det. Day and SA Buttery and transported back to KDPS CID as evidence.

PSO Jordan also collected two cellular phones believed to belong to Kuhl from the vehicle. The phones were a black Samsung, IMEI#356679323302753 and a black Iphone with sim tray ID#355143720291821. These phones were secured in the KDPS CID phone vault.

## Supplement Notes

RESPONSE TO KDPS:
I was not working at the time that Kuhl was apprehended and the above mentioned evidence was located. I was contacted at home and responded to KDPS HQ. Once at KDPS I observed the above referenced bags and the contents that had been taken out of them. Based upon the ongoing fraud investigation and this new evidence that was obtained, I decided to draft a search warrant for 811 Oakland Dr. Apt 7.

SEARCH WARRANT 811 OAKLAND DR. APT 7:
On 11/3/22 I drafted a search warrant for 811 Oakland Dr. Apt 7. This warrant was reviewed and signed by 8th District Court Judge Kathleen Hemingway on 11/3/22.

SEARCH WARRANT EXECUTION AT 811 OAKLAND DR. APT 7:
811 Oakland Dr. Apt 7 is an interior apartment within a 2-story residential structure. Det. Knauf, Det. Araujo and D/Sgt. Chenier had been allowed inside of the house and were securing Apartment 7 by standing outside of the door, ensuring no one went inside before the warrant was executed. Once the warrant was signed, I responded to 811 Oakland Dr. Apt 7 with the search warrant. After approximately a minute of knocking and announcing, I forced the door open with a ram since it was locked with a deadbolt. No subjects were located within the room. The room is located upstairs on the 2nd floor (NE bedroom) and is a single bedroom within the residence.

The following assisted in searching the room/vehicles:
Det. John Stolsonburg
FBI SA Jeff Buttery
Det. Tim Knight
Det. Ernst Knauf
Det. Nicholas Anderson
Det. Luis Araujo
Capt. Craig Habel

SECOND SEARCH WARRANT 811 OAKLAND DR. APT 7:
While conducting the search of 811 Oakland Dr. Apt 7 I located a United States Postal Service uniform (Pants and Shirt). I then responded back to KDPS drafted a second search warrant to include the USPS uniform as an item to be seized. This warrant was also signed by 8th District Court Judge Kathleen Hemingway on 11/3/22. I brought a copy of this warrant back to 811 Oakland Dr. Apt 7 while other Detectives were still on scene searching.

PHOTOGRAPHS:
Before and after photographs were taken of the bedroom, as well as the damage to the door. I also photographed the numerous ID's, cellular phones, computers, paperwork and other evidence seized. All photographs were uploaded to the KDPS CID media served to be saved as evidence.

TABULATIONS:
There are 3 tabulations for this case. Two of the tabulations are for SW tabulation items 1 - 17. The second tabulation correlates with the second search warrant and has 1 item, the USPS uniform. Copies of the search warrants as well as the tabulation were left inside of 811 Oakland Dr. Apt 7. I also sent copies of the tabulations to KCSO D/Sgt. Warren Misner so he could place copies of the tabulations in Kuhl's property at the jail.

SECURE DOOR:
On 11/3/22 after we finished searching the room, I contacted the landlord, Eleanor Heeringa and told her that the lock to room 7 had been broken

D000019

# Incident/Investigation Report

**Agency:** KDPS **Case Number:** 22-016407 **Date:** 08/20/2024 16:24:55

## Supplement Notes

and that it needed to be secured by maintenance. She said that she would have it taken care of.

EVIDENCE ON KUHLS PERSON:
Det. Greg Day searched Kuhl`s person incident to arrest and located the following:

A brown wallet in his front pants pocket with a large sum of cash. The cash was later counted by Det. Day and I and the total was 8,462 dollars (Denominations were: 64 - 100`s, 39 - 50`s, 5 20`s, 12 - 1`s). Also within the wallet was a Michigan ID card for Kuhl and an Illinois Driver`s license with Kuhl`s picture but the name of Michael Paul Polito [redacted] and a Baymont Hotel room key.

Also in his front pocket was a Michigan ID belonging to Brent Jason Hill [redacted] and a Social Security Card for Brent Hill.
The cash was packaged and placed into KDPS evidence as item #1.

The Wallet and Baymont room key was packaged and placed into KDPS evidence as item #2.

The MI ID cards. Social Security Card and Illinois license were packaged and placed into KDPS evidence as item #21.

EVIDENCE FROM ALIENWARE BAG:
Det. Knight searched the Alienware laptop backpack and documented what was inside in his supplemental report. I conducted a more detailed inventory of the bag prior to packaging and placing the items into KDPS evidence as listed below:

Craig S Wilkerson - Visa debit. Wells Fargo. [redacted]

Bruce Olivares - Mastercard. BMO Harris Bank. [redacted]

Jessica Witt - Visa debit. Fidelity. [redacted]

Jodi R Johnson - Visa debit, Wells Fargo. [redacted]

Roderick Stewart - Mastercard, Citi. [redacted]

Kesharia Hayes - Mastercard, Citi. [redacted]

Kesharia Hayes - Mastercard, Citi. [redacted]

Giovanna Rossi - Visa debit, Fidelity. [redacted]

Flavio Giovanni Tomassini - Visa debit. Fidelity. [redacted]

Brittany Dowling - Visa, Bank of America. [redacted]

Jacob Stack - Visa debit, Cash App. [redacted]

Samantha Grose - Visa. Bank of America. [redacted]

## Supplement Notes

Flavino Tomassini - Visa business debit, Schwab. [redacted]

Flavino Tomassini/Pekato Enterprises - Bank of America. [redacted]

VISA Vanilla gift debit card. [redacted]

1 AT&T Sim Card
All of these were logged into KDPS evidence under item#22.

Check books for:
Charity Barnes - Wells Fargo checks, [redacted]

Craig S Wilkerson - Wells Fargo checks, [redacted]

Flavio Giovanni Tomassini - Charles Schwab checks, [redacted]
These were logged into KDPS evidence as item #24.

Alienware I-7 Laptop Model P45E002 with charging cord, USB 2.0 adapter. SD card adapter and 128GB SD Card
These were logged into KDPS evidence as item #12

Alien Laptop backpack with miscellaneous chargers and power strip. Some of the chargers and cords also came from the Gucci bag.
These were logged into KDPS evidence as item #11

Pens, white out. erasers. xacto knives.
These were logged into KDPS evidence as item#20

Miscellaneous men`s clothing.
This was logged into KDPS evidence as item#3

EVIDENCE FROM GUCCI BAG:
SA Buttery searched the Gucci backpack and documented what was inside in his supplemental report. I conducted a more detailed inventory of the bag prior to packaging and placing the items into KDPS evidence as listed below:

40 cellular phones. some with tape on the back of them with a name written on the tape. The tape obscured some of the IMEI numbers making them unreadable without tampering with the tape.

Blue AT&T Model EA211002 with tape on the back and the name Jesse Macias on the tape.

Blue AT&T Model EA211002 with tape on the back and the name Andrea Snyder on the tape

# Supplement Notes

Gray AT&T Model U626AA, IMEI#866289050068263 with "No Ninja" written on back.

Blue AT&T Motorola Model XT2163-6 with tape on the back and the name Timothy on the tape.

Blue AT&T Motorola Model XT2163-6, IMEI#358385280702971, with "No Name Ninja" written on back.

Blue AT&T Model EA211002, IMEI#350025201758508, with tape on the back and the name Brittany Dowling on the tape.

Black Samsung Galaxy with tape on the back and the name Charity on the tape.

Blue AT&T Motorola Model XT2163-6, IMEI#354919470482855, with tape on the back and the name Greg Willford on the tape.

Gray Alcatel with two pieces of tape on the back and the name Shane Doneru RNO.

Blue AT&T Motorola Model XT2163-6, IMEI#358385280546147, with tape on the back and the name Craig Wilkerson on the tape.

Blue AT&T Motorola Model XT2163-6, with tape on the back and the name Matthew Muniz on the tape.

Black Iphone with Single lens camera, with tape on the back and the name Zane on the tape.

Blue AT&T phone, partial IMEI#353795, with tape on the back and the name Rodrick on the tape.

Blue AT&T Motorola Model XT2163-6, partial IMEI#358, with tape on the back and the name Samantha Grose BOA on the tape.

Gray AT&T Model U626AA, IMEI#866289050693359, with tape on the back and the name Phillip Belloli on the tape.

Blue AT&T phone with a single lens camera, with tape on the back and the name Flavio Tomassini on the tape.

Gray AT&T Alcatel phone with a single lens camera, with tape on the back and the name Kenneth on the tape.

Black AT&T Model EA1002, IMEI#351446111063624, with tape on the back and the name Tracy Stoll on the tape.

Blue AT&T Motorola Model XT2163-6, with tape on the back with the name Kevin on the tape.

Gray AT&T Model U626AA, with tape on the back with the name Ginny Welburn on the tape.

Blue Motorola phone with three cameras with tape on the back with the name Donald Lariccia on the tape.

Blue AT&T ModelV350U, partial IMEI#353795 with tape on the back and the name Jacob Stack on the tape.

Blue AT&T Model EA211002, IMEI#350025202666056 with tape on the back and the name Shori Teeple on the tape.

## Supplement Notes

Black AT&T phone with three cameras with tape on the back with the name Jessica Witt BOA on the tape.

Blue AT&T Model EA211002, IMEI#350025201777169, with tape on the back and the name Kesharia Hayes on the tape.

Blue AT&T Motorola Model XT2163-6, with tape on the back and the name of Bruce Olivares BMO on the tape.

Blue AT&T Motorola Model XT2163-6, with tape on the back and the name of Roopa Crawford on the tape.

Blue AT&T Motorola Model XT2163-6, with tape on the back and the name Giovanna Rossi on the tape.

Blue AT&T Motorola with three cameras, with tape on the back and the name Chris Waddell on the tape.

Blue AT&T Phone with a single camera on the back.

Blue AT&T Motorola Model XT2163-6, IMEI#358385280902746.

Black Iphone with a single camera on the back.

Blue AT&T Model EA211002, IMEI#350025201858829.

Black Iphone with a single camera on the back.

Blue AT&T Model V350U, IMEI#353795160389506.

Gray Iphone with single camera on the back.

Blue AT&T phone with a single camera on the back.

Gray AT&T Alcatel phone with a single camera on the back.

Gray Iphone with three cameras on the back.

Black Motorola with three cameras on the back.

These phones were logged into KDPS evidence as item 8.

A box of purple nitrile exam gloves was also located within the Gucci bag. The gloves remained in the bag and were packaged with the bag as KDPS evidence item 9.

EVIDENCE FROM 811 OAKLAND DR. APT 7:
The tabulation is attached to this report and the item numbers listed are as they were on the tabulation. I am also listing the correlating evidence room number for ease of finding the items if needed at a later date.
Item 1 - box of blank checks, located on east wall by Det. Knight. Logged into KDPS evidence with other blank check stock under item 7.

D000023

# Incident/Investigation Report

**Agency:** KDPS **Case Number:** 22-016407 **Date:** 08/20/2024 16:24:55

## Supplement Notes

Item 2 - Cyber Power PC tower (ET9412-1451) model C series, located on desk by Det. Knight. Logged into KDPS evidence as item 6.

Item 3 - Memory card, ID, Debit card, Top surface of desk by Det. Knight. ID is Illinois ID for Craig Dawson, [redacted] Debit card is a Visa readycard [redacted] The item listed as a memory card is actually a Ledger Nano S Crypto Hardware Wallet. Logged into KDPS evidence as item 17.

Item 4 - Five cellular phones, check and check paper, Det. Knight.
Blue AT&T phone with single camera.

Black Samsung Galaxy S9. IMEI#356917093296189

Blue AT&T Motorola Model XT2163-6, IMEI#358385280874275

Gray AT&T Model U626AA, IMEI#866289050066812

Black AT&T Model EA1002. IMEI#351446111073532. with tape on the back with the name Sugundo written on the tape.

The check was from Michigan Food Processors Cooperative Inc - 3958 W Chauvez Rd Ludington, MI 49431. Paid to Dunkley International Inc. 1910 Lake St. Kalamazoo. MI, dated 9/1/22 for 3,103.21. Check#021355, signed by Laurie L Bogner.
Logged into KDPS evidence as item 16.

Item 5 - Two cellular phones, multiple ID`s, checks, top left desk drawer by Det. Knight. There were also credit/debit cards taken from this location.
Black AT&T Model U626AA. IMEI#866289050074758. with tape on the back and the name James Sollowall written on the tape.

Blue AT&T Motorola. Model XT2163-6 with tape on the back and CPN written on the tape.

Michigan License for Rocky Joe Watson [redacted] (2 ID`s, both same)

Michigan License for Madison Dolinski [redacted]

Michigan License for Bradley David Renner [redacted]

Michigan License for Paul Douglas Edwards [redacted]

Michigan License for Adrianna Lena Gumpert [redacted]

Michigan License for William David Hitchcock [redacted]

Illinois License for Michelle Lavieri [redacted]

Visa gift [redacted]

## Supplement Notes

Visa debit card - Chase bank. Kharybian Hughes, [redacted]

Citizens debit card - William D Hitchcock, [redacted]

Huntington debit card - Destiny K Jordan, [redacted]

Wells Fargo debit card - Scott D Wagner, [redacted]

Discover debit card - Gary Plunkett, [redacted]

Wells Fargo debit card - Gary Plunkett, [redacted]

PNC Bank Mastercard debit - James M Hertig, [redacted]

A google FI phone card
These were logged into KDPS evidence as item 18.

Item 6 - AT&T Cellular phone, top surface of desk by Det. Knight. Logged into KDPS evidence item 17.

Item 7 - Bank and credit card statements, located by Det. Knight on the floor near the desk.

Fidelity Debit Card paperwork for Jessica Witt

Regions Bank paperwork for Flavio Tomassini

PNC Bank paperwork for Flavio Tomassini indicating that he opened three accounts on 10/21/22

Discover paperwork for Flavio Tomassini for opening an account, [redacted]
These were logged into KDPS evidence as item 19.

Item 8 - Fine grit sand paper, 2 bottles of Acetone nail polish remover and one bottle of brake fluid. Located on a shelf on the west wall by Det. Stolsonburg
This was logged into KDPS evidence as item 10.

Item 9 - Blank check stock along with Kalamazoo County court paperwork for Kuhl mixed in with the check stock. Located on a shelf on the west wall by Det. Stolsonburg.

The check stock was logged into KDPS evidence under item 7.

The Kuhl court paperwork was logged into KDPS evidence under item 23.

Also located in this area, but on the ground under the shelf was a voter registration application for Rolanda Cooper, [redacted] and a PNC mailer

## Supplement Notes

for Rolanda Cooper with the address of [redacted]. These items were also logged under item 23.

Item 10 - Nike shoe box with blank check stock, located on floor along the north wall by Det. Nick Anderson. This was logged into KDPS evidence under item 7.

Item 11 - HP Envy Printer which contained check ink and blank check stock, located on floor on north wall by Det. Nick Anderson. This was logged into KDPS evidence under item 5.

Item 12 - HP 4155MX printer, located on the desk surface by Det. Knight.
This was logged into KDPS evidence under item 4.

Item 13 - Multiple receipts, sim cards and Samsung cellular phone, located on west floor by FBI SA Buttery.
Black Samsung phone, IMEI#355151130843065, 3 T-Mobile sim cards, Walmart receipt, food receipt empty 100 dollar visa gift card package, Four 40 dollar AT&T prepaid card packages and a Visa Gift Card [redacted] - there is tape on the card with the number 300 written on it. These were logged into KDPS evidence under item 14.

Item 14 - Blank check stock, located in the right lower desk drawer by Det Knight. This was logged into KDPS evidence under item 7.

Item 15 - Check printing ink, located on desk surface by Det. Nick Anderson. This is Versaink and is logged into KDPS evidence under item 15.

Item 16 - 2016 Red Nissan 370z, MI/REG SBCBOSS, VIN#JN1AZ4EH2GM932612, located in the driveway and searched by Det. Knauf. This vehicle was impounded to McDonalds Towing.

Item 17 - 2009 Silver Ford Focus, MI/REG EKU7991, VIN#1FAHP236N59W188940, located in the driveway and searched by Det. Araujo. This vehicle was impounded to McDonalds towing.

EVIDENCE FROM 811 OAKLAND DR. APT 7 - SECOND SEARCH WARRANT:
Item 1 - USPS uniform, located on the west floor under the shelves by Det. Stolsonburg. The pants are a size 31R and the shirt is a size Large. The chest of the shirt has a patch that says United States Postal Service. This was logged into KDPS evidence under item 13.

INTERVIEW DANIEL PEASE:
After the execution of the search warrant SA Buttery and I contacted Daniel Pease, who also resides at 811 Oakland Dr. but in a different room. Pease refused to come out of his room or provide any useful information. Pease was upset that the Ford Fusion was taken and said that it belongs to Linda. I told him that Linda was deceased and he didnt respond to me.

Respectfully Submitted,

Det. John Stolsonburg 13858
11/4/22 at 1620hrs

D000026

# Incident/Investigation Report

**Agency:** KDPS **Case Number:** 22-016407 **Date:** 08/20/2024 16:24:55

## Supplement Notes

D000027

# Incident/Investigation Report

**Agency:** KDPS **Case Number:** 22-016407 **Date:** 08/20/2024 16:24:55

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 11/15/2022 09:38:00 | ADDITIONAL INFORMATION | (13858) STOLSONBURG, JOHN |
| Contact Name | | Supervising Officer: (11610) CHENIER, DANIEL |

## Other Persons Involved

| Name Code | Seq. # | Name (Last, First, M) | Race | Sex | DOB |
|---|---|---|---|---|---|
| Involved, Other | 2 | MCKINLEY, DEON ANTHONY JR | B | M | [redacted] |

| Address | Home Phone |
|---|---|
| [redacted] | [redacted] |
| **Employer Name/Address** | **Business Phone** |
| MVP TOWING/AUTO SALES / | |

## Supplement Notes

TURN OVER EVIDENCE:
On 11/15/22 I turned over the following evidence from KDPS to FBI SA Buttery in Kalamazoo, MI:

BARCODE - 727486 CYBERPOWER PC DESKTOP COMPUTER

BARCODE - 727487 BOX FULL OF BLANK CHECK STOCK

BARCODE - 727788 40 CELLULAR PHONES

BARCODE 727492 I-7 LAPTOP ALIEN W PLUG, SANDISK USB ADAPTER W/ 128GB SD CARD, USB ADAPTER

BARCODE - 727496 5 CELL PHONES, CHECK FOR MI FOOD PROCESSING, BLANK CHECK STOCK

BARCODE - 727497 CHECK AT&T PHONE FOR MILTON MOORE. ILL ID FOR CRAIG DAWSON, VISA DEBIT CARD, USB DRIVES

BARCODE - 727498 ID's, CREDIT CARDS, CHECKS, 2 AT&T PHONES, GOOGLE FI

Black Samsung, IMEI#356679323302753 and a black Iphone with sim tray ID#355143720291821 - From KDPS CID phone vault

Respectfully Submitted,

Det. John Stolsonburg 13858
11/15/22 at 0942hrs

D000028

# Incident/Investigation Report

**Agency:** KDPS **Case Number:** 22-016407 **Date:** 08/20/2024 16:24:55

## Supplement Notes

D000029

# Incident/Investigation Report

**Agency:** KDPS **Case Number:** 22-016407 **Date:** 08/20/2024 16:24:55

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 11/30/2022 08:25:02 | ADDITIONAL INFORMATION | (13858) STOLSONBURG, JOHN |
| **Contact Name** | | **Supervising Officer** |
| | | (11610) CHENIER, DANIEL |

## Supplement Notes

CONTACT VESTAVIA HILLS ALABAMA DETECTIVE:
On 11/29/22 I was contacted by Detective Chris Kohaut, a detective with Vestavia Hills Alabama PD reference a fraud investigation. Kohaut's phone number is [redacted]. Det. Kohaut advised that he had been conducting a fraud investigation where checks were stolen from a victim in his jurisdiction - Albert E Bonds Jr and Janet A Bonds. Det. Kohaut advised that the check was stolen from those victims and washed and rewritten for 10,350 dollars. Det. Kohaut stated that his suspect was Milton Anthony Moore, B/M, 4/6/53 and that he utilizes the following addresses: [redacted] and [redacted]. I asked Det. Kohaut if he has ever spoken with Moore or knew what he looks like and he said that he has never spoken with him, that everything was done through online banking. Det. Kohaut advised that the money would be placed into Fidelity accounts and then sit there for about a week and then be moved to a different account. Det. Kohaut stated that he obtained subpoenas for some of the bank account information and also provided me with the phone number used for the online banking [redacted]. The reason Det. Kohaut contacted KDPS is because he noticed a check that Milton Moore had also used that was written from a checkbook with the name Charity Barnes from [redacted] (Wells Fargo Check).

Det. Kohaut provided me with his report and documents he received pursuant to his subpoenas. I attached the report and documents to this case.

CONNECTION TO SAMUEL KUHL:
Milton Moore is believed to be a stolen identity used by Samuel Kuhl.

One of the phones seized from Kuhl had tape on the back of it with the name Milton Moore. Kuhl also had the stolen and washed check from Albert and Janet Bonds (check#4056) for 10,350 dollars that was signed for a Fidelity mobile deposit in his "office" room located in his desk (seized by KDPS search warrant).

The checkbook for Charity Barnes, Wells Fargo checks, [redacted] was located inside of Kuhl's Alienware Laptop bag.

The two other checkbooks located in Kuhl's Alienware Laptop bag were for Flavio Tomassini and Craig S Wilkerson. Both of those checkbooks use the same address that was used for Milton Moore, [redacted].

MSP INVESTIGATION INTO SAMUEL KUHL:
FBI SA Buttery was listening to Kuhl's jail calls and noted that he had mentioned having a case out of the Grand Rapids area. Contact was made with Wyoming PD and it was learned that a fraud case was turned over to MSP.

On 11/30/22 I contacted MSP D/Sgt. Plangger with the MSP Fraud Investigation Unit. D/Sgt. Plangger looked up recent cases they had involving Kuhl and located two - case numbers FIT-0000087-22 and FIT-0000091-22 that are both being investigated by MSP Tpr. Colin Gensterblum. D/Sgt. Plangger provided me with copies of both reports. Of the fraudulent credit cards located on Kuhl, I noticed that several of them appeared to be the same as the cards that were seized from Kuhl during his arrest and search warrant of his "office".

D000030

# Incident/Investigation Report

**Agency:** KDPS **Case Number:** 22-016407 **Date:** 08/20/2024 16:24:55

## Supplement Notes

The cards located by Wyoming PD are as follows:
Craig S Wilkerson [redacted]
Gary Plunkett [redacted]
Thomas B Kuhl [redacted]
Mona Lisa Ames [redacted]
Roderick Stewart [redacted]
Charles Brown [redacted]
Milton Moore [redacted]
Kesharia Hayes [redacted]
Christopher Waddell [redacted]
Jacob Stack [redacted]

After a review of the reports it appears that Kuhl was arrested in Wyoming, MI and had numerous FTD's on his person and several thousands of dollars in cash. The cards, cash and his cellular phone were all seized as evidence. A search warrant was obtained for his phone which revealed more fraudulent activity as well as CSAM, which prompted MSP to open a CSC investigation (FIT-0000091-22) and a subsequent search warrant for the CSAM. Both investigations are currently ongoing with MSP being investigated by Tpr. Gensterblum.
I attached the MSP investigations to this report.

PHONE DOWNLOAD FROM MSP:
On 12/1/23 SA Buttery and I made contact with MSP Tpr. Genterblum at MSP HQ in Walker, MI. Tpr. Gensterblum had obtained a search warrant to download the contents of Kuhl's phone from his arrest in Wyoming, MI. Tpr. Gensterblum was able to provide me with a copy of the phone download to bring back to Kalamazoo and be analyzed at a later date pending a federal search warrant for CSAM on the phone.

INTERVIEW THOMAS KUHL:
Thomas Kuhl is Samuel Kuhl's uncle. Thomas has several of Samuel's vehicle's registered in his name and opened a Bitcoin account for Samuel's use as well.

On 12/6/22 FBI SA Buttery and I interviewed Thomas at his residence, 710 Collins. SA Buttery drafted a report on the interview.

ADDITIONAL INFORMATION:
A federal arrest warrant was obtained for Samuel Kuhl on 4/26/23, signed by Judge Phillip Green for sexual exploitation of a minor and attempted coercion and enticement. This fraud investigation, along with another KDPS/FBI (KDPS#22-005993)fraud investigation into Kuhl is closed at this time.

CASE STATUS:
Closed, inactive.

Respectfully Submitted,

Det. John Stolsonburg 13858
5/21/24 at 1057hrs