**EXHIBIT 2**

Hillie Superseding Indictment

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**
**Grand Jury Sworn in on January 8, 2016**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-030** |
| **v.** | : | |
| **CHARLES HILLIE,** <br> **Defendant.** | : | **VIOLATIONS:** <br> **18 U.S.C. § 2251(a)** <br> **(Sexual Exploitation of a Minor);** <br> **18 U.S.C. § 2252(a)(4)(B)** <br> **(Possession of Images of a Minor Engaging in Sexually Explicit Conduct)** <br> **18 U.S.C. § 2251(a) and (e)** <br> **(Attempted Sexual Exploitation of a Minor);** <br> **22 D.C. Code §§ 3008, 3020(a)(2) and (5)** <br> **(First Degree Child Sexual Abuse (with Aggravating Circumstances));** <br> **22 D.C. Code §§ 3009, 3020(a)(2) and (5)** <br> **(Second Degree Child Sexual Abuse (with Aggravating Circumstances));** <br> **22 D.C. Code §§ 3009.02, 3020(a)(2) and (5)** <br> **(Second Degree Sexual Abuse of a Minor (with Aggravating Circumstances))** |

**SUPERSEDING INDICTMENT**

The Grand Jury Charges:

**SEXUAL EXPLOITATION OF A MINOR**

**COUNT ONE**

Between on or about July 1, 2008, and on or about August 30, 2010, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally employ and use J.A.A., a female minor between eleven and thirteen years of age, to engage in sexually explicit conduct, that is, the lascivious exhibition of J.A.A.'s genitalia and pubic area, for the purpose of

producing any visual depiction of such conduct, by **CHARLES HILLIE'S** surreptitious recording of J.A.A. in the bedroom of J.A.A.'s residence, depicted in the video file entitled 602521600_987648306.3gp, and the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a))

**COUNT TWO**

Between on or about July 1, 2008, and on or about August 30, 2011, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally employ and use J.A.A., a female minor between eleven and fourteen years of age, to engage in sexually explicit conduct, that is, the lascivious exhibition of J.A.A.'s genitalia and pubic area, for the purpose of producing any visual depiction of such conduct, by **CHARLES HILLIE'S** surreptitious recording of J.A.A. in the bathroom of J.A.A.'s residence, depicted in the video file entitled 846651392_1015183410.3gp, and the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a))

**COUNT THREE**

Between on or about July 1, 2008, and on or about August 30, 2011, in the District of Columbia, the defendant, **CHARLES HILLIE,** did knowingly possess on a Dell laptop the video file entitled 602521600_987648306.3gp and the video file entitled 846651392_1015183410.3gp,

which were produced using materials which had been mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer, and the production of such visual depictions involved the use of J.A.A., a minor female between eleven and fourteen years of age, engaging in sexually explicit conduct, that is, the lascivious exhibition of J.A.A.'s genitalia and pubic area, and such visual depictions were of such conduct.

(**Possession of Images of a Minor Engaging in Sexually Explicit Conduct**, in violation of Title 18, United States Code, Section 2252(a)(4)(B))

**COUNT FOUR**

Between on or about May 1, 2007, and on or about May 31, 2012, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally attempt to employ and use J.A.A., a female minor between ten and fifteen years of age, to engage in sexually explicit conduct, that is, the lascivious exhibition of J.A.A.'s genitalia and pubic area, for the purpose of producing any visual depiction of such conduct, by **CHARLES HILLIE'S** surreptitious recording of J.A.A. in the bathroom of J.A.A.'s residence, depicted in the video file entitled J.3gp, and the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

**COUNT FIVE**

Between on or about July 1, 2008, and on or about August 30, 2011, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally attempt to

employ and use J.A.A., a female minor between eleven and fourteen years of age, to engage in sexually explicit conduct, that is, the lascivious exhibition of J.A.A.'s genitalia and pubic area, for the purpose of producing a visual depiction of such conduct, by **CHARLES HILLIE'S** surreptitious recording of J.A.A. in the bathroom of J.A.A.'s residence, depicted in the video file entitled 738738176_828114484.3gp, and the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

**COUNT SIX**

On or about October 12, 2011, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally attempt to employ and use J.A.A., a fourteen-year-old minor female, that is, the lascivious exhibition of J.A.A.'s genitalia and pubic area, for the purpose of producing any visual depiction of such conduct, by **CHARLES HILLIE'S** surreptitious recording of J.A.A. in the bedroom of J.A.A.'s residence, depicted in the video file entitled 20111012_170649.3gp and which was renamed 720.3gp, and the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

**COUNT SEVEN**

Between on or about July 1, 2011, and on or about May 31, 2012, in the District of Columbia, the defendant, **CHARLES HILLIE**, did knowingly and intentionally attempt to

employ and use J.A.A., a female minor between fourteen and fifteen years of age, to engage in sexually explicit conduct, that is, the lascivious exhibition of J.A.A.'s genitalia and pubic area, for the purpose of producing any visual depiction of such conduct, by **CHARLES HILLIE'S** surreptitious recording of J.A.A. in the bedroom of J.A.A.'s residence, depicted in the video file entitled 065.3gp, and the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

**SEXUAL ABUSE OF J.A.A.**

**COUNT EIGHT**

Between on or about July 1, 2007, and on or about August 30, 2010, in the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A.A., a child under sixteen years of age, that is, between ten and thirteen years of age, engaged in a sexual act with that child, that is, penetration of J.A.A.'s vulva by **CHARLES HILLIE's** finger, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed First Degree Child Sexual Abuse as charged in Count Eight of this Indictment, J.A.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A.A., in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with

any duty or responsibility for the health, welfare, or supervision of J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

**(First Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3008, 3020(a)(2) and (5) (2001 ed.))

**COUNT NINE**

Between on or about July 1, 2007, and on or about August 30, 2009, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A.A., a child under sixteen years of age, that is, between ten and twelve years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.A.'s buttocks, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Nine of this Indictment, J.A.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A.A., in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

**(Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

COUNT TEN

Between on or about July 1, 2007, and on or about May 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A.A., a child under sixteen years of age, that is, between ten and fifteen years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.A.'s breast, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Ten of this Indictment, J.A.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A.A., in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

COUNT ELEVEN

Between on or about July 1, 2007, and on or about May 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A.A., a child under sixteen years of age, that is, between ten and fifteen years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.A.'s vulva, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of

**CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Eleven of this Indictment, J.A.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A.A., in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

**<u>COUNT TWELVE</u>**

Between on or about June 1, 2014, and on or about June 30, 2014, within the District of Columbia, the defendant, **CHARLES HILLIE,** being thirty years old, and being in a significant relationship with J.A.A., a seventeen-year-old minor female, in that **CHARLES HILLIE** was more than four years older than J.A.A. and resided in the same dwelling as J.A.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.A ., engaged in sexual contact with J.A.A., that is, contact between **CHARLES HILLIE's** hand and J.A.A.'s buttocks, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Sexual Abuse of a Minor (with Aggravating Circumstances)**, in violation of 22 District of Columbia Code, Sections 3009.02, 3020(a)(5) (2001 ed.))

**SEXUAL ABUSE OF J.A.**

**COUNT THIRTEEN**

Between on or about May 5, 2011, and on or about December 31, 2011, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, nine years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s breast, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Thirteen of this Indictment, J.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

## COUNT FOURTEEN

Between on or about May 5, 2011, and on or about December 31, 2011, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, nine years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s vulva, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Fourteen of this Indictment, J.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

## COUNT FIFTEEN

Between on or about June 1, 2012, and on or about December 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, ten years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s buttocks, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Fifteen of this Indictment, J.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

## COUNT SIXTEEN

Between on or about June 1, 2012, and on or about December 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, ten years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s breast, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Sixteen of this Indictment, J.A. was under the age of 18 years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

**COUNT SEVENTEEN**

Between on or about June 1, 2012, and on or about December 31, 2012, within the District of Columbia, the defendant, **CHARLES HILLIE**, being more than four years older than J.A., a child under sixteen years of age, that is, ten years of age, engaged in sexual contact with that child, that is, contact between **CHARLES HILLIE's** hand and J.A.'s vulva, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of **CHARLES HILLIE** or J.A.

*The Grand Jury further charges* that at the time **CHARLES HILLIE** committed Second Degree Child Sexual Abuse as charged in Count Seventeen of this Indictment, J.A. was under the age of eighteen years and **CHARLES HILLIE** had a significant relationship to J.A., in that **CHARLES HILLIE** was more than four years older than J.A. and resided in the same dwelling as J.A., and in that **CHARLES HILLIE** was the paramour of the person who was charged with any duty or responsibility for the health, welfare, or supervision of J.A.

*The Grand Jury further charges* that **CHARLES HILLIE** is or has been found guilty of committing sex offenses against two or more victims.

(**Second Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020 (a)(2) and (5) (2001 ed.))

A TRUE BILL

FOREPERSON

Attorney of the United States
And for the District of Columbia