**EXHIBIT** #3

Comer Indictment

2010 NOV 23 A 10: 43
S. DIST. OHIO
COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :

PLAINTIFF, :

vs. :

LARRY G. COMER :

DEFENDANT. :

CASE No. 2 : 10 cr 292

JUDGE JUDGE SARGUS

18 U.S.C. § 1470
Transfer of Obscene Material to Minors
(Count 1)

18 U.S.C. § 2422(b)
Coercion and Enticement
(Count 2)

18 U.S.C. § 2260A
Commission of Felony Offense Involving a Minor by Sex Offender
(Count 3)

18 U.S.C. § 2252(a)(4)(B)
Possession of Visual Depictions
(Count 4)

18 U.S.C. § 2253(a)(1)and (3)
Forfeiture
(Forfeiture A)

INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

**18 U.S.C. § 1470**
**Transfer of Obscene Material**
**to Minors**

On or about August 2, 2010, in the Southern District of Ohio, LARRY G. COMER, an adult male, did knowingly use the Internet, a facility of interstate commerce, to knowingly transfer obscene matter, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, by sending tnlarry c.jpg, a digital image of his erect penis, to whom he believed was a 15 year old female.

In violation of Title 18 U.S.C. §1470.

## COUNT TWO

**Coercion and Enticement**
**18 U.S.C. § 2422(b)**

Between on or about August 2, 2010 and October 25, 2010, in the Southern District of Ohio, Defendant LARRY G. COMER did knowingly use or attempt to use a facility or means of interstate commerce, that is, the Internet and a cellular phone, to attempt to persuade, induce or entice an individual who has not attained the age of 18 years, to engage in sexual activity for which said defendant can be charged with a criminal offense.

In violation of Title 18 U.S.C. § 2422(b).

## COUNT THREE

**Commission of Felony Offense Involving a Minor**
**by Sex Offender**
**18 U.S.C. § 2260A**

Between on or about August 2, 2010 and October 25, 2010, in the Southern District of Ohio, defendant LARRY G. COMER, being required by Federal and state law to

register as a sex offender, did knowingly use or attempt to use a facility or means of interstate commerce, that is, the Internet and a cellular phone, to persuade, induce or entice an individual who has not attained the age of 18 years, to engage in sexual activity for which said defendant can be charged with a criminal offense, in violation of Title 18 U.S.C. § 2422(b).

In violation of Title 18 U.S.C. § 2260A.

**COUNT FOUR**

**Possession of Visual Depictions**
**18 U.S.C. § 2252(a)(4)(B)**

On or about October 25, 2010, in the Southern District of Ohio, defendant, LARRY G. COMER, knowingly possessed one or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)), and such depictions being of such conduct, to wit:

**FILE NAME:**

kimmie018.jpeg; kimmie022.jpg;

In violation of Title 18 U.S.C. §2252(a)(4)(B)

**FORFEITURE**
**Forfeiture A**

**18 U.S.C. § 2253(a)(1) and (3)**

The allegations of Counts **One** thru **Four** of this Indictment are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging

forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offense alleged in Counts **One** thru **Four** this Indictment, and upon conviction thereof, Defendant **LARRY G. COMER** shall forfeit to the United States:

(a) all matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped and possessed in violation thereof; and,

(b) all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. One (1) Toshiba Satellite P105 desktop computer, Serial #X6165910W; and
2. One (1) Medion 8825 desktop computer, Serial #14522010002758.

In violation of 18 U.S.C. § 2253(a)(1) and (3).

A TRUE BILL.

S/Foreperson
FOREPERSON

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS (0023428)
Columbus Branch Chief