# EXHIBIT 4

Edington Indictment

JAMES BONINI
CLERK

10 DEC 21 PM 2:49

SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,** :

**PLAINTIFF,** :

**CASE No.** 2:10CR 335

**vs.** :

**JUDGE** Sargus

**JEREMY A. EDINGTON** :

**DEFENDANT.** :

**18 U.S.C. § 2422(b)**
**Coercion and Enticement**
**(Count 1)**

**18 U.S.C. § 2252(A)(2) and (B)(1)**
**Receipt of Visual Depictions**
**(Count 2)**

**18 U.S.C. § 2252(a)(4)(B)**
**Possession of Visual Depictions**
**(Count 3)**

**18 U.S.C. § 2253(a)(1)and (3)**
**Forfeiture**
**(Forfeiture A)**

**I N D I C T M E N T**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

**Coercion and Enticement**
**18 U.S.C. § 2422(b)**

On or about July 26, 2010, in the Southern District of Ohio, **JEREMY A. EDINGTON** did knowingly use or attempt to use a means or facility of interstate commerce, that is, the

Internet and a cellular phone, to persuade, induce or entice an individual who had not attained the age of 18 years, to engage in sexual activity for which said defendant can be charged with a criminal offense.

In violation of Title 18 U.S.C. § 2422(b).

## COUNT TWO

**Receipt of Visual Depictions**
**18 U.S.C. § 2252(a)(2) and (b)(1)**

On or about between February 14, 2009, and July 26, 2010, in the Southern District of Ohio, Defendant **JEREMY A. EDINGTON** knowingly received and attempted to receive one or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, and such depictions being of such conduct, to wit:

**FILE NAME**: GOOD LITTLE BOYS P101 (pthc, gay, pedo) Mikael & his friend sucks Mikaels Daddy (2 cums !!!).mpg

**FILE NAME**: real underage fuck cum baby 2yo rape crys Babyshivid husssfan r@ygold pthc-2Yo Toddler Naked On M.mpg

**FILE NAME**: Young Boys - RF04 - 006 kdv rbv pjk rf# s00 hmv brn gerbys preteen boys boy sex starskysh yamad f.mpg

In violation of Title 18, United States Code, Section 2252(a)(2) and (b) (1).

## COUNT THREE

**Possession of Visual Depictions**
**18 U.S.C. § 2252(a)(4)(B) and (b)(2)**

On or about July 26, 2010, in the Southern District of Ohio, defendant, **JEREMY A. EDINGTON**, knowingly possessed one or more visual depictions that had been mailed, shipped and transported in interstate and foreign commerce by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)), and such depictions being of such conduct, to wit:

**FILE NAME**: Gay Pthc - Kdv Aldo With Man 3 15m03S.mpg
**FILE NAME**: Buttfucked-groaning-boy-and-cum_WMV V9 (2).wmv
**FILE NAME**: [P-101] - (Boyorgie) 5 Little Boys .mpg
**FILE NAME**: boimen Fucked with Reggaeton.mpg

In violation of Title 18 U.S.C. §2252(a)(4)(B)

## FORFEITURE

**Forfeiture A**

**18 U.S.C. § 2253(a)(1) and (3)**

The allegations of Count **One** thru **Three** of this Indictment are hereby incorporated by reference as part of this Count as if fully rewritten herein for purposes of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

As a result of the offense alleged in **One** thru **Three** of this Indictment, and upon conviction thereof, Defendant **JEREMY A. EDINGTON** shall forfeit to the United States:

(a) all matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped and possessed in violation thereof; and,

(b) all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including the following:

1. One (1) Apple laptop computer;
2. One (1) Compaq desktop computer; and
3. One (1) BlackBerry cell phone and personal digital assistant device.

In violation of 18 U.S.C. § 2253(a)(1) and (3).

A TRUE BILL.

s/Foreperson
FOREPERSON

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS (0023428)
Columbus Branch Chief