**NOT RECOMMENDED FOR PUBLICATION**

No. 25-1086

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Mar 10, 2025
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>SAMUEL ALEXANDER KUHL,<br><br>Defendant-Appellant. | ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN |

O R D E R

Before: SUTTON, Chief Judge; BOGGS and SILER, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

Following Samuel Alexander Kuhl's indictment on charges of sexual exploitation and enticement of a minor, his counsel moved for a competency evaluation. The district court granted the motion. Once the evaluation was complete, the district court held a hearing to determine Kuhl's competency. At the request of Kuhl's counsel, however, the hearing was adjourned for 30 days. Kuhl has filed a pro se notice of appeal from the order adjourning the hearing.

Generally, this court's jurisdiction is limited to final decisions of district courts, 28 U.S.C.§ 1291, and to interlocutory orders that are "sufficiently important and collateral to the merits that they should 'nonetheless be treated as final,'" *Will v. Hallock*, 546 U.S. 345, 347 (2006) (quoting *Dig. Equip. Corp. v. Desktop Direct, Inc.*, 511 U.S. 863, 867 (1994)). Subject to limited exceptions that are not applicable here, the imposition of a sentence is the final judgment for purposes of a criminal case. *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798-99 (1989). And in the criminal context, the collateral-order doctrine generally applies to only two types of orders: "orders denying motions to dismiss on double jeopardy grounds . . . [and] orders denying

motions to reduce bail before trial." *United States v. Andrews*, 857 F.3d 734, 742 (6th Cir. 2017). The district court's order adjourning Kuhl's competency hearing is not one of these types of orders. As a result, this court lacks jurisdiction.

The appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/10/2025.

**Case Name:** USA v. Samuel Kuhl
**Case Number:** 25-1086

**Docket Text:**
ORDER filed: The appeal is DISMISSED. No mandate to issue. Decision not for publication. Jeffrey S. Sutton, Chief Circuit Judge; Danny J. Boggs, Circuit Judge and Eugene E. Siler, Jr., Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Samuel Alexander Kuhl
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349-0000

**A copy of this notice will be issued to:**

Ms. Ann E. Filkins
Mr. Timothy P. VerHey