FILED
Mar 10, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 25-1086

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

SAMUEL ALEXANDER KUHL,

Defendant-Appellant.

Before: SUTTON, Chief Judge; BOGGS and SILER, Circuit Judges.

**JUDGMENT**

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk