**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

KELLY L. STEPHENS
CLERK

Tel. (513) 564-7000
www.ca6.uscourts.gov

March 11, 2025

Ms. Ann Filkins, Clerk
United States District Court
Western District of Michigan
110 Michigan Street, N.W.
Suite 399 Gerald R. Ford Federal Building
Grand Rapids, MI 49503

Dear Ms. Filkins:

Enclosed please find a request to appeal the decision in your case number **1:23-cv-44 Samuel A. Kuhl v. USA**. The document was received in this court on **March 3, 2025**.

Please file the notice of appeal pursuant to Fed. R. App. P 4(d), which states, "if a notice of appeal is mistakenly filed in the court of appeals, the clerk of the court of appeals shall note thereon the date on which it was received and transmit it to the clerk of the district court."

The date the appeal was received is stamped on the notice of appeal and is forwarded to your court pursuant to FEDERAL RULE OF APPELLATE PROCEDURE Rule 4(d).

Very truly yours,

s/Patricia Elder
Senior Case Administrator

Enclosure: Notice of Appeal