UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
March 12, 2025 12:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB / 3/12

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

## NOTICE TO THE COURT

Defendant Samuel Kuhl, proceeding pro se, respectfully moves to notify the Court of his effort being made to obtain discovery from Mr. Verhey. Moreover, Mr. Kuhl has written the Sheriff of Newaygo County requesting four specific accommodations to ensure he can adequately and efficiently prepare his defense in this matter.

Please be aware that if either the U.S. Attorney or Sheriff Mendham refuse Defendant's requests or fail to respond, Mr. Kuhl will be petitioning the Court for relief. Attached are letters sent to Mr. Verhey and Mr. Mendham.

Respectfully Submitted,

S. Kuhl March 6, 2025

S. Kuhl 61189510

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49343

GRAND RAPIDS MI 493
10 MAR 2025 PM 2 L




Office of the Clerk
U.S. District Court
110 Michigan NW
Grand Rapids, MI 49503

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

LEGAL MAIL

49503-236399