# 1

IN REGARDS TO: UNITED STATES v. KUHL, 1:23-cr-44

Dear AUSA Verhey,

I'm requesting the following information and materials so that I can adequately understand and ~~investigating~~ investigate the facts and circumstances surrounding the indictment pending against me. The requested materials are necessary to analyze, the chain of custody with regards to property and evidence, as well as the lawfulness of how such property was search, retained, kept, accessed, and/or otherwised handled by your office and law enforcement. Furthermore, the requested items are necessary to adequately prepare my defense. I request this evidence be provided to me within 7 business days of the date of this letter.

1. Any audio and/or video recording of statements made by me or the alleged victim to each other and/or to law enforcement.
2. The search warrant issued on January 25, 2023 by the Western District of Michigan referenced by SA Buttery in his application for search warrant of Facebook ID Number 100009165769099 in case no. 1:23-MJ-00060. Additionally, the application/affidavit for the January 25, 2023 search warrant, as well as the subsequent data and contents seized during that search including but not limited to all communications alleged to be between myself and the victim, the phone #'s of the phone searched, the model, color, and IMEI of the phones searched, the location and circumstance under which these phones came into possession of law enforcement, every location and agency that possessed these phones from the date of

their seizure up to the present day, the matter by which the data and contents were retreived (extraction, unlocked by passcode, etc.), the locations and times the search of each phone was executed, the name of each and any person who searched the phones and/or analyzed any contents and data obtained from such searches, as well as the date, time and location such searches or analyses took place.

3. Any prior searches of the phones referenced in the previous paragraph and the agency/officer that conducted such searches.

4. The previoussearch warrant for Facebook ID Number 100009165769099 referenced in paragraph no. 8 of SA Buttery's Search warrant application for the same Facebook account in case no. 1:23-MJ-00060. Allegedly this was in connection to another FBI Detroit case. Thus, I am requesting all reports, interviews, statements, names of involved officers, names of involved suspects and victims, affidavits, and any and all other records and information pertaining to the above referenced FBI Detroit Case and search warrant.

5. In regards to the previous paragraph, I would like a copy of the data and contents retreived from the referenced Facebook search, the dates, time, and locations the data and contents were analyzed/reviewed, and the names of the people who executed such reviews and/or analyses, including but not limited to any evidence room log in sheets.

6. Complete transcripts from Facebook Messenger and phone texts the government contends are between myself and the victim, including

but not limited to the datesand times of such messages and the associated phone #s or Facebook ID Numbers andusernames.

7. The model, color, and phone #s associated with the two phones listed for forfeiture in the indictment.

8. The location, agency, and circumstance under which the twophones subject to forfeiture were obtained including date and time.

9. Any and all search warrants and corresponding affidavits/applications for the two phones listed for forfeiture in the indictment, the times, dates, locations, and persons who executed such searches.

10. All contents and data obtained by such searches referenced in the previous paragraph and the matter in which such contents and data were stored (usb, CD-Rom, printout, etc) and how many copies of such data and contents have been produced, where such copies have been Kept, and the dates, times, and people who reviewed ~~such~~ and/or analyzed such data and contents, including but not limited to evidence room log in sheets.

11. The date, time, and location Fedex Package #287056269958 was delivered. This package was sent from Indiana State Police to FBI Special Agent Brent Johnson in Kalamazoo, MI on December 4th, 2021, in connection with ISP Case #21ISPC015296.

12. Any search warrants and corresponding affidavits/applications, reports, tabulations of evidence, contents and data obtained from the devices in the above referenced fedex package, and other information pertaining to any investigation of such package by SA Johnson or any other law enforcement officer.

13. A list and copy of all contents within the above referenced Fedex package.

14. All records pertaining to when the contents/devices of the above referenced Fedex package were accessed, where they were stored, where they were accessed, how long they were accessed, and who accessed them for what purpose.

15. The matter in which the data and contents of the devices in the above referenced Fedex package were stored (usb, CD-Rom, printout, etc.) and how many copies of such data and contents have been produced, where such copies have been kept, and the dates, times, and people who reviewed and/or analyzed such data and contents, including but not limited to evidence room login sheets.

If there is need for clarification or you refuse to provide any of the things requested above, please notify me immediately.

Respectfully Submitted,

S. Kuhl March 6, 2025

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

Further Mr. Verhey, I respectfully request that I, or a person authorized on my behalf, to photograph the two phones in the government's possession as well as the SIM cards of those phones pursuant to Fed. Rule Crim. P. 16(a)(1)(E). Additionally, I'm requesting the specific text you intend to use under FRE 404(b) as proof of intent and lack of mistake or accident.

Respectfully,

S. Kuhl March 6, 2025

S. Kuhl 61189510

Dear Sheriff Mendham or Appropriate Authority,

I'm writing to address certain matters critical to my defense preparation in relation to my federal criminal case in which I am proceeding pro se. In an attempt to balance an already extremely disadvantaged playing field of the criminal justice system for any defendant, let alone a pro se defendant, I'm requesting a few reasonable accommodations below.

1. Access to a device which will allow me to view audio/video recordings pertaining to discovery in my criminal case.
2. Access to the internet and/or artificial intelligence program to be able research and understand legal matters essential to an adequate defense.
3. Ability to obtain copies without money in my account when necessary and to be refunded to the jail when my money is put on my account.
4. Ability to receive mail from my uncle pertaining strictly to legal matters and investigations into my criminal case.

Due to the strict time limits of the court and the need to make use of time in a productive matter I'm asking for a response and/or discussion on these matters immediately.

Respectfully,
S. Kuhl March 6, 2025
S. Kuhl 61189510