# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 14, 2025

Mr. Samuel Alexander Kuhl
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349-0000

     Re:  Case No. 25-1236, *USA v. Samuel Kuhl*
        Originating Case No. : 1:23-cr-00044-1

Dear Mr. Kuhl,

 Based on the notice of appeal filed in the district court on 03/03/2025, this appeal has been docketed as case number **25-1236**. The case number and official caption, as it appears on the enclosure, must appear on all documents submitted for filing in this case. **Because the defendant has not yet been sentenced, it appears that this appeal is premature.** For that reason, the Clerk's office has no instructions for you at this time.

 In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel of record for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

                Sincerely,

                s/Antoinette Macon
                Case Manager
                Direct Dial No. 513-564-7015

cc: Mr. Timothy P. VerHey

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 25-1236

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SAMUEL ALEXANDER KUHL

    Defendant - Appellant