Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

/

**ORDER**

On March 6, 2025, the parties appeared before the Court for a hearing regarding Defendant Samuel Alexander Kuhl's request to represent himself. Having conducted the colloquy of the Defendant, recommended in the Benchbook for U.S. District Judges, the undersigned finds that Defendant has knowingly, intelligently and voluntarily waived his Sixth Amendment right to counsel. Accordingly, the Defendant's request to represent himself is GRANTED.

**IT IS FURTHER ORDERED** that Scott Graham shall serve as stand-by counsel for the reasons stated on the record.

Dated: March 7, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge