Exhibit 2

**SCOTT GRAHAM PLLC**
**1911 West Centre Avenue, Suite C**
**Portage, Michigan 49024**
**Phone: 269-327-0585**
**Fax: 269-327-0811**
***sgraham@scottgrahampllc.com***

---

January 25, 2025

**Mr. Samuel Kuhl– 61189-510**
c/o Newaygo County Jail
P.O. Box 845
White Cloud, Michigan 49349

**Re: USA/Samuel Kuhl**
**Docket Number: 1:23-cr-44**

Dear Mr. Kuhl:

You now have all of the discovery in the case with the exception of the images that the government characterizes as child pornography. Nobody will receive copies of those images. I will need to view them at the U.S. Attorney's Office or at a spot that law enforcement designates.

I've told you that I am evaluating the search warrant issue involving your phones. I continue to do that. I want to work on all other aspects of the defense. Please review the discovery so that we can discuss it. I want to look at every angle of the defense and I need your help to understand the facts.

Please contact my office when you have completed your review of the discovery. In the meantime, let me know if you have any questions.

**Sincerely,**

**SCOTT GRAHAM PLLC**

Scott Graham

**Scott Graham**