# EXHIBIT 1

Defendant's Rejected Motion To Advance Faretta Hearing

UNITED STATES OF AMERICA
DISTRICT COURT WESTERN
DISTRICT OF MICHIGAN

Rec'd - GR
February 26, 2025 10:25 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB 2/26

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23-cr-44

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL

Defendant.

# EXPEDITED

## EXPEDITED MOTION TO ADVANCE FARETTA HEARING

Defendant Samuel Kuhl, proceeding prose, respectfully urges this Court to advance the Faretta hearing set for March 6, 2025. The reasons for this request are as follows:

1. This indictment was returned on April 25, 2023 and Mr. Kuhl has not obtained all of the discovery nor been able to address any concerns with the court due to being blocked by this Court's appointed counsel, much less been brought to trial.
2. Such delay for this hearing is unnecessary, taken in bad faith, and prejudices Mr. Kuhl.

As grounds for the foregoing motion, Defendant states as follows:

While Mr. Kuhl is being continuously detained he is done so without adequate discovery to properly file pretrial motions and speedily and

adequately prepare a defense. Additionally, although Mr. Kuhl has repeatedly addressed these issues with counsel Scott Graham and the Court, Defendant is being ignored and cannot raise the issues himself because the Court continuously rejects Defendant's filings. Meanwhile, the government has the unfair advantage of being able to review all of the discovery, continue investigating Kuhl, and preparing and strategizing ~~his~~ their approach at trial.

This delay of over 2 weeks to conduct this Faretta hearing is unnecessary and unfair to Mr. Kuhl. It is being done purposely to allow the government more time to better prepare and pick and choose what to provide me via discovery, as well as conduct further investigation while Mr. Kuhl is basically helpless and immobile. Just Wednesday after the unnecessarily delayed bond hearing, Scott Graham told Mr. Kuhl nobody is ready to go trial on this case. Mr. Kuhl has been writing Mr. Graham for several months, since at least September urging that steps be taken to investigate and prepare a defense as to this case. Mr. Kuhl has sent Mr. Graham motions asking for discovery, asking for a bill of particulars, telling ~~him~~ Scott to investigate the facts and evidence underlying this case, challenging the face of the indictment for defects such as multiplicity, duplicity, ambiguity, and insufficiency since November but nothing has been done. Further, after Wednesday's detention hearing, Scott Graham completely changed his story and conceded that he never said Mr. Kuhl has gotten all the discovery Defendant is entitled to, but that Graham

has provided to Defendant what the government has given up as of present. Mr. Graham specifically conceded that he needed to clarify this matter. This is because in previous letters and during Wednesday's detention hearing, Mr. Graham has repeatedly told Defendant that complete discovery has been provided to him except for the visual depictions the government contends portray child pornography. Mr. Graham did this although Mr. Kuhl repeatedly raised concern via letters and calls to Mr. Graham's office and during the detention hearing about the lack of discovery. Coincidentally, the only time Mr. Graham meets with Kuhl after court briefly and clarifies his misleading assertions, is after Mr. Kuhl moves to proceed prose as Defendant is left with no meaningful alternative.

Now that Kuhl is seen to be one who will not rollover or be led to slaughter so to speak as most defendants in this system are, the entire judicial system as a whole is stalling to adequately sort things out on their side as Mr. Kuhl has no oppurtunity to sort and and adequately prepare things himself. March 5th, 2025 is the date by which all pretrial motions must be filed, yet the Faretta hearing has been set for one day after. Further, all motions in limine are ordered to be filed by March 18, 2025. As of now Kuhl does not even have complete discovery and cannot even access the court! Unfortunately, Mr. Kuhl's oppurtunity to defend himself is being stripped from him by those who are supposedly bound to uphold the laws and Constitution. These court appointed attorneys overload themselves with cases to make more money and help the Court

with its insurmountable quantity of defendants unable to obtain counsel. The Courts, government, and defense counsel work together to move things along cheaply and efficiently, but sadly not justly. They bank on the fact most defendants will put blind faith and trust in the overworked appointed counsel and take a guilty plea without studying the facts, law, and evidence of their case. That will not be the case with Mr. Kuhl. An unlimited budget is provided to investigate crimes, usually by unlawful procedures, while the accused are limited to a budget of $10,000-12,000 doled out to counsel in bed with the Courts and government to defend themselves. There isn't a chance the accused will be adequately and speedily defended. This is a hoax, an illusion, just as the life yall portray more and more to the world while keeping your family and loved ones away from those lies and informed of the truth.

Regardless, Mr. Kuhl urges the Court to advance the Faretta hearing scheduled for March 6th, 2025 and compel the government to provide complete discovery. Mr. Kuhl asserts his rights to speedy trial and due process.

Respectfully,

S. Kuhl

S. Kuhl Feb. 21, 2025