**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**THE UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SAMUEL ALEXANDER KUHL,**

**Defendant.**

**Case No. 1:23-cr-44**

**Hon. Jane M. Beckering**
**United States District Judge**

---

## REPORT BY STAND-BY COUNSEL REGARDING DISCOVERY RECEIVED FROM THE GOVERNMENT AND PROVIDED TO THE DEFENDANT

---

Scott Graham submits to the Court the following report regarding the discovery that has been received from the government and provided to the Defendant in this case.

1. When I was appointed to represent Mr. Kuhl, a protective order was in place regarding the handling of discovery.

2. The government provided me with a draft protective order that included the same terms as the existing order.

3. I reviewed and approved the draft order and it was entered on January 5, 2025, R. 71, PageID 259-260.

4. I received discovery from the government on January 15, 2025. (“Discovery 1”)

5. The discovery was redacted to comply with the protective order and I then provided it to Mr. Kuhl.

6. Mr. Kuhl acknowledged receipt of Discovery 1.

7. The government identified discovery in the form of video footage and still images that would not be produced because they contained sensitive material.

8. The government offered to let me review this discovery in the presence of the case agent.

9. In my experience, this type of discovery has never been produced separately. It has always been provided for review with a case agent.

10. I have reviewed this evidence and prepared a report for Mr. Kuhl describing what this discovery contains.

11. The government provided its second set of discovery on or about March 27, 2025. ("Discovery 2")

12. This discovery was copied and sent to Mr. Kuhl.

13. The government provided its third set of discovery on April 4. ("Discovery 3"). On that date, the government mailed a copy of Discovery 3 to Mr. Kuhl at the Newaygo County Jail.

14. A more detailed description of what I received and produced is attached to this report.

15. I will continue to monitor the situation to guarantee that Mr. Kuhl receives copies of all discovery that the government produces.

16. If the government sends discovery directly to Mr. Kuhl, I do not plan to send additional copies. If discovery is not sent to Mr. Kuhl, I will copy it and provide copies to Mr. Kuhl in a form that complies with the Court's protective order.

**WHEREFORE**, counsel advises the Court that discovery has been received from government and has been provided to Mr. Kuhl as described above.

Date: April 14, 2025

**SCOTT GRAHAM PLLC**

By: /s/ Scott Graham
Scott Graham
Stand-By Counsel for Defendant

Business Address:
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
(269) 327.0585