# ATTACHMENT TO REPORT

**DISCOVERY 1 – SENT TO KUHL JANUARY, 2025**

| BATES NUMBER | DOCUMENT |
|---|---|
| 000001-000004 | MSP Report – Incident Number: 0000087-22 |
| 000005-000007 | MSP Supp. 1 Report – 0000087-22 |
| 000008-0000014 | Wyoming Police Report – Incident Number: 22-030712 |
| 0000015-0000022 | MSP Report – Incident Number: 0000091-22 |
| 0000023-0000025 | MSP Supp. 1 Report – 0000091-22 |
| 0000026-00000156 | Facebook Records |
| 00000157-00000348 | Indiana State Police Report – Incident Date – 11/20/21 – Report Number: 21ISPC015296 |
| 00000349 | Photograph of Gun from 11/20/21 Incident |
| 00000350-00000398 | Kuhl History |
| 00000399-00000403 | Kent County Search Warrant – 10/14/22 – Cell Phone Search |
| 00000404-00000426 | Search Warrant – 02/08/23 – FB Search – 1:23-MJ-00060 |
| 00000427-00000448 | Search Warrant – 01/25/23 – Cell Phone Search - 1:23-MJ-00060 |

**DISCOVERY 2 – SENT TO KUHL MARCH 28, 2025**

| BATES NUMBER | DOCUMENT |
|---|---|
| 00000449-00000471 | March 8, 2022 – Application for Warrant – Five Facebook Users (Kuhl, Mills, Mitchell, Ballard) – 1:22-MJ-00296 |
| 00000472-00000478 | Warrant |
| 00000479-00000507 | June 29, 2022 – Application for Warrant – Four Smart Phones - 1:22-MJ-00296 |
| 00000508-00000513 | Warrant |
| 00000528-0000000000541 | 60th District Court – Search Warrants – FIT-91-22 – Kuhl Cell Phone |