UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MIC[illegible]

FILED - GR
April 14, 2025 1:06 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: KB 4/14

United States of America,
Plaintiff,
Case No. 1:23-cr-44
v.
Hon. Jane M. Beckering
Samuel Kuhl,
Defendant.

# EXPEDITED

## MOTION TO NOTIFY COURT AND TO COMPEL GOVERNMENT TO PROVIDE DISCOVERY

Defendant sent the enclosed letters to the U.S. Attorneys of this case in response to an "Affidavit of Fact" Mr. Kuhl received from the Government.

Mr. Kuhl has consistently raised issues with the government's delay in providing and withholding discovery. For these reasons Mr. Kuhl is requesting that if sanctions nor dismissal is granted as requested in previous motions, the Court immediately compel the Government to disclose the materials set forth below.

## LEGAL STANDARD

Under Fed. R. Crim P. 16(a)(1)(E) "the Government must permit the defendant to inspect and to copy or

photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and: (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to the defendant."

## MATERIALS AND ACTIONS REQUESTED

1. Allow Mr. Kuhl to personally inspect in person the two cell phones that were subject of the January 25, 2023 search warrant.
2. Disclose complete transcripts of texts and Facebook messages obtained from the January 25, 2023 and February 8, 2023 search warrants.
3. Allow Mr. Kuhl to personally inspect the Blue Samsung Phone and Green iPhone seized by Wyoming PD on October 13, 2022.
4. Allow Mr. Kuhl to personally inspect the iPhone with a cracked screen and the Samsung Galaxy seized by Indiana State Police on November 20, 2021. (Samsung in Otter case).

5. Disclose the IMEI, ICCID, and phone numbers of the above described phones at the times they were seized.
6. Disclose the January 25, 2023 search warrant and supporting affidavit.
7. Disclose evidence and records logs of all evidence in this case as to how such was maintained, viewed, copied, released, and who maintained these records, as well as who maintained, viewed, copied, released all evidence in this case. This includes the relevant dates and times such actions occurred.
8. Allow Mr. Kuhl to personally view and listen to any interview with MSP including the interview mentioned in the Government's Pretrial Conference Statement (ECF No. 66)
9. Disclose the text the Government intends to use under FRE 404(b) mentioned in the Government's Pretrial Conference Statement (ECF No. 66, PageID. 249).

Defendant realizes some of these materials/tangible objects need to be viewed in the Government's presence. Accordingly, Mr. Kuhl requests the appropriate authorities to transport Mr. Kuhl from the Newaygo County Jail to the appropriate location.

Respectfully,

S. Kuhl April 9, 2025

S. Kuhl 61189510

Samuel Alexander Kuhl, Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
10 APR 2025 PM 4 L




Clerk of Court
U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL