# 1

April 9, 2025

Dear U.S. Attorney,

Please send me the IMEI, SIM Card ID, and phone number for the device with serial number, R3CT30LK50N. This serial number is associated with the "Affidavit of Fact" numbered 542-543, that I received from your office today, April 9, 2025. This information is necessary and is related to a tangible object allegedly obtained from Mr. Kuhl. Thus, the information must be disclosed under Fed. R. Crim. P. 16(a)(1)(E)(i), (ii), and (iii).

Furthermore, Mr. Kuhl is again requesting a complete transcript of text and Facebook messages obtained from the search warrant on January 25, 2023 for 2 cell phones and the search warrant issued on February 8, 2023. These complete transcripts allegedly between Mr. Kuhl and Minor 1 are also subject to disclosure under Fed. R. Crim. P. 16(a)(1)(E)(i), (ii), and (iii). Additionally, I have not received a copy of the January 25, 2023 search warrant and supporting affidavit.

Re: United States v. Kuhl

Case No: 1:23-cr-44-JMB

Thank you -

S. Kuhl

S. Kuhl 61189510

Newaygo County Jail