UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
________________________________/

No. 1:23-CR-044

Hon. Jane M. Beckering
U.S. District Court Judge

**MOTION TO STRIKE AND REMOVE MISFILED DOCUMENT**

Now comes the United States of America by Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Timothy VerHey, Assistant United States Attorney, and moves to strike and remove from the docket ECF 148, which is a superseding indictment penalty sheet. This document was filed inadvertently with internal comment being left on the document. A corrected superseding indictment penalty sheet has now been filed, as ECF 149.

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: April 15, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404