UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. 1:23-CR-044

v.

Hon. Jane M. Beckering
U.S. District Court Judge

SAMUEL ALEXANDER KUHL,

Defendant.
_________________________________/

**ORDER**

The United States having moved to strike and remove from the docket ECF 148, and having shown good cause,

The motion is GRANTED. The Clerk is hereby directed to remove from the docket ECF 148.

Dated:______________________________

______________________________
Jane M. Beckering
United States District Court Judge