# EXHIBIT 1

Issuance of Bench warrant by Van Buren County State Court, and Van Buren County Felony Criminal Complaint Charging 7 Felonies

| 7-B STATE OF MICHIGAN JUDICIAL DISTRICT | MOTION, AFFIDAVIT, AND BENCH WARRANT | Case No: 23000127 FY<br>Judge: CLARKE A<br>Police#: 91-22 |
|---|---|---|

ORI MI-800035J

Court Address 1007 E. WELLS STREET SOUTH HAVEN, MI 49090

Court Telephone no. (269) 637-5258

| Plaintiff | | Defendant/Respondent name, address, and telephone no. |
|---|---|---|
| [X] The People of the State of Michigan<br>[ ] ____ | V | KUHL/SAMUEL/ALEXANDER<br>**HOMELESS** |
| [ ] Civil [X] Criminal CSC 3D 13-15<br>Current Charge | | CTN 802300027401<br>TCN<br>SID |

[ ] In the matter of ____

A motion and affidavit is not required when the bench warrant is issued on the judge's own motion.

## MOTION AND AFFIDAVIT

I request that a bench warrant be issued and KUHL/SAMUEL/ALEXANDER
Name of defendant/respondent
be arrested and [X] held in contempt for failure to appear.
[ ] held in contempt for the following reasons: (Specify in the space below)

DEFENDANT FAILED TO APPEAR FOR COMPETENCY HEARING AS SCHEDULED

COPY

Date/Offense: JAN. 1, 2022
Police Agency: 061
Officer: GENSTERBLUM/COLIN

This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this affidavit.

[signature]
Signature

Subscribed and sworn to before me on 8-29-24
Date

____
Deputy clerk/Notary public signature

My commission expires on ____. ____
Name (type or print)

Notary public, State of Michigan, County of ____.
[ ] Acting in the County of ____.
[ ] This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

Case No: 23000127 FY

## BENCH WARRANT

TO ANY PEACE OFFICER OR COURT OFFICER AUTHORIZED TO MAKE ARREST,

I order you to arrest:

| Full name (type or print) | | | | | | Date of birth* |
|---|---|---|---|---|---|---|
| KUHL/SAMUEL/ALEXANDER | | | | | | 12/31/1991 |
| Address **HOMELESS** | | | City | State | Zip | DLN |
| Sex* M | Eye color | Hair color | Height | Weight | Race* UNKNOWN | Scars, tattoos, etc. |

*These items must be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.

Bring the respondent before the court immediately, or respondent may be released when a cash or surety bond in the amount of $ 25000.00 is posted for personal appearance before the court at its next session.

Judge ARTHUR H. CLARKE III — AUG. 29, 2024 Date

## RETURN

I have, on ____________ (Date), taken defendant/respondent into custody as ordered by this warrant.

Date ____________ Peace officer ____________

COPY

2023000274 lo

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>7THW JUDICIAL DISTRICT<br>36TH JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | JUDGE: ARTHUR H. CLARKE, III<br>CASE NO.: 2023000274<br>DISTRICT CASE NO.:<br>CIRCUIT CASE NO.: 23000127-FY |

District Court ORI: MI800035J
1007 E. WELLS ST. SOUTH HAVEN, MI 49090 269-637-5258

Circuit Court ORI: MI800015J
212 PAW PAW STREET PAW PAW, MI 49079 269-657-8218

| | | |
|---|---|---|
| THE PEOPLE OF THE<br>STATE OF MICHIGAN   V | Defendant's name and address<br>SAMUEL ALEXANDER KUHL<br>HOMELESS | Victim or complainant<br>[redacted]<br>Complaining Witness<br>TPR Gensterblum |
| Codefendant(s) (if known) | | Date: On or about<br>01/01/2022 |

| City/Twp./Village | County in Michigan | Defendant TCN | Defendant CTN | Defendant SID | Defendant DOB |
|---|---|---|---|---|---|
| Bangor Township | VAN BUREN | | 80-23000274-01 | | Put DOB in Ref. No. row 1 on MC 97 |

| Police agency report no. | Charge | Maximum penalty |
|---|---|---|
| DFIU FIT-91-22 | See below | See below |

| [ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case. | DLN Type: | Vehicle Type | Defendant DLN |
|---|---|---|---|
| | | | Put DLN in Ref. No. row 3 on MC 97 |

**Witnesses**
DET/TPR GENSTERBLUM [redacted]

**STATE OF MICHIGAN, COUNTY OF VAN BUREN.**
The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**COUNT 1:** CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (PERSON 13-15)
did engage in sexual penetration to-wit: penis/genital opening, with a child who was at least 13 years of age, but under 16 years; contrary to MCL 750.520d(1)(a). [750.520D1A]
**SORA NOTICE**
This is a Tier III Offense under the Sex Offender Registration Act (SORA) unless the court finds that the victim was between the ages of 13 to 15 inclusive, consented to the conduct, and the defendant was not more than 4 years older than the victim. MCL 28.722(v)(iv).
**HIV/STD TESTING NOTICE**
Take notice that pursuant to MCL 333.5129, upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for sexually transmitted infection, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant. If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.
FELONY: 15 Years; Mandatory AIDS/STD testing; DNA to be taken upon arrest.

**COUNT 2:** CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (PERSON 13-15)
did engage in sexual penetration to-wit: penis/genital opening, with a child who was at least 13 years of age, but under 16 years; contrary to MCL 750.520d(1)(a). [750.520D1A]
**SORA NOTICE**
This is a Tier III Offense under the Sex Offender Registration Act (SORA) unless the court finds that the victim was between the ages of 13 to 15 inclusive, consented to the conduct, and the defendant was not more than 4 years older than the victim. MCL 28.722(v)(iv).
**HIV/STD TESTING NOTICE**
Take notice that pursuant to MCL 333.5129, upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for sexually transmitted infection, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant. If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.
FELONY: 15 Years; Mandatory AIDS/STD testing; DNA to be taken upon arrest.

**COUNT 3:** CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (PERSON 13-15)
did engage in sexual penetration to-wit: penis/genital opening, with a child who was at least 13 years of age, but under 16

years; contrary to MCL 750.520d(1)(a). [750.520D1A]

**SORA NOTICE**

This is a Tier III Offense under the Sex Offender Registration Act (SORA) unless the court finds that the victim was between the ages of 13 to 15 inclusive, consented to the conduct, and the defendant was not more than 4 years older than the victim. MCL 28.722(v)(iv).

**HIV/STD TESTING NOTICE**

Take notice that pursuant to MCL 333.5129, upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for sexually transmitted infection, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant. If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.

FELONY: 15 Years; Mandatory AIDS/STD testing; DNA to be taken upon arrest.

**COUNT 4:** CHILD SEXUALLY ABUSIVE MATERIAL - AGGRAVATED POSSESSION

did knowingly possess child sexually abusive material involving a video; contrary to MCL 750.145c(4)(b) [750.145C4-A1].

**SORA NOTICE**

This is a Tier I Offense under the Sex Offender Registration Act (SORA). It is a Tier II Offense if the defendant has a prior conviction for a Tier I Offense. MCL 28.722(r) & (t). It is a Tier III Offense if the defendant has a prior conviction for a Tier II Offense. MCL 28.722(u).

FELONY: 10 Years and/or $50,000.00

**COUNT 5:** CHILD SEXUALLY ABUSIVE MATERIAL - AGGRAVATED POSSESSION

did knowingly possess child sexually abusive material involving a video; contrary to MCL 750.145c(4)(b) [750.145C4-A1].

**SORA NOTICE**

This is a Tier I Offense under the Sex Offender Registration Act (SORA). It is a Tier II Offense if the defendant has a prior conviction for a Tier I Offense. MCL 28.722(r) & (t). It is a Tier III Offense if the defendant has a prior conviction for a Tier II Offense. MCL 28.722(u).

FELONY: 10 Years and/or $50,000.00

**COUNT 6:** COMPUTERS - USING TO COMMIT A CRIME - MAXIMUM IMPRISONMENT OF 10 YEARS OR MORE BUT LESS THAN 20 YEARS

did use a computer program, computer, computer system, or computer network to commit, attempt to commit, conspire to commit, or solicit another to commit MCL 750.145C4-A1; contrary to MCL 752.796, and MCL 752.797(3)(e). [752.7973E]

FELONY: 10 Years and/or $10,000.00; reimburse government for expenses incurred in relation to violation in manner indicated by MCL 769.1f (see MCL 752.797(7)). A consecutive sentence may be imposed for the underlying conviction.

**COUNT 7:** COMPUTERS - USING TO COMMIT A CRIME - MAXIMUM IMPRISONMENT OF 10 YEARS OR MORE BUT LESS THAN 20 YEARS

did use a computer program, computer, computer system, or computer network to commit, attempt to commit, conspire to commit, or solicit another to commit MCL 750.145C4-A1; contrary to MCL 752.796, and MCL 752.797(3)(e). [752.7973E]

FELONY: 10 Years and/or $10,000.00; reimburse government for expenses incurred in relation to violation in manner indicated by MCL 769.1f (see MCL 752.797(7)). A consecutive sentence may be imposed for the underlying conviction.

**HABITUAL OFFENDER - FOURTH OFFENSE NOTICE**

Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 7/8/2018, he or she was convicted of the offense of Assault with a dangerous weapon in violation of MCL 750.82; in the Circuit Court for Kalamazoo, State of Mi;

And on or about 11/16/2015, he or she was convicted of the offense of Fleeing 2nd degree in violation of MCL 750.479A4-A; in the Circuit Court for Kalamazoo, State of Mi;

And on or about 5/2/2016, he or she was convicted of the offense of Uttering and Publishing in violation of MCL 750.249; in the Circuit Court for Van Buren, State of Mi;

Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]

PENALTY: Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years. The maximum penalty cannot be less than the maximum term for a first conviction.

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

☐ The complaining witness asks that the defendant be apprehended and dealt with according to law.

COPY

Warrant authorized on 01/31/2023 by:
Date

Prosecuting Official, EMILY JIPP P80894

☐ Security for costs posted

I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Complaining Witness Signature

2/14/2023
Date

Approved SCAO, PACC-PAAM Replacement
Form MC 200w, Rev. 12/21
MCL 764.1 *et seq.*, MCL 766.1 *et seq.*, MCL 767.1 *et seq.*

Distribute form to:
Court
Prosecutor
Defendant

COPY