# EXHIBIT 2

MSP Original Incident Report FIT-0000087-22 pages 2-4

| MICHIGAN DEPARTMENT OF STATE POLICE<br>ORIGINAL INCIDENT REPORT | ORIGINAL DATE:<br>Sun, Oct 30, 2022 | INCIDENT NO:<br>FIT-0000087-22 |
|---|---|---|
| | TIME RECEIVED:<br>1855 | FILE CLASS:<br>25000 |

**SUSPECT:**

NAM: [redacted]
BIR:
NBR: [redacted]
STR:
SFX:
CTY:
TXH:
TXW:
SMT:

RAC: [redacted]
SEX:
DOB:
HGT:
WGT:
HAI:
EYE:

ETH:
DL: [redacted]
SSN:
SI: /
FBI:
MNU:
PR:

**INTERVIEW SUSPECT:**

[redacted] has not been interviewed at this time.

**OTHER PERSONS:**

NAM: [redacted]
BIR:
NBR: [redacted]
STR:
SFX:
CTY:
TXH:
TXW:
SMT:

RAC: [redacted]
SEX:
DOB:
HGT:
WGT:
HAI:
EYE:

ETH:
DL: [redacted]
SSN:
SI: /
FBI:
MNU:
PR:

**INFORMATION ON** [redacted]

[redacted]

**CCU INCIDENT REPORT #:**

I received CCU Incident Report #2980-2022-0002 on 10/31/2022 from D/Sgt. Meredith. The report indicated the following information found after extracting information from [redacted] phone:

1- 994 images of photo IDs
2- Telegram conversations pertaining to fraudulent activity
3- Bank account information for several subjects
4- Video of a check being printed from an HP printer

| MICHIGAN DEPARTMENT OF STATE POLICE<br>ORIGINAL INCIDENT REPORT | ORIGINAL DATE:<br>Sun, Oct 30, 2022 | INCIDENT NO:<br>FIT-0000087-22 |
|---|---|---|
| | TIME RECEIVED:<br>1855 | FILE CLASS:<br>25000 |

5- User accounts located on the device including: [redacted] FB ID [redacted] & [redacted] Cash App Phone [redacted]

## WYOMING POLICE REPORT #:

I received Wyoming Police Report #22-030712 on 10/25/2022. The report contained the following information:

1- A traffic stop occurred on 10/13/2022 where [redacted] was the Passenger and [redacted] was the driver.
2- During the stop both were lawfully ordered out of the vehicle.
3- [redacted] did not obey the lawful command and reached back into the passenger compartment of the vehicle. Per D/Sgt. Meredith they located [redacted] Cellular phone in the vicinity where he was rummaging around.
4- During a search of [redacted] person they located the following debit/credit cards:

[redacted]

5- Both [redacted] and [redacted] were arrested at the time for a possession related charge.
6- [redacted] was also lodged on a resisting and obstructing charge.
7- The report does not indicate if [redacted] was interviewed or not.

## COUNTERFEITED

Prop 0001 -Type: IDENTITY DOCUMENTS Qty: 1 Article Type: Driver's License Brand: Model: Serial #:
Misc #: OAN: Value: $0.00 Recovered Value: $
Descrp: UNKNOWN AMOUNT OF FRAUDULENT IDS AND CHECKS

## SEIZED

SEIZED BY: GENSTERBLUM
Prop 0002 -Type: OFFICE EQUIPMENT Qty: 1 Article Type: Cellular Telephone Brand: Samsun Model: S21
Serial #: Misc #: OAN: Value: $1.00 Recovered Value: $1.00
Descrp: BLU/GRN SAMSUNG PHONE BELONGING TO [redacted] MODEL SM - S901U1 IMEI: [redacted] PIN: [redacted]
Obtained From: 2290 4 MILE RD NW
69 - WALKER, MI
41 - KENT, MSP GRAND RAPIDS POST
RECIEVED FROM CCU D/SGT. MEREDITH ON 10/31/2022
Date/Time Recovered: 10/31/2022 1206

| MICHIGAN DEPARTMENT OF STATE POLICE<br>ORIGINAL INCIDENT REPORT | ORIGINAL DATE:<br>Sun, Oct 30, 2022 | INCIDENT NO:<br>FIT-0000087-22 |
|---|---|---|
| | TIME RECEIVED:<br>1855 | FILE CLASS:<br>25000 |

**MANUFACTURED/TRACE EVIDENCE**

OBTAINED BY: GENSTERBLUM
Prop 0003 -Type: EVIDENCE Value: $0.00
Descrp: 16GB LEXAR FLASH DRIVE, CONTAINING THE EXTRACTION OF THE CONTENTS ON [redacted] PHONE.
Obtained From: 2290 4 MILE RD NW
69 - WALKER, MI
41 - KENT, MSP GRAND RAPIDS POST
RECIEVED FROM CCU D/SGT. MEREDITH ON 10/31/2022
Date/Time Recovered: 10/31/2022 1206

**STATUS:**

OPEN pending further investigation