# EXHIBIT 3

MSP Supplemental Report 001 of FIT-0000087-22 Pages 1 and 2

| MICHIGAN DEPARTMENT OF STATE POLICE<br>SUPPLEMENTAL INCIDENT REPORT<br>0001 | ORIGINAL DATE:<br>Sun, Oct 30, 2022<br>SUPPLEMENTARY DATE:<br>Thu, Nov 03, 2022 | INCIDENT NO:<br>FIT-0000087-22<br>FILE CLASS:<br>25000 |
|---|---|---|

INCIDENT STATUS:
OPEN

## IDENTITY THEFT

### JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 11-03-2022 | ENTERED BY: KASTELIC, BRIAN, 45, D/SERGEANT | I.R. PENDS FURTHER INVESTIGATION. |

### INFORMATION:

An initial examination of property items #3 revealed images of possible CSAM, identity fraud, and check fraud.

This supplemental report will encompass the information pertaining to the identity fraud and check fraud. A separate incident number was pulled for the evidence relating to the CSAM, view incident number FIT-91-22 for further.

This incident will remain open pending further investigation

### SUSPECT:

NAM: [redacted]
BIR:
NBR: [redacted]
STR:
SFX:
CTY:
TXH:
TXW:
SMT:
ALIAS: [redacted]

RAC: [redacted]
SEX:
DOB:
HGT:
WGT:
HAI:
EYE:

ETH:
DL: [redacted]
SSN:
[redacted]

### ATTEMPTS TO LOCATE [redacted]

I have attempted to locate and interview [redacted] at all of the listed addresses unsuccessfully.

[redacted]

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 1 of 3 | GENSTERBLUM, COLIN, 645, TROOPER | GENSTERBLUM, COLIN, 645, TROOPER | |

PRINTED: 2/26/2025 14:17

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Sun, Oct 30, 2022 | INCIDENT NO: FIT-0000087-22 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT 0001 | SUPPLEMENTARY DATE: Thu, Nov 03, 2022 | FILE CLASS: 25000 |

**OTHER:**

NAM: [redacted]

BIR:
NBR: [redacted]
STR:
SFX:
CTY:
TXH: ZIP:
TXW:
MB: [redacted]
SMT:

RAC: [redacted]
SEX:
DOB:
HGT:
WGT:
HAI:
EYE:

ETH:
DL: /
SSN:
SI: /
FBI:
MNU:
PR:

Occurred on 11/09/22

**INTERVIEW [redacted]:**

I interviewed [redacted] pertaining to the found CSAM on [redacted] phone. The interview took place at [redacted] residence after I [redacted] D/Sgt. Brian Kastelic was also present for the interview and it was recorded on my department issued body worn camera. Below is only a synopsis of the interview pertaining to [redacted] fraudulent behavior.

[redacted] advised [redacted]

[redacted] stated during this time [redacted] had his mail sent to [redacted] The mail was in the name of [redacted] and [redacted] stated it was a bank letter from one of [redacted] fake bank accounts. [redacted] mentioned only receiving his mail one time and when asked [redacted] stated he told [redacted] he couldn't keep sending that information to his address. [redacted] also stated [redacted] advised he had mail sent to other individuals' addresses, but [redacted] was not sure who.

[redacted] also stated [redacted] told [redacted] about separate fraudulent activity he was involved with. [redacted] advised [redacted] told [redacted] he could and has made counterfeited checks and has opened multiple fraudulent bank accounts. [redacted] stated [redacted] could print off the counterfeited checks, however, [redacted] did not know the exact process on how he does it.