# EXHIBIT 4

MSP Original Incident Report FIT-0000091-22 page 1

| | | |
|---|---|---|
| **MICHIGAN DEPARTMENT OF STATE POLICE** | ORIGINAL DATE: Mon, Nov 07, 2022 | INCIDENT NO: FIT-0000091-22 |
| ORIGINAL INCIDENT REPORT | TIME RECEIVED. 1205 | FILE CLASS: 36004 |

| | | | |
|---|---|---|---|
| | WORK UNIT: MSP FRAUD INVESTIGATIVE SECTION | COUNTY: VAN BUREN | |
| COMPLAINANT: PATROL | | TELEPHONE NO: | |
| ADDRESS: STREET AND NO: 108 W MICHIGAN AVE | CITY: PAW PAW | STATE: MI | ZIP CODE: 49079 |
| INCIDENT STATUS: OPEN | | | |

## CHILD SEXUALLY ABUSIVE MATERIAL

**INFORMATION:**

On 10/28/2022, I received a phone extraction from Wyoming Detective Sergeant (D/Sgt), Rob Meredith, who is a member of the Computer Crimes Unit. I was informed by D/Sgt. Rob that the phone that was extracted belonged to suspect, Samuel Alexander Kuhl, and there were contents of fraudulent activity.

After analyzing the information I received, I came across child sexually abusive material (CSAM). The CSAM was associated with victim, Serenity Dempsey. There was nude photos and videos sent by Serenity to Samuel between the timeframe of 05/07/2022 and 08/22/2022. Throughout their conversations it was stated that both Serenity and Samuel were in an intimate relationship.

Redacted

This incident will remain open pending further investigation.

**VENUE:**

VAN BUREN COUNTY
14 BANGOR ST
BANGOR, MI