No. 24-1506

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 7, 2025
KELLY L. STEPHENS, Clerk

In re: THOMAS BENJAMIN KUHL, Uncle and Next Friend of Samuel Alexander Kuhl,

Petitioner.

ORDER

Before: NORRIS, MOORE, and BLOOMEKATZ, Circuit Judges.

Thomas Benjamin Kuhl petitions, on behalf of his nephew, Defendant Samuel Alexander Kuhl, for a writ of mandamus directing Samuel's transfer for restoration after he was deemed incompetent to stand trial. Thomas also moves to expedite a decision.

After Thomas filed this petition, Samuel was transferred for treatment and has since been deemed competent. Where, as here, "events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give meaningful relief, then the case is moot and must be dismissed." *Sullivan v. Benningfield*, 920 F.3d 401, 410 (6th Cir. 2019) (quoting *Ailor v. City of Maynardville*, 368 F.3d 587, 596 (6th Cir. 2004)).

Accordingly, the petition for a writ of mandamus is **DISMISSED AS MOOT**. The motion to expedite is **DENIED AS MOOT**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/07/2025.

**Case Name:** In re: Thomas Kuhl
**Case Number:** 24-1506

**Docket Text:**
ORDER filed : The petition for a writ of mandamus is DISMISSED AS MOOT. The motion to expedite is DENIED AS MOOT. No mandate to issue. Alan E. Norris, Circuit Judge; Karen Nelson Moore, Circuit Judge and Rachel Bloomekatz, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Thomas Benjamin Kuhl
710 Collins Street
Apartment 807
Kalamazoo, MI 49001

**A copy of this notice will be issued to:**

Ms. Ann E. Filkins