No. 24-1506

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 7, 2025
KELLY L. STEPHENS, Clerk

In re: THOMAS BENJAMIN KUHL, Uncle and
Next Friend of Samuel Alexander Kuhl,

Petitioner.

Before: NORRIS, MOORE, and BLOOMEKATZ, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus.
United States District Court for the Western District of Michigan at Grand Rapids.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens

Kelly L. Stephens, Clerk