# EXHIBIT 1

SORENSEN's INDICTMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW PETER SORENSEN,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Sexual Exploitation of a Child)**

Between in or around September 2023, and in or around November 2023, in Muskegon County, in the Southern Division of the Western District of Michigan,

ANDREW PETER SORENSEN

knowingly persuaded, induced, enticed, and coerced a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and he knew and had reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer, and the visual depiction was transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

Specifically, ANDREW PETER SORENSEN directed Minor Victim 1 to record Minor Victim 1 engaging in sexually explicit conduct. Minor Victim 1 recorded videos of Minor Victim 1 masturbating and lasciviously exhibiting Minor Victim 1's genitals,

anus, and pubic area. Minor Victim 1 sent the videos to the defendant via the Internet, through an online messaging platform called Discord. The defendant received, saved, reproduced, and possessed the images on an Apple iPhone cell phone that was manufactured outside the State of Michigan.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

**COUNT 2**
**(Sexual Exploitation of a Child)**

Between in or around January 2023, and in or around March 2023, in Muskegon County, in the Southern Division of the Western District of Michigan,

ANDREW PETER SORENSEN

knowingly persuaded, induced, enticed, and coerced a minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and he knew and had reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including computer, and the visual depiction was transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

Specifically, ANDREW PETER SORENSEN directed Minor Victim 2 to record Minor Victim 2 engaging in sexually explicit conduct. Minor Victim 2 took pictures of Minor Victim 2 lasciviously exhibiting Minor Victim 2's genitals and pubic area. Minor Victim 2 sent the pictures to the defendant via the Internet through an online messaging platform called Discord.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251, as charged in Counts 1 and 2,

ANDREW PETER SORENSEN

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2251; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including, but not limited to, a black Apple iPhone 7, Model A1660, bearing serial number FYNDV1SNHG71.

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

LATOYIA T. CARPENTER
Assistant United States Attorney