# EXHIBIT 2

CREEKMORE's INDICTMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JIMMY CREEKMORE JR.,

Defendant.

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Sexual Exploitation of a Child)**

On or about November 13, 2021, in Muskegon County, in the Southern Division of the Western District of Michigan,

**JIMMY CREEKMORE, JR.**

knowingly used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual depiction was produced using materials which had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and was transmitted using any means or facility of interstate or foreign commerce.

Specifically, the defendant used a girl who was approximately one year old to engage in sexually explicit conduct, including the lascivious exhibition of her genitals, for the purpose of producing digital photographs of such conduct. The defendant produced the photographs using equipment, including, but not limited to, a Samsung Galaxy S20 cell phone that was manufactured outside the State of Michigan. Additionally, the defendant transmitted the photos via Google Photos, which is a

phone application that operates over the internet, which is a means or facility of interstate or foreign commerce.

18 U.S.C. § 2251(a), (e)

**COUNT 2**
**(Sexual Exploitation of a Child)**

On or about December 23, 2021, in Muskegon County, in the Southern Division of the Western District of Michigan,

**JIMMY CREEKMORE, JR.**

knowingly used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual depiction was produced using materials which had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and was transmitted using any means or facility of interstate or foreign commerce.

Specifically, the defendant used a girl who was approximately one year old to engage in sexually explicit conduct, including the lascivious exhibition of her genitals and touching his penis to her mouth and vagina, for the purpose of producing digital photographs of such conduct. The defendant produced the photographs using equipment, including, but not limited to, a Samsung Galaxy S20 cell phone that was manufactured outside the State of Michigan. Additionally, the defendant transmitted the photos via Google Photos, which is a phone application that operates over the internet, which is a means or facility of interstate or foreign commerce.

18 U.S.C. § 2251(a), (e)

**COUNT 3**
**(Sexual Exploitation of a Child)**

On or about May 23, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan,

**JIMMY CREEKMORE, JR.**

knowingly used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual depiction was produced using materials which had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and was transmitted using any means or facility of interstate or foreign commerce.

Specifically, the defendant used a girl who was approximately two years old to engage in sexually explicit conduct, including the lascivious exhibition of her genitals and attempted vaginal and oral sexual intercourse with his penis, for the purpose of producing a digital video of such conduct. The defendant produced the video using equipment, including, but not limited to, a Samsung Galaxy S22 cell phone that was manufactured outside the State of Michigan. Additionally, the defendant transmitted the video via Google Photos, which is a phone application that operates over the internet, which is a means or facility of interstate or foreign commerce.

18 U.S.C. § 2251(a), (e)

**COUNT 4**
**(Penalties for Registered Sex Offenders)**

On or about November 13, 2021, in Muskegon County, in the Southern Division of the Western District of Michigan,

**JIMMY CREEKMORE, JR.,**

an individual required by Michigan law to register as a sex offender, committed one or more felony offenses involving a minor under Title 18, United States Code, Section 2251, as alleged in Count 1 of this Indictment.

18 U.S.C. §2260A

**COUNT 5**
**(Penalties for Registered Sex Offenders)**

On or about December 23, 2021, in Muskegon County, in the Southern Division of the Western District of Michigan,

**JIMMY CREEKMORE, JR.,**

an individual required by Michigan law to register as a sex offender, committed one or more felony offenses involving a minor under Title 18, United States Code, Section 2251, as alleged in Count 2 of this Indictment.

18 U.S.C. §2260A

**COUNT 6**
**(Penalties for Registered Sex Offenders)**

On or about May 23, 2022, in Muskegon County, in the Southern Division of the Western District of Michigan,

**JIMMY CREEKMORE, JR.,**

an individual required by Michigan law to register as a sex offender, committed one or more felony offenses involving a minor under Title 18, United States Code, Section 2251, as alleged in Count 3 of this Indictment.

18 U.S.C. §2260A

## FORFEITURE ALLEGATION
## (Sexual Exploitation of a Child)

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251, as charged in Count 3,

**JIMMY CREEKMORE, JR.**

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2251; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property, including but not limited to a Samsung Galaxy S22 cell phone.

18 U.S.C. § 2253
18 U.S.C. § 2251

A TRUE BILL

GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

LAUREN F. BIKSACKY
Assistant United States Attorney