# Exhibit 1

A mental health report from November 2023 prepared by Community Mental Health (CMH) of Newaygo County Jail. It shows that a woman named Tammy Provatas M.D. checked Defendant's custody status and he was detained for felony weapons charges and federal probation violation. Mr. Kuhl has misplaced the document but is quite certain it is in the jail's records.