# EXHIBIT 2

Wyoming PD Chain of Custody Report

# Wyoming Department of Public Safety
# Chain Of Custody Report

Department Case Number: 22-30712

Related Case # 's:

## Case Information

Case Officer: 6296 - Bernard, Quinton

Assisting Officer: 5151 - Kroschel, April

Offense Date/Time: 10/13/2022 - 19:41Hrs

Offense Location: CUTLER ST SW/FLOSSIE AVE SW

Offense Type: 3500-1 - Dangerous Drugs

Expiration Date:

Jurisdiction: Kent

Court Date:

Disposition:

Disposition Date:

Case Comments:

## Case Names

Name Type: Suspect

Name: KUHL, SAMUEL, ALEXANDER  Sex: M  Race: W  DOB: [redacted]  Home Phone#:

Address: [redacted]

ID#:

Additional Name Information:

Name: COLEMAN, SHAQUAN, AKIA  Sex: M  Race: B  DOB: [redacted]  Home Phone#: (000) 000-0000

Address: [redacted]

ID#:

Additional Name Information:

## Case Items

Item Number: 001

Current Custody: Stored in Location - [redacted]

Collection Date/Time: 10/13/2022 - 21:00Hrs

Process: Hold for investigative purposes

Collection Purpose: Evidence

Collected By: 6553 - Pfingsten, Dylan

Collection Location: SUSPECT'S WALLET

Packaging/Quantity/Item Type: One sealed envelope with: - 1 - Credit/Debit Card

Detail Description: 12 DEBIT CARDS / 2 DEBIT GIFT CARDS

Item Notes:

### Chain Of Custody History - Item: 001

Date/Time: 10/13/2022 21:00  Officer: 6553 Pfingsten, Dylan

Custody Information: Item Collected

Comments:

Date/Time: 10/13/2022 22:48  Officer: 6553 Pfingsten, Dylan

Custody Information: Item Submitted Into Property - Kaufmann, Kasey (6051)

Comments:

Date/Time: 10/13/2022 23:46  Officer: 6051 Kaufmann, Kasey

Custody Information: Stored in Location - [redacted]

Comments:

Date/Time: 10/19/2022 11:08  Officer: 6587 Abrams, Katilynn

Custody Information: Signed out for Review - Kroschel, April (5151)

[5151] Kroschel, April

Comments:

# Wyoming Department of Public Safety
# Chain Of Custody Report

**Department Case Number: 22-30712**

## Case Items

### Chain Of Custody History - Item: 003

**Date/Time:** 10/13/2022 22:56 **Officer:** 6051 Kaufmann, Kasey
**Custody Information:** Charging - [redacted]
**Comments:**

**Date/Time:** 10/18/2022 9:16 **Officer:** 5993 Coon, Julie
**Custody Information:** TOT ICAC - Meredith, Robert (4431)
**Comments:**


[4431] Meredith, Robert

**Item Number: 004**
**Current Custody:** Stored in Location - [redacted]
**Collection Date/Time:** 10/13/2022 - 21:00Hrs **Process:** Hold for investigative purposes
**Collection Purpose:** Forfeiture
**Collected By:** 6553 - Pfingsten, Dylan
**Collection Location:** ON SCENE
**Packaging/Quantity/Item Type:** One sealed envelope with: - 1 - Documents
**Detail Description:** DEPARTMENT FORFEITURE PAPERWORK

**Item Notes:**

### Chain Of Custody History - Item: 004

**Date/Time:** 10/13/2022 21:00 **Officer:** 6553 Pfingsten, Dylan
**Custody Information:** Item Collected
**Comments:**

**Date/Time:** 10/13/2022 22:58 **Officer:** 6553 Pfingsten, Dylan
**Custody Information:** Item Submitted Into Property - Kaufmann, Kasey (6051)
**Comments:**

**Date/Time:** 10/13/2022 23:00 **Officer:** 6051 Kaufmann, Kasey
**Custody Information:** Stored in Location - [redacted]
**Comments:**

**Item Number: 005**
**Current Custody:** Stored in Location - [redacted]
**Collection Date/Time:** 10/13/2022 - 20:30Hrs **Process:** Hold for investigative purposes
**Collection Purpose:** Evidence
**Collected By:** 6296 - Bernard, Quinton
**Collection Location:** ON SHAQUAN'S PERSON
**Packaging/Quantity/Item Type:** One sealed envelope with: - 1 - Currency/Money/Cash
**Detail Description:** 975.00 U.S. CURRENCY

**Amount :** $975.00
**Item Notes:**

### Chain Of Custody History - Item: 005

**Date/Time:** 10/13/2022 20:30 **Officer:** 6296 Bernard, Quinton
**Custody Information:** Item Collected
**Comments:**

**Date/Time:** 10/13/2022 23:25 **Officer:** 6296 Bernard, Quinton
**Custody Information:** Item Submitted Into Property - Kaufmann, Kasey (6051)
**Comments:**

# Wyoming Department of Public Safety
# Chain Of Custody Report

### Department Case Number: 22-30712

### Case Items

**Item Number: 008**
**Current Custody:** Stored in Location - [redacted]
**Collection Date/Time:** 10/13/2022 - 20:30Hrs **Process:** Hold for investigative purposes
**Collection Purpose:** Evidence
**Collected By:** 6296 - Bernard, Quinton
**Collection Location:** IN VEHICLE
**Packaging/Quantity/Item Type:** One sealed paper bag with: - 1 - Drugs: Marijuana/Green Plant Material
**Detail Description:** MARIJUANA IN VARIOUS BAGS
**Weight :** 179.20 **Weight Units :** G - GRAMS
**Item Notes:**

#### Chain Of Custody History - Item: 008

**Date/Time:** 10/13/2022 20:30 **Officer:** 6296 Bernard, Quinton
**Custody Information:** Item Collected
**Comments:**

**Date/Time:** 10/13/2022 23:25 **Officer:** 6296 Bernard, Quinton
**Custody Information:** Item Submitted Into Property - Kaufmann, Kasey (6051)
**Comments:**

**Date/Time:** 10/13/2022 23:43 **Officer:** 6051 Kaufmann, Kasey
**Custody Information:** Stored in Location - [redacted]
**Comments:**

**Date/Time:** 11/28/2022 19:57 **Officer:** 6051 Kaufmann, Kasey
**Custody Information:** TOT Controlled Substance Unit - WDPS Drug Lab
**Comments:**
KK
[6051] Kaufmann, Kasey

**Date/Time:** 12/15/2022 19:17 **Officer:** 6051 Kaufmann, Kasey
**Custody Information:** Returned from Controlled Substance Unit - Kaufmann, Kasey (6051)
**Comments:**
KK
[6051] Kaufmann, Kasey

**Date/Time:** 12/15/2022 19:17 **Officer:** 6051 Kaufmann, Kasey
**Custody Information:** Stored in Location - [redacted]
**Comments:**

**Item Number: 009**
**Current Custody:** Stored in Location - [redacted]
**Collection Date/Time:** 10/13/2022 - 20:30Hrs **Process:** Hold for investigative purposes
**Collection Purpose:** Evidence
**Collected By:** 6296 - Bernard, Quinton
**Collection Location:** IN VEHICLE
**Packaging/Quantity/Item Type:** One sealed envelope with: - 1 - Drugs: Pills
**Detail Description:** ONE CONTAINER OF [redacted]
**Weight :** 0.00
**Item Notes:**

#### Chain Of Custody History - Item: 009

**Date/Time:** 10/13/2022 20:30 **Officer:** 6296 Bernard, Quinton
**Custody Information:** Item Collected
**Comments:**

# Wyoming Department of Public Safety
# Chain Of Custody Report

## Department Case Number: 22-30712

### Case Items

**Item Number:** 011

**Current Custody:** Stored in Location - [redacted]

**Collection Date/Time:** 10/13/2022 - 21:00Hrs

**Process:** Hold for investigative purposes

**Collection Purpose:** Evidence

**Collected By:** 6296 - Bernard, Quinton

**Collection Location:** ON PERSON

**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 1 - Cell Phone

**Detail Description:** WHITE IPHONE IN BLACK CASE

**Owner:** SHAQUAN COLEMAN

**Item Notes:**

---

### Chain Of Custody History - Item: 011

**Date/Time:** 10/13/2022 21:00 **Officer:** 6296 Bernard, Quinton

**Custody Information:** Item Collected

**Comments:**

---

**Date/Time:** 10/13/2022 23:32 **Officer:** 6296 Bernard, Quinton

**Custody Information:** Item Submitted Into Property - Kaufmann, Kasey (6051)

**Comments:**

---

**Date/Time:** 10/13/2022 23:46 **Officer:** 6051 Kaufmann, Kasey

**Custody Information:** Stored in Location - [redacted]

**Comments:**