# EXHIBIT 3

CCU Report pertaining to extraction/examination of Kuhl's phones

| MICHIGAN DEPARTMENT OF STATE POLICE<br>ORIGINAL INCIDENT REPORT | ORIGINAL DATE:<br>Thu, Oct 13, 2022 | | INCIDENT NO:<br>CCU-0002980-22 | |
|---|---|---|---|---|
| | TIME RECEIVED:<br>1500 | | FILE CLASS:<br>35001 | |
| | WORK UNIT:<br>COMPUTER CRIMES UNIT | | COUNTY:<br>KENT | |
| COMPLAINANT:<br>WYOMING POLICE DEPARTMENT | | | TELEPHONE NO: | |
| ADDRESS: STREET AND NO:<br>2300 DE HOOP AVE SW | CITY:<br>WYOMING | | STATE:<br>MI | ZIP CODE:<br>49509 |
| INCIDENT STATUS:<br>OPEN | | | | |

# FEX3 ON VCSA/FTD CASE

**INFORMATION:**
I received a request from Det. Kroschel to examine several devices related to a VCSA and FTD investigation that she was conducting. I brought the device to GR CCU on 10/17/2022, the device had been plugged in and not powered off since it was seized.

OIC: Det. Kroschel
Incident #: 22-30712

**PRE-EXAMINATION:**
The device was already in airplane mode when I obtained it. I disconnected it from Bluetooth and removed the sim card. The device was connected to Graykey by Grayshift to obtain and instant AFU, which it was able to do. The device was returned to WYPD the following day.

**VENUE:**

KENT COUNTY
2290 4 MILE RD
GRAND RAPIDS, MI 49544

**DATE & TIME:**

ON OR AFTER: THU, OCT 13, 2022

**COMPLAINANT:**

BUSINESS NAME: WYOMING POLICE DEPARTMENT
ADDRESS:
2300 DE HOOP SW AVE
WYOMING MI 49509

CODE: POLICE AGENCY
DOT #
ICC #
MPSC #
MISC #

**MICHIGAN DEPARTMENT OF STATE POLICE**

**ORIGINAL INCIDENT REPORT**

| ORIGINAL DATE: | INCIDENT NO: |
|---|---|
| Thu, Oct 13, 2022 | CCU-0002980-22 |
| **TIME RECEIVED:** | **FILE CLASS:** |
| 1500 | 35001 |

**SEIZED:**

SEIZED BY: D/SGT MEREDITH
Prop 0001 -Type: OFFICE EQUIPMENT Qty: 1 Article Type: Cellular Telephone Brand: Apple Model: IPHONE 11 Serial #: Misc #: OAN: Value: $0.00 Recovered Value: $0.00
Descrp: GREEN APPLE IPHONE 11 CRACKS ALL OVER BACK MISSING PIECES
Obtained From: 2290 4 MILE RD NW
95 - GRAND RAPIDS, MI 49544
41 - KENT,

Date/Time Recovered: 10/17/2022

**EXTERNAL DOCUMENTS:**
1 – Mobile Device examination checklist

**STATUS:**

OPEN – Pending examination and additional extractions.

| MICHIGAN DEPARTMENT OF STATE POLICE<br>SUPPLEMENTAL INCIDENT REPORT<br>0001 | ORIGINAL DATE:<br>Thu, Oct 13, 2022 | INCIDENT NO:<br>CCU-0002980-22 |
|---|---|---|
| | SUPPLEMENTARY DATE:<br>Fri, Oct 28, 2022 | FILE CLASS:<br>35001 |

INCIDENT STATUS:
OPEN PENDING RELEASE OF PROPERTY

# FEX3 ON VCSA/FTD CASE

## JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 10-21-2022 | ENTERED BY: PREVETTE, CHRIS, 103, D/SERGEANT | IR - PENDS FORENSICS |

**PRE-EXAMINATION:**
The below device was received in a locked state with an unknown pin lock. The device was connected to Cellebrite Premium for an extraction. Cellebrite was able to access the device and extract a. The device was ensured to be disconnected from cellular and wifi data before beginning forensic data acquisition.

ITEM 002 Model SM-S901U1, Phone [redacted] IMEI: [redacted]

- Full File System Extraction was obtained on 10/18/2022
- Extraction was obtained with Cellebrite Premium Version 7.58.0.193
- Extraction was examined using Cellebrite Physical Analyzer 7.56.0.20
- The ICCID on the device was [redacted]
- The device had locations set to on and date and time to be set be network.
- The extraction image was hashed using SHA256 and the resulting hash was b1b90e87886668a451202c1b543e082d4ea555dcae0a50c43d280f1e428302aa
- Media Classification was used to isolate Photo IDs and 994 images were isolated
- Following the extraction I manually took photos of the device and saw that the device had the app Telegram installed and was open to chats discussing fraud.
- 113 Contacts were exported for the investigator to review. 8 of the contacts were from Telegram.
- Device Connectivity and Network stats were exported showing [redacted] as an SSID (Service Set Identifier) which is a Network name that grants internet access
- Photos and Videos of potential relevance were exported for review.
- Photos also included screenshots of bank account information for multiple subjects.
- Videos include a check being printed from an HP desktop printer
- Messages and Chats were also exported for review. 931 Telegram Chats were exported but only the participant information is available and not the content due to the app's native encryption.
- A UFED Reader report was generated for the investigator to review
- User accounts located on the device:
  - [redacted]
  - [redacted]

- [redacted] Cash App Phone [redacted]

**STATUS:**

OPEN PENDING RELEASE OF PROPERTY

| MICHIGAN DEPARTMENT OF STATE POLICE<br>SUPPLEMENTAL INCIDENT REPORT<br>0002 | ORIGINAL DATE:<br>Thu, Oct 13, 2022 | INCIDENT NO:<br>CCU-0002980-22 |
|---|---|---|
| | SUPPLEMENTARY DATE:<br>Mon, Oct 31, 2022 | FILE CLASS:<br>35001 |

| INCIDENT STATUS: |
|---|
| OPEN PENDING RELEASE OF PROPERTY |

# FEX3 ON VCSA/FTD CASE

## PRE-EXAMINATION:

Item 001 was brought to GR CCU on 10/17/2022. I was provided with a Search Warrant for the device by the OIC Det Kroschel. I ensured the device was removed from WiFi and cellular data, as well as Bluetooth before beginning forensic data acquisition. The passcode was unknown. The device was extracted using Grayshift by Graykey and a Full File system was obtained. This was examined with Cellebrite Physical Analyzer.

## FINDINGS:

Item 001, iPhone 13 with cracked back, MSISDN: [redacted] IMEI: [redacted]

## STATUS:

PENDING FORENSICS ON ITEM 001

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 1 of 1 | MEREDITH, ROBERT, 0000000, DETECTIVE | MEREDITH, ROBERT, 0000000, DETECTIVE | |

# Mobile Device Examination & Seizure Checklist

| Incident #: CCU - 2980 -22 | Item #: 010 | Submitting Agency: #010 Incident #: 22-30712 | Examiner: Rob Meredith |
|---|---|---|---|
| Submitting Agency ORI: MI 4183400 | | OIC: Kroschel | OIC TX#: |

**DEVICE INFORMATION** DATE SUBMITTED: 10-17-22

Make: Alcatel Apple HTC Huawei Kyocera LG Motorola Nokia Pantech RIM Samsung Sony ZTE Other:

Model: iPhone Serial Number / IMEI / HEX:

Carrier: AT&T Boost Cricket MetroPCS Sprint T-Mobile Tracfone US Cellular Verizon Virgin Other:

Phone Number:

Phone type: Android Blackberry iOS Win / Touch Flip Candy Bar Slider Other:

Condition: Poor Damage: Y / N DESCRIBE: Protective Case: Y / N COLOR: Search Warrant / Consent

**REMOVABLE MEMORY / SIM**

SIM: YES / NO IMSI / ICCID:

MicroSD: YES / NO Make: Size: S/N: Other:

**DEVICE STATUS** ☐ Faraday Box used at power up

Submitted in sealed evidence container: Yes / No Info:

Battery: Inserted / Removed Power: On / Off Airplane Mode: On / Off Wifi: On / Off

Password protected?: Y / N Code/Pattern (if known): UNK Password Removed: Y / N

System date: / / System time: Actual date: / / Time Correct: Y / N

Settings Changed on Device: Airplane Mode / Enabled USB DeBugging / Screen Timeout set to maximum

Wifi / Bluetooth / Stay Awake / Allow Unknown Sources / Verify Apps / Other:

Size ___ GB

Locations set to: ON / OFF

Date and time set by network: YES / NO

**NOTES** Green iPhone w/ cracked Back

CCU- 2980 -22

**DEVICE EXAMINATION:**

File System Logical Physical SIM

Software:

IEF IEF Acquire FinalMobile LanternLite Lantern

LogiCube MobileEdit Oxygen Susteen UFED Logical

UFED P.A. XRY Other:

Notes:

**REMOVABLE MEDIA EXAMINATION:**

Acquired: YES / NO

Write-Blocker: Hardware / Software

Acquisition Software: FTK Imager / Other

Exam Software:

EnCase v File Juicer v4.31 IEF

FTK v Other

Notes:



REV.12/08/2016

PWID + FTD #22-30712

STATE OF MICHIGAN)

COUNTY OF )

KENT )

# SEARCH WARRANT

TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY:

On this day, Detective April Kroschel, affiant, having subscribed and sworn to an affidavit for a Search Warrant, and I having under oath examined affiant, am satisfied that probable cause exists;

THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I command that you search the following described place:

Blue Samsung cell phone w/ sim card taped to back – Collected from vehicle
Green iPhone – Linked to [redacted]
White iPhone in black case – Linked t[redacted]

**And to there seize, secure, tabulate and make return thereof according to law the following property or things which have been used in the commission of, or which constitute evidence of criminal conduct:**

[redacted] phone: Any and all evidence related to Possession of Marijuana with the Intent to Deliver

[redacted]phone: Any and all evidence related to Possession of Marijuana with the Intent to Deliver. Any and all evidence related to Financial Transaction Device – Illegal Sale/Use

CCW 2980-22

**for the following property and evidence located within the device(s):**

1. The following items that may be located on and in the above-described cellular communication device(s), including but not limited to:
   - A. Data that may identify the owner or user of the above-described cellular communication device(s);
   - B. Address books and calendars;
   - C. Audio and video clips related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   - D. Call histories and call logs related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   - E. Photographs and associated metadata[1] related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   - F. Text messages (SMS[2]), multimedia messages (MMS[3]), recorded messages and subscriber information modules [SIM cards[4]].

---

[1] Metadata is generally defined as data about data. It is stored within the data file itself, but is not normally seen when viewing the file. Metadata includes Exchangable Image File Format (EXIF) which is a specification for image file formats used by digital camera and includes specific information about the photograph.

[2] Short Message Service (SMS) is the text communication service that allows the exchange of short text messages between mobile phone devices.

[3] Multimedia Message Service (MMS) is a communication service that allows the exchange of messages that include multimedia content to and from mobile phones.

G. E-mail messages and attachments, whether read or unread and related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference.

H Internet World Wide Web (WWW) browser files including, but not limited to, browser history, browser cache, stored cookies; browser favorites, auto-complete form history and stored passwords;

I. Documents and other text based files related to the above described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;

J. Applications and data obtained by the application including but not limited to Messaging applications or other "social Media" applications with a messaging feature.

2. With respect to the above items listed in #1 and its subsections above, the executing law enforcement officer(s) is\are authorized to view, photograph, record, copy, forensic image and conduct forensic analysis of any and all data, programs and applications on the above-described cellular communication device(s), as well as on any data storage devices and or mediums attached to those cellular communication devices;

3. The executing law enforcement officer may enlist the aid of a law enforcement computer forensic laboratory in the searching, viewing, photographing, recording, copying, forensic imagining and analysis of any and all of the information described in item list #1 and its subsections above.

**ISSUED UNDER MY HAND ON DATE 10/14/22**

[signature]

**JUDGE/MAGISTRATE OF 62A DISTRICT COURT**

**Original Search Warrant**

CCU-29062-22

---

[4] Subscriber Identity Modules, sometimes referred to as SIM cards, are portable memory chips often used in notebook computers and some models of mobile phones. SIM cards securely store the service-subscriber key used to identify subscribers. The SIM card allows users to change phones by simply removing the SIM card from one mobile phone and inserting it into another mobile phone or broadband telephony device. SIM cards store information used to authenticate and identify subscribers, including but not limited to the Service Provider Name, Service Dialing Numbers and Value Added Service applications. They can also be used to store personal address books and SMS data.

MI2304200 - IOD - COMPUTER CRIMES UNIT
AUTHORIZED TO RELEASE PROPERTY RECEIPT
DATE PRINTED: 10/20/2022 09:52 AM

INCIDENT: CCU-0002980-22 DATE OF INCIDENT: 10/13/2022 FILE CLASS: 35001 - VIOLATION OF CONTROLLED SUBSTANCE

PROPERTY ITEM: **0002**

TYPE: OFFICE EQUIPMENT

DESCRIPTION: SAMSUNG S21
MODEL SM-S901U1
IMEI [redacted]
NO CASE, BLU/GRN IN COLOR
PIN: [redacted]

BRAND: SAMSUN - SAMSUN

VALUE: 1.00

QUANTITY: 1

MODEL: SM-S901U1

TYPE: OTELEPH03 - CELLULAR TELEPHONE

AUTHORIZED BY: ROBERT MEREDITH 0000000

CCU-2980-22

Released By:

Signature: [signature]
Released By:
Print Rank And Full Name: D/Sgt. Rob Meredith #4051
Date Disposed:

Released To:

Signature: [signature]
Name:
Print Full Name
Address:
County: City:
State: Zip:

MI2304200 - IOD - COMPUTER CRIMES UNIT
RELEASED PROPERTY RECEIPT
DATE PRINTED: 10/31/2022 10:18 AM

INCIDENT: CCU-0002980-22 DATE OF INCIDENT: 10/13/2022 FILE CLASS: 35001 - VIOLATION OF CONTROLLED SUBSTANCE

PROPERTY ITEM: 0002

TYPE: OFFICE EQUIPMENT

DESCRIPTION: SAMSUNG S21
MODEL SM-S901U1
IMEI: [redacted]
NO CASE BLU/GRN IN COLOR
PIN: [redacted]

BRAND: SAMSUN - SAMSUN

VALUE: 1.00

QUANTITY: 1

MODEL: SM-S901U1

TYPE: OTELEPH03 - CELLULAR TELEPHONE

AUTHORIZED BY: ROBERT MEREDITH 0000000

CCU-2980-22

Released By:

Signature: [signature]
Released By: ROBERT MEREDITH 0000000
Print Rank And Full Name
Date Disposed: 10/31/2022

Released To:

Signature: [signature]
Name: D/TPR. GENSTERBLUM
Print Full Name
Address: MSP WEST FRAUD TEAM 2290 4 MILE RD NW
County: City:
State: Zip:

| MICHIGAN DEPARTMENT OF STATE POLICE<br>SUPPLEMENTAL INCIDENT REPORT<br>**0003** | ORIGINAL DATE:<br>Thu, Oct 13, 2022 | INCIDENT NO:<br>CCU-0002980-22 |
|---|---|---|
| | SUPPLEMENTARY DATE:<br>Fri, Feb 17, 2023 | FILE CLASS:<br>35001 |

INCIDENT STATUS:
OPEN

# FEX3 ON VCSA/FTD CASE

## JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 11-03-2022 | ENTERED BY: PREVETTE, CHRIS, 103, D/SERGEANT | REVIEWED - PENDS RELEASE OF PROPERTY |
| 11-03-2022 | ENTERED BY: PREVETTE, CHRIS, 103, D/SERGEANT | REVIEWED - PENDS RELEASE OF PROPERTY |
| 11-10-2022 | ENTERED BY: PREVETTE, CHRIS, 103, D/SERGEANT | MR - PENDS FORENSICS REPORT SUPP |
| 12-22-2022 | ENTERED BY: PREVETTE, CHRIS, 103, D/SERGEANT | PENDS FORENSICS |

## PROPERTY RELEASE RECEIPT:

Property item #2 was released on 10/20/22 by D/Sgt. Meredith to himself. Property receipt was completed.

Property item #1 was released on 10/17/22 by D/Sgt. Meredith to himself. Property receipt was completed.

## EXTERNAL DOCUMENTS:

Property release receipt x 2

## STATUS:

OPEN, pending forensic exams and supplemental report detailing findings for item #1.

| MICHIGAN DEPARTMENT OF STATE POLICE<br>SUPPLEMENTAL INCIDENT REPORT<br>**0004** | ORIGINAL DATE:<br>Thu, Oct 13, 2022 | INCIDENT NO:<br>CCU-0002980-22 |
|---|---|---|
| | SUPPLEMENTARY DATE:<br>Sat, Jul 29, 2023 | FILE CLASS:<br>35001 |

**INCIDENT STATUS:**
OPEN

# FEX3 ON VCSA/FTD CASE

**JOURNAL:**

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 02-17-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 03-28-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 04-24-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 05-30-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 06-27-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |

**6 MONTH SUPP:**

6 month supp. PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1.

**STATUS:**

OPEN, pending above

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 1 of 1 | MEREDITH, ROBERT, 0000000, DETECTIVE | MCLALIN, MATTHEW, 248, D/SERGEANT | |

PRINTED: 4/9/2025 15:57

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Thu, Oct 13, 2022 | INCIDENT NO: CCU-0002980-22 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT **0005** | SUPPLEMENTARY DATE: Mon, Jan 29, 2024 | FILE CLASS: 35001 |

**INCIDENT STATUS:**
OPEN

## FEX3 ON VCSA/FTD CASE

**JOURNAL:**

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 08-01-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | 6 MONTH SUPP. PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 08-31-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 09-29-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 10-23-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 11-22-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. |
| 12-26-2023 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1. 6 MONTH SUPP NEEDED NEXT MONTH. |

**6 MONTH SUPP:**

6 month supp completed. PENDING F/E, NEED SUPP REPORT WITH FINDINGS FOR ITEM #1.

**STATUS:**

OPEN, pending above

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 1 of 1 | MEREDITH, ROBERT, 0000000, DETECTIVE | MCLALIN, MATTHEW, 248, D/SERGEANT | |

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Thu, Oct 13, 2022 | INCIDENT NO: CCU-0002980-22 |
|---|---|---|
| SUPPLEMENTAL INCIDENT REPORT 0006 | SUPPLEMENTARY DATE: Fri, Jul 26, 2024 | FILE CLASS: 35001 |

**INCIDENT STATUS:**
OPEN

## FEX3 ON VCSA/FTD CASE

### JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 01-29-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | 6 MONTH SUPP. OPEN PENDING FORENSICS |
| 02-26-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | M/R, PENDS FORENSICS |
| 03-22-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | M/R, PENDS FORENSICS. EMAIL SENT TO OIC REQUESTING UPDATE. |
| 04-25-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | M/R, PENDS FORENSICS. EMAIL SENT TO OIC REQUESTING UPDATE. |
| 05-28-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | M/R, PENDS FORENSICS. EMAIL SENT TO OIC FOR FOLLOWUP. |
| 06-22-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | M/R, PENDS FORENSICS. EMAIL TO OIC FOR UPDATE. |

### 6 MONTH SUPP:

6 month supp completed. Pending forensics.

### STATUS:

OPEN, pending forensics

| PAGE: | INVESTIGATED BY: | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|
| 1 of 1 | MEREDITH, ROBERT, 0000000, DETECTIVE | MCLALIN, MATTHEW, 248, D/SERGEANT | |

| MICHIGAN DEPARTMENT OF STATE POLICE<br>SUPPLEMENTAL INCIDENT REPORT<br>0007 | ORIGINAL DATE:<br>Thu, Oct 13, 2022 | INCIDENT NO:<br>CCU-0002980-22 |
|---|---|---|
| | SUPPLEMENTARY DATE:<br>Thu, Oct 31, 2024 | FILE CLASS:<br>35001 |

| INCIDENT STATUS: |
|---|
| TOT OTHER POLICE DEPARTMENT |

## FEX3 ON VCSA/FTD CASE

### JOURNAL:

| DATE | JOURNALED BY | ACTION |
|---|---|---|
| 08-08-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | SUPP REVIEWED. OPEN, PENDING FORENSICS |
| 08-30-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | M/R, PENDS FORENSICS. |
| 09-30-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | M/R, PENDS FORENSICS. |
| 10-24-2024 | ENTERED BY: MCLALIN, MATTHEW, 248, D/SERGEANT | M/R, PENDS FORENSICS. |

### FINDINGS:

Item 001, Green iPhone with a cracked back

- I was provided with a search warrant for the device.
- SIM card inserted.
- ICCID:[redacted]
- Device was powered on and already in airplane mode. The wifi was off.
- Passcode was unknown.
- Instant AFU Obtained by Graykey.
- FFS extraction opened in Cellebrite 7.53
- I observed the device contained various evidentiary artifacts of fraud. The case was discussed with MSP Fraud team and the device was turned over to D/TPR. Gensterblum. A property receipt was completed and signed to release the item to him. He was provided with a copy of the extraction.

- Copy of the extractions were placed on the archive data server as well.

**STATUS:**

TOT OTHER POLICE DEPARTMENT