# EXHIBIT 2

MSP Procedure Manual 12-01 Section 4 Property Management

iv. Counterfeited--file class 25000 requires an item of property to be entered with a reason for entry of "Counterfeited, Recovered Other Juris, or Seized."

b. Recovered Not In Possession: This box is located on the "Property Segment" main screen for property that is not in possession. It shall be used to give disposition to items that are no longer wanted or stolen.

Enter the date and reason why the item is Not In Possession

i. An item entered as "Stolen" has been recovered and disposed of by another agency.

ii. A retail fraud where the store-maintained possession of the stolen item.

c. MICR edit: If an item of property has not been entered for one of the above file classes with one of the above reasons for entry, the system will display an error message when the MICR edits are calculated and will not allow the incident to be submitted for review

## Section 4: Property Management

### 4.1 Property Review

All property entered into the electronic RMS shall be reviewed by the property sergeant/manager for accuracy of entry. The review shall be recorded in the RMS by use of the Property Management screen.

a. Reviewing while using the property journal or disposition on the Property Management screen. The use of the Property Management screen to journal or dispose of property will automatically update the various property items as reviewed and record the date, time, and electronic signature of the enforcement member who reviewed them.

i. The enforcement member placing the property into the property room or disposing of the property shall sign on to the electronic RMS.

ii. The Property Management screen shall be used to move or dispose of the items of property.

iii. The information shall be saved to the server.

iv. This will automatically update the property as reviewed and record the date, time, and electronic signature of the enforcement member who reviewed the property

### 4.2 Property Journal

The "Property Segment" shall be used to track and maintain an internal chain of custody for property held in possession by the department from entry to the time of final disposition. The following status codes shall be used to track the movement of property.

a. Placed in Agency Property

i. The enforcement member (property sergeant/manager) placing the property into the property room shall sign on to the electronic RMS.

ii. The Property Management screen shall be used to update the status of the property being placed into the worksite's possession.

iii. The property shall be assigned a status of "Placed in Agency Property."

iv. The appropriate bin location shall be selected from the pick list to indicate where the property is being stored.

v. Any additional information may be entered into the free text "Additional Information" field.

vi. The information shall be saved to the server.

vii. This will update the various property reports by recording the additional journal information, date, time, and electronic signature of the enforcement member who removed/added the property from the property room.

viii. Once saved, the property item will be considered reviewed.

b. Temporarily Removed from Agency Property

i. The enforcement member removing the property from the property room shall sign on to the electronic RMS.

ii. The Property Management screen shall be used to update multiple items of property with a status of "Temporarily Removed from Agency Property."

iii. The status of "Temporarily Removed From Agency Property" shall be selected on the "Property Journal" screen

iv. The location where the property is being taken shall be selected from the bin drop down list

v. Any additional information shall be entered into the "Additional Information" field.

vi. The information shall be saved to the server.

vii. The computer will update the "Property Journal" screen with the enforcement member's name and the date and time fields.

viii. This will update the various property reports by recording the additional journal information, date, time, and electronic signature of the enforcement member who removed the property from the property room.

c. Audit

The status of Audit shall be used by enforcement members charged with maintaining and inspecting the worksite's property.

i. The enforcement member (property sergeant/manager) who is responsible for maintaining the worksite's property shall use the status of Audit to aid in managing property and preparing for upcoming inspections.

Full property audits shall be conducted by the worksite commander, or their designee, consistent with written directives regarding audits. This requirement is in addition to the property audit that occurs as part of the annual worksite inspection. All property audits must be electronically recorded in the electronic RMS.