# EXHIBIT 3

FRAUD investigation MSP Incident Property Report

# AUTOMATED INCIDENT CAPTURE SYSTEM
# INCIDENT PROPERTY REPORT - FULL

Fraud/Identity Theft

AGENCY: MI3997500
INCIDENT NUMBER: FIT-0000087-22
DATE OF REPORT: 03/21/2025 02:49 PM

**09 - COUNTERFEITED, 70 - IDENTITY DOCUMENTS, Not in Possession**

PROPERTY STATUS: 01
PROPERTY SYSTEM NUMBER: 0001
CLASS TYPE: 70 - IDENTITY DOCUMENTS
DATE RECOVERED:
DATE STOLEN:
DESCRIPTION: UNKNOWN AMOUNT OF FRAUDULENT IDS AND CHECKS
LAB NUMBER:
RECOVERED VALUE:
SEIZING OFFICER:
BIN:

STATE: MI
COUNTY:
CITY/TWP:
ZIP CODE:
NUMBER:
PREFIX:
STREET:
SUFFIX:
APT/LOT:
AT OR NEAR:
ADDITIONAL INFORMATION:

BRAND:
VALUE: 0.00
MISCELLANEOUS NUMBER:
MODEL:
OWNER APPLIED NUMBER:
QUANTITY: 1
SERIAL NUMBER:
TYPE: IDRIVER03 - DRIVER'S LICENSE

**04 - SEIZED, 32 - OFFICE EQUIPMENT, Not in Possession**

PROPERTY STATUS: 12
PROPERTY SYSTEM NUMBER: 0002
CLASS TYPE: 32 - OFFICE EQUIPMENT
DATE RECOVERED: 10/31/2022
DATE STOLEN:
DESCRIPTION: BLU/GRN SAMSUNG PHONE BELONGING TO [redacted].
MODEL SM - S901U1
IMEI: [redacted]
PIN: [redacted]

LAB NUMBER:
RECOVERED VALUE: 1.00
SEIZING OFFICER: GENSTERBLUM
BIN:

STATE: MI
COUNTY: 41 - KENT
CITY/TWP: 69 - WALKER
ZIP CODE:
NUMBER: 2290
PREFIX:
STREET: 4 MILE
SUFFIX: NW
APT/LOT:
AT OR NEAR: MSP GRAND RAPIDS POST
ADDITIONAL INFORMATION: RECIEVED FROM CCU D/SGT. MEREDITH ON 10/31/2022

BRAND: SAMSUN - SAMSUN
VALUE: 1.00
MISCELLANEOUS NUMBER:
MODEL: S21
OWNER APPLIED NUMBER:
QUANTITY: 1
SERIAL NUMBER:
TYPE: OTELEPH03 - CELLULAR TELEPHONE

JOURNAL ENTRY: 0001 DATE/TIME: 10/31/2022/1211

USER: GENSTERBLUM, COLIN, 645, TROOPER

BIN: 1 - TEMP LOCKER

LAB NUMBER:

PROPERTY STATUS: 01 - RECORD CREATED BY WORKSITE

ORI: MI3997500

JOURNAL ENTRY: 0002 DATE/TIME: 11/07/2022/1209

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 1 - TEMP LOCKER

ADDITIONAL INFO: CHANGE OF COMMAND AUDIT BY INSP. COX, D/F/LT. TEMELKO, D/LT. BONOVETZ, D/SGT. CLEARWATER.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0003 DATE/TIME: 11/09/2022/1020

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 14 - TAN SHELF IN EVIDENCE ROOM, SHELF FIT 7

ADDITIONAL INFO: ON 11-09-22, I TRANSPORTED THE PROPERTY FROM GRAND RAPIDS TO KALAMAZOO.

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0004 DATE/TIME: 12/01/2022/1431

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 14 - TAN SHELF IN EVIDENCE ROOM, SHELF FIT 7

ADDITIONAL INFO: AUTHORIZED BY: BRIAN KASTELIC 45

LAB NUMBER:

PROPERTY STATUS: 08 - AUTHORIZED TO RELEASE

ORI: MI3997500

JOURNAL ENTRY: 0005 DATE/TIME: 12/01/2022/1433

USER: KASTELIC, BRIAN, 45, D/SERGEANT

ADDITIONAL INFO: DISPOSED BY: BRIAN KASTELIC 45
RECEIVED BY: D/SGT. KASTELIC
ADDRESS: PROPERTY RELEASED AND WILL BE RE-ENTERED UNDER FIT-91-22 FOR EVIDENTIARY VALUE. 2290 FOUR MILE RD
COUNTY: KENT
CITY: GRAND RAPIDS
STATE: MI

LAB NUMBER:

PROPERTY STATUS: 12 - RELEASED

ORI: MI3997500

10 - MANUFACTURED/TRACE EVIDENCE, 13 - EVIDENCE, Not in Possession

PROPERTY STATUS: 12
PROPERTY SYSTEM NUMBER: 0003
CLASS TYPE: 13 - EVIDENCE
DATE RECOVERED: 10/31/2022
DATE STOLEN:
DESCRIPTION: 16GB LEXAR FLASH DRIVE, CONTAINING THE EXTRACTION OF THE CONTENTS ON [redacted] PHONE.
LAB NUMBER:
RECOVERED VALUE: 0.00
SEIZING OFFICER: GENSTERBLUM
BIN:

STATE: MI
COUNTY: 41 - KENT
CITY/TWP: 69 - WALKER
ZIP CODE:
NUMBER: 2290
PREFIX:
STREET: 4 MILE
SUFFIX: NW
APT/LOT:
AT OR NEAR: MSP GRAND RAPIDS POST
ADDITIONAL INFORMATION: RECIEVED FROM CCU D/SGT. MEREDITH ON 10/31/2022

VALUE: 0.00

JOURNAL ENTRY: 0001 DATE/TIME: 10/31/2022/1226
USER: GENSTERBLUM, COLIN, 645, TROOPER

BIN: 1 - TEMP LOCKER

LAB NUMBER:

PROPERTY STATUS: 01 - RECORD CREATED BY WORKSITE

ORI: MI3997500

JOURNAL ENTRY: 0002 DATE/TIME: 11/09/2022/1013
USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 1 - TEMP LOCKER

ADDITIONAL INFO: AUDITED BY D/LT. BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0003 DATE/TIME: 12/01/2022/1425
USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 1 - TEMP LOCKER

ADDITIONAL INFO: AUTHORIZED BY: BRIAN KASTELIC 45

LAB NUMBER:

PROPERTY STATUS: 08 - AUTHORIZED TO RELEASE

ORI: MI3997500

JOURNAL ENTRY: 0004 DATE/TIME: 12/01/2022/1429
USER: KASTELIC, BRIAN, 45, D/SERGEANT

ADDITIONAL INFO: DISPOSED BY: BRIAN KASTELIC 45
RECEIVED BY: D/SGT. KASTELIC
ADDRESS: RELEASED TO GENSTERBLUM, REENTERED INTO FIT-91-22 FOR EVIDENTIARY VALUE 2290 FOUR MILE RD
COUNTY: KENT
CITY: GRAND RAPIDS
STATE: MI

LAB NUMBER:

PROPERTY STATUS: 12 - RELEASED

ORI: MI3997500