# EXHIBIT 4

CSAM investigation MSP Incident Property Report

# AUTOMATED INCIDENT CAPTURE SYSTEM
# INCIDENT PROPERTY REPORT - FULL

AGENCY: MI3997500
INCIDENT NUMBER: FIT-0000091-22 CSAM
DATE OF REPORT: 03/20/2025 12:22 PM

**10 - MANUFACTURED/TRACE EVIDENCE, 13 - EVIDENCE, In Possession**

PROPERTY STATUS: 04
PROPERTY SYSTEM NUMBER: 0001
CLASS TYPE: 13 - EVIDENCE
DATE RECOVERED: 12/01/2022
DATE STOLEN:
DESCRIPTION: 16GB LEXAR FLASH DRIVE, CONTAINING THE CONTENTS OF SAMUEL'S PHONE EXTRACTION
LAB NUMBER:
RECOVERED VALUE: 0.00
SEIZING OFFICER: GENSTERBLUM
BIN: 35

STATE: MI
COUNTY: 41 - KENT
CITY/TWP: 69 - WALKER
ZIP CODE:
NUMBER: 2290
PREFIX:
STREET: 4 MILE
SUFFIX: NW
APT/LOT:
AT OR NEAR: MSP POST
ADDITIONAL INFORMATION: ORIGINALLY OBTAINED FROM WYOMING CCU, VIEW INCIDENT REPORT FIT-87-22 FOR FURTHER
VALUE: 0.00

JOURNAL ENTRY: 0001 DATE/TIME: 12/01/2022/1541

USER: GENSTERBLUM. COLIN, 645, TROOPER

BIN: 27 - 6TH DIST HQ FRAUD LOCKED MASTERFILE CABINET

LAB NUMBER:

PROPERTY STATUS: 01 - RECORD CREATED BY WORKSITE

ORI: MI3997500

JOURNAL ENTRY: 0002 DATE/TIME: 12/13/2022/0931

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 14 - TAN SHELF IN EVIDENCE ROOM, SHELF FIT 7

ADDITIONAL INFO: ON 12-13-22, I TRANSPORTED THE PROPERTY FROM GRAND RAPIDS TO KALAMAZOO.

Only 1 entry. Not in accordance with Procedure Manual

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0003 DATE/TIME: 04/13/2023/0923

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 1 - TEMP LOCKER

*CORRECT*

Should be 2 entries

ADDITIONAL INFO: REMOVED FROM KALAMAZOO PROP ROOM FOR TRANSPORT TO GRAND HAVEN PROP ROOM ON 04/13/2023 BY D/LT. BONOVETZ AND D/SGT KASTELIC.

LAB NUMBER:

PROPERTY STATUS: 07 - TEMPORARILY REMOVED FROM AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0004 DATE/TIME: 04/13/2023/1313

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 33 - GRAND HAVEN PROPERTY ROOM EAST WALL SHELVES

ADDITIONAL INFO: TRANSPORTED AND PLACED INTO GRAND HAVEN PROPERTY ROOM BY D/LT. BONOVETZ AND D/SGT. KASTELIC ON 04/13/2023. TRANSPORTED FROM THE KALAMAZOO PROPERTY ROOM.

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0005 DATE/TIME: 04/17/2023/1127

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: ON 04-17-23, I MOVED THE PROPERTY FROM THE EAST WALL TO THE DARK GRAY CABINET IN GH.

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0006 DATE/TIME: 11/02/2023/1219

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PROPERTY AUDIT ON 11/02/23 BY CAPT HENKE AND D/LT BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0007 DATE/TIME: 03/20/2024/1027

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: AUDITED BY D/LT. BONOVETZ AND D/SGT. KASTELIC ON 03/20/2024.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0008 DATE/TIME: 05/13/2024/1157

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PROPERTY AUDIT ON 05/13/24 BY CAPT HENKE AND D/LT. BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0009 DATE/TIME: 03/18/2025/1137

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: AUDITED ON 3/18/2025 BY D/LT. BONOVETZ AND D/SGT. KASTELIC.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

**04 - SEIZED, 32 - OFFICE EQUIPMENT, In Possession**

PROPERTY STATUS: 04
PROPERTY SYSTEM NUMBER: 0002
CLASS TYPE: 32 - OFFICE EQUIPMENT
DATE RECOVERED: 12/01/2022
DATE STOLEN:
DESCRIPTION: BLU/GRN SAMSUNG PHONE BELONGING TO SAMUEL KUHL
MODEL SM-S901U1
IMEI: [redacted]
PIN: [redacted]
LAB NUMBER:
RECOVERED VALUE: 1.00
SEIZING OFFICER: GENSTERBLUM
BIN: 35

STATE: MI
COUNTY: 41 - KENT
CITY/TWP: 69 - WALKER
ZIP CODE:
NUMBER: 2290
PREFIX:
STREET: 4 MILE
SUFFIX: NW
APT/LOT:
AT OR NEAR: MSP POST
ADDITIONAL INFORMATION: ORIGINALLY OBTAINED FROM WYOMING CCU VIEW INCIDENT REPORT FIT-87-22 FOR FURTHER

BRAND: SAMSUN - SAMSUN
VALUE: 1.00
MISCELLANEOUS NUMBER:
MODEL: S21
OWNER APPLIED NUMBER:
QUANTITY: 1
SERIAL NUMBER:
TYPE: OTELEPH05 - TELEPHONE, CELLULAR

JOURNAL ENTRY: 0001 DATE/TIME: 12/01/2022/1550

USER: GENSTERBLUM, COLIN, 645; TROOPER

BIN: 2 - GREY FIT LOCKER #2

LAB NUMBER:

PROPERTY STATUS: 01 - RECORD CREATED BY WORKSITE

ORI: MI3997500

JOURNAL ENTRY: 0002 DATE/TIME: 12/13/2022/1023

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 14 - TAN SHELF IN EVIDENCE ROOM, SHELF FIT 7

ADDITIONAL INFO: ON 12-13-22, PROPERTY WAS RETAG TO FIT-91-22 FROM FIT-87-22. FIT-87-22 WAS TOT TO KALAMAZOO.

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0003 DATE/TIME: 04/13/2023/0923

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 1 - TEMP LOCKER

ADDITIONAL INFO: REMOVED FROM KALAMAZOO PROP ROOM FOR TRANSPORT TO GRAND HAVEN PROP ROOM ON 04/13/2023 BY D/LT. BONOVETZ AND D/SGT KASTELIC.

LAB NUMBER:

PROPERTY STATUS: 07 - TEMPORARILY REMOVED FROM AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0004 DATE/TIME: 04/13/2023/1313

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 33 - GRAND HAVEN PROPERTY ROOM EAST WALL SHELVES

ADDITIONAL INFO: TRANSPORTED AND PLACED INTO GRAND HAVEN PROPERTY ROOM BY D/LT. BONOVETZ AND D/SGT. KASTELIC ON 04/13/2023 TRANSPORTED FROM THE KALAMAZOO PROPERTY ROOM.

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0005 DATE/TIME: 04/17/2023/1127

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: ON 04-17-23, I MOVED THE PROPERTY FROM THE EAST WALL TO THE DARK GRAY CABINET IN GH.

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0006 DATE/TIME: 11/02/2023/1219

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PROPERTY AUDIT ON 11/02/23 BY CAPT HENKE AND D/LT BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0007 DATE/TIME: 03/20/2024/1027

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: AUDITED BY D/LT. BONOVETZ AND D/SGT. KASTELIC ON 03/20/2024.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0008 DATE/TIME: 05/13/2024/1157

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PROPERTY AUDIT ON 05/13/24 BY CAPT HENKE AND D/LT. BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0009 DATE/TIME: 07/23/2024/1136

USER: BAINES, KELLY, 154, SPL/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PSS HQ INSPECTION THIS DATE BY SPL/LT. KELLY BAINES AND PSS ANALYSTS G. STRONG AND J. BAHM.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0010 DATE/TIME: 03/18/2025/1137

USER: BONOVETZ, TAYLOR, 13. D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: AUDITED ON 3/18/2025 BY D/LT. BONOVETZ AND D/SGT. KASTELIC.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

**04 - SEIZED, 27 - MISCELLANEOUS, In Possession**

PROPERTY STATUS: 04
PROPERTY SYSTEM NUMBER: 0003
CLASS TYPE: 27 - MISCELLANEOUS
DATE RECOVERED: 01/11/2023
DATE STOLEN:
DESCRIPTION: BLACK 256GB SANDISK FLASH DRIVE CONTAINING [redacted] FACEBOOK ACCOUNT INFORMTION

PASSCODE: PASSWORD1

LAB NUMBER:
RECOVERED VALUE: 0.00
SEIZING OFFICER: GENSTERBLUM
BIN: 35

STATE: MI
COUNTY: 41 - KENT
CITY/TWP: 11 - GRAND RAPIDS TWP
ZIP CODE:
NUMBER: 2290
PREFIX:
STREET: FOUR MILE
SUFFIX:
APT/LOT:
AT OR NEAR: MSP GRAND RAPIDS POST
ADDITIONAL INFORMATION: FORWARDED TO ME BY FACEBOOK

VALUE: 0 00

JOURNAL ENTRY: 0001 DATE/TIME: 01/19/2023/1235

USER: GENSTERBLUM, COLIN, 645, TROOPER

BIN: 27 - 6TH DIST HQ FRAUD LOCKED MASTERFILE CABINET

LAB NUMBER:

PROPERTY STATUS: 01 - RECORD CREATED BY WORKSITE

ORI: MI3997500

JOURNAL ENTRY: 0002 DATE/TIME: 04/17/2023/1001

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 1 - TEMP LOCKER

ADDITIONAL INFO: ON 04-17-23, D/SGT. KASTELIC TRANSPORTED THE PROPERTY FROM GRAND RAPIDS TO GRAND HAVEN.

LAB NUMBER:

PROPERTY STATUS: 07 - TEMPORARILY REMOVED FROM AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0003 DATE/TIME: 04/17/2023/1102

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: ON 04-17-23, I LODGED ALL THE PROPERTY INTO THE GRAND HAVEN PROPERTY ROOM.

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0004 DATE/TIME: 11/02/2023/1219

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PROPERTY AUDIT ON 11/02/23 BY CAPT HENKE AND D/LT BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0005 DATE/TIME: 03/20/2024/1027

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: AUDITED BY D/LT. BONOVETZ AND D/SGT. KASTELIC ON 03/20/2024.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0006 DATE/TIME: 05/13/2024/1157

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PROPERTY AUDIT ON 05/13/24 BY CAPT HENKE AND D/LT. BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0007 DATE/TIME: 03/18/2025/1137

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: AUDITED ON 3/18/2025 BY D/LT. BONOVETZ AND D/SGT. KASTELIC.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

**10 - MANUFACTURED/TRACE EVIDENCE, 13 - EVIDENCE, In Possession**

PROPERTY STATUS: 04
PROPERTY SYSTEM NUMBER: 0004
CLASS TYPE: 13 - EVIDENCE
DATE RECOVERED: 02/14/2023
DATE STOLEN:
DESCRIPTION: 128G SANDISK FLASH DRIVE CONTAINING SAMUEL'S PHONE DUMP AND FACEBOOK ACCOUNT INFORMATION
LAB NUMBER:
RECOVERED VALUE: 0.00
SEIZING OFFICER: GENSTERBLUM
BIN: 35

STATE: MI
COUNTY: 39 - KALAMAZOO
CITY/TWP: 89 - KALAMAZOO
ZIP CODE:
NUMBER: 150
PREFIX:
STREET: CROSSTOWN
SUFFIX:
APT/LOT:
AT OR NEAR:
ADDITIONAL INFORMATION: RECIEVED FROM AGENT BUTTERY
VALUE: 0.00

JOURNAL ENTRY: 0001 DATE/TIME: 04/13/2023/1145

USER: GENSTERBLUM, COLIN, 645, TROOPER

BIN: 27 - 6TH DIST HQ FRAUD LOCKED MASTERFILE CABINET

LAB NUMBER:

PROPERTY STATUS: 01 - RECORD CREATED BY WORKSITE

ORI: MI3997500

JOURNAL ENTRY: 0002 DATE/TIME: 04/17/2023/1001

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 1 - TEMP LOCKER

ADDITIONAL INFO: ON 04-17-23, D/SGT. KASTELIC TRANSPORTED THE PROPERTY FROM GRAND RAPIDS TO GRAND HAVEN.

LAB NUMBER:

PROPERTY STATUS: 07 - TEMPORARILY REMOVED FROM AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0003 DATE/TIME: 04/17/2023/1102

USER: KASTELIC, BRIAN, 45, D/SERGEANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: ON 04-17-23, I LODGED ALL THE PROPERTY INTO THE GRAND HAVEN PROPERTY ROOM.

LAB NUMBER:

PROPERTY STATUS: 04 - PLACED IN AGENCY PROPERTY

ORI: MI3997500

JOURNAL ENTRY: 0004 DATE/TIME: 11/02/2023/1219

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PROPERTY AUDIT ON 11/02/23 BY CAPT HENKE AND D/LT BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0005 DATE/TIME: 03/20/2024/1027

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: AUDITED BY D/LT. BONOVETZ AND D/SGT. KASTELIC ON 03/20/2024.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0006 DATE/TIME: 05/13/2024/1157

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: PROPERTY AUDIT ON 05/13/24 BY CAPT HENKE AND D/LT. BONOVETZ.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

JOURNAL ENTRY: 0007 DATE/TIME: 03/18/2025/1137

USER: BONOVETZ, TAYLOR, 13, D/LIEUTENANT

BIN: 35 - GRAND HAVEN PROPERTY ROOM DARK GRAY FILE CABINET #1

ADDITIONAL INFO: AUDITED ON 3/18/2025 BY D/LT. BONOVETZ AND D/SGT. KASTELIC.

LAB NUMBER:

PROPERTY STATUS: 16 - AUDIT

ORI: MI3997500

Total Items : 4