# EXHIBIT 5

MSP reports FIT-0000087-22 and FIT-0000091-22.

* Withheld due to sensitive material; will present if evidentiary hearing is held *