# EXHIBIT 1

Title names of lawenforcement bodycam and patrol vehicle cam footage that Mr. Kuhl requests the Court to examine and allowed to be entered on the record.

| Name | Date modified | Type | Size |
|---|---|---|---|
| evidence.com_case_FOIA_22-783_COMP... | 1/17/2025 5:25 PM | File folder | |
| (Clip_1.1)_(Extraction_1.1)_Bernard_Rear_... | 12/19/2024 11:59 AM | MP4 Video | 1,376,487 KB |
| (Clip_2.1)_(Extraction_1.1)_Bernard_Front... | 12/19/2024 12:02 PM | MP4 Video | 2,377,613 KB |
| (Extraction_1.1)_(Extraction_1.1)_Tromp_... | 12/19/2024 12:04 PM | MP4 Video | 2,595,659 KB |
| (Extraction_1.1)_Bernard_BC_TRAFFIC_ST... | 12/19/2024 11:58 AM | MP4 Video | 143,218 KB |
| (Extraction_1.1)_Bernard_BC_TRAFFIC_ST... | 12/19/2024 11:58 AM | MP4 Video | 308,530 KB |
| (Extraction_1.1)_Bernard_BC_TRAFFIC_ST... | 12/19/2024 11:58 AM | MP4 Video | 707,688 KB |
| (Extraction_1.1)_Bernard_BC_TRAFFIC_ST... | 12/19/2024 11:59 AM | MP4 Video | 763,839 KB |
| (Extraction_1.1)_Bernard_BC_TRAFFIC_ST... | 12/19/2024 12:00 PM | MP4 Video | 2,299,828 KB |
| (Extraction_1.1)_Pfingsten_Rear_TRAFFIC... | 12/19/2024 12:03 PM | MP4 Video | 2,446,709 KB |
| (Extraction_1.1)_Tromp_BC_TRAFFIC_STOP | 12/19/2024 11:59 AM | MP4 Video | 1,064,479 KB |
| (Extraction_1.1)Bernard_BC_TRAFFIC_STOP | 12/19/2024 11:58 AM | MP4 Video | 557,126 KB |
| Install SanDisk Software.dmg | 9/23/2021 2:01 PM | DMG File | 540 KB |
| Install SanDisk Software | 9/23/2021 2:02 PM | Application | 691 KB |
| SanDisk Software | 9/23/2021 2:01 PM | Adobe Acrobat D... | 294 KB |
| Unconfirmed 665807.crdownload | 12/27/2024 11:19 AM | CRDOWNLOAD File | 4,194,304 KB |
| Unconfirmed 866729.crdownload | 12/26/2024 5:50 PM | CRDOWNLOAD File | 2,878,880 KB |