# EXHIBIT 2

Wyoming PD incident report of the traffic stop.

**Wyoming Police Department -- (616) 530-7300**
**2300 De Hoop Ave SW, Wyoming Michigan 49509**

Incident No: **22-030712**
Status: **TOT other agency**

Date Reported: **Thu 10/13/2022 19:41:00** Occurred Between: **Thu 10/13/2022 19:41:00**
Dispatch Time: **19:41:00** Arrival Time: **19:41:00** Clear Time:
CFS Number: **WYP-0030712-2022**
Officers: **BERNARD, QUINTON** **ZBIKOWSKI, TYLER** Detective: **KROSCHEL, APRIL**
Classification: **MARIJUANA (OTHER) -- (3564)**
Classification: **OBSTRUCT (OTHER) -- (5099)** [S:2]
Classification: **DWLS (SUSPENDED/DENIED/REVOKED) -- (257.904)**
Location: **CUTLER ST SW / FLOSSIE AVE SW / 800 CUTLER ST SW / 2000 FLOSSIE AVE SW, WYOMING** Section / Nbh: /
Description: **TRAFFIC STOP** Entered: **CADIMPORT**

**Arrestee: (257.904 DWLS (SUSPENDED/DENIED/REVOKED))**
**Arrestee: (3564 MARIJUANA (OTHER))**

**COLEMAN, SHAQUAN, AKIA** DOB: Redacted Age: **26**
Redacted Phone: **(000)000-0000**
**KALAMAZOO, MI 49048-1446**
Ops: **C800083348980 / MI**
Race: **Black/ African American** Sex: **Male** Hair: **Black** Eyes: **Brown** Ethnicity: **Unknown**
Height: **6' 3"** Weight: **175 lbs.** Build: **Medium** Complex: **Dark**
Notes: **Original record details added from: SOS query.**

Arrest Information:

| No | Date | Code | Description | Disposition Date | Disposition of Case |
|---|---|---|---|---|---|
| 1 | 10/13/2022 | | | 10/13/2022 | |
| 2 | 10/13/2022 | 3564 | MARIJUANA (OTHER) | 10/13/2022 | |

**Arrestee: (5099 OBSTRUCT (OTHER))**

**KUHL, SAMUEL, ALEXANDER** DOB: [redacted] Age: **30**
**613 DWIGHT AVE**
**KALAMAZOO, MI 49048-1846**
Ops: **K400758044998 / MI**
Race: **White** Sex: **Male** Eyes: **Hazel** Ethnicity: **Unknown**
Height: **5' 9"** Weight: **165 lbs.**
Notes: **Original record details added from: SOS query.**

Arrest Information:

| No | Date | Code | Description | Disposition Date | Disposition of Case |
|---|---|---|---|---|---|
| 1 | 10/13/2022 | 5099 | OBSTRUCT (OTHER) | | |

**Officer:**
**TROMP, JACK**

**Officer:**
**GREENLEE, ASHLYN**

**Officer:**
**PFINGSTEN, DYLAN**

Incident No: **22-030712**

**Tickets:**

Name: **COLEMAN, SHAQUAN, AKIA,** DOB: [redacted]

| Number | Date | Count / Type | Charge | Description | Fine |
|---|---|---|---|---|---|
| T-W212650 | | | | | |
| | 10/13/22 | 1) Misdemeanor | 257.9041B | DROVE WHILE LICENSE REVOKED | 0.00 |

**Vehicles:**

**WHITE 2015 LINCOLN MKZ FOUR DOOR** Tag: **EMT7716 / MI** Unit: **1**
VIN: **3LN6L2LU8FR622992**

Notes: **Original record details added from: SOS query.**

**Property:**

1) **179.2 grams of marijuana**
Item Num: **22-030712-001** Class: **Drugs/Narcotics**
Loss Type: **Seized**

Type: **Narcotics/Drugs**
Drug Type: **Marijuana**
Gross Weight: **179.200 Grams** Net Weight: **179.200 Grams**
Package Type: **Paper Bag**

2) **DIGITAL SCALE**
Item Num: **22-030712-002** Class: **Household Goods**
Loss Type: **Evidence**

Type: **General Property**

3) **PLASTIC BAGGIES**
Item Num: **22-030712-003** Class: **Household Goods**
Loss Type: **Evidence**

Type: **General Property**

4) **TWO CELLS PHONES**
Item Num: **22-030712-004** Class: **Computer Hardware/Software**
Loss Type: **Evidence** Qty: **2**

Type: **General Property**

**INITIAL INCIDENT** **Reporting Officer: BERNARD, QUINTON**

## SUMMARY:

Shaquan Coleman (arrestee) and Samuel Kuhl (arrestee) were both transported to the Kent County Jail where Shaquan was lodged for felony possession with intent to distribute and driving while license revoked. Samuel Kuhl was lodged for felony possession with intent to distribute as well as failure to obey lawful command.

179.2 grams of marijuana (total of 11 individual baggies containing marijuana) was located in the vehicle as well as a digital scale, large amount of empty clear plastic zip lock baggies, and a total of $4,399.00.

## INFORMATION:

On the above date and time, while parked stationary in the Great lakes Carwash (801 Burton ST SW), I observed a white Lincion MKZ parked at a gas pump in the Citgo gas Station (800 Burton St SW). I had then observed the driver (later identified as Shaquan Coleman) walk from the vehicle to the west side of the Citgo Gas Station.

I found this to be suspicious so, I drove into the Citgo Gas Station parking lot to investigate further of what Shaquan was doing. As I traveled to the west side of the Citgo Gas Station, I observed Shaquan attempting to urinate in a corner. Upon seeing my patrol vehicle, Shaquan had quickly walked back to his vehicle and had entered the driver seat. It should be noted that Shaquan's vehicle had heavily tinted front windows to the point

where I could not see who was inside of the vehicle. Shaquan had then exited the gas station parking lot to travel south bound on Clyde Park Ave SW. I followed the vehicle onto Clyde Park Ave SW in an attempt to stop it for tinted windows.
Once behind the vehicle, the vehicle quickly turned onto Cutler St SW.

**TRAFFIC STOP:**
Due to the vehicle having heavily tinted front windows, I had activated my emergency over head lights to conduct a traffic stop on the vehicle. The vehicle had stopped on Cutler St SW just west of Flossie Ave SW. Once Stopped, I made contact with the driver (later identified as Shaquan Coleman).

**CONTACT WITH SHAQUAN AKIA COLEMAN (ARRESTEE):**
Shaquan was advised for the reason of the traffic stop. Shaquan added that he was the owner of the vehicle and that there was nothing illegal in the vehicle. When asked, Shaquan advised that he had thought I had pulled him over for him attempting to urinate on the side of the Citgo Gas Station. He also added that he was on his way to see some "females" on Wealthy St in Grand Rapids. Shaquan had then handed me his Michigan identification card along with proof of insurance for the vehicle. It should be noted that Shaquan was not the owner of the vehicle and that his mother was.

After obtaining Shaquan's information, I had gone back to my patrol vehicle to run his information in LEIN. After running his information, I discovered that Shaquan was driving on a revoked license.

**LEIN INFORMATION:**

SHAQUAN AKIA COLEMAN DOB: Redacted SEX: M IMAGE: YES
Redacted HGT: 603 WGT: 175 EYE: BROWN
KALAMAZOO MI 49048-1446 COMM IMPED: NO
**STATUS: REVOKED**OLN: C-800-083-348-980
LIC: STATE ID TYPE: RENEWAL
ORIG: 09/30/2015 ISSUED: 10/26/2020 EXP: 08/16/2024
TOTAL POINTS: 2 EDL STATUS: NO REAL ID: YES

**ARREST OF SHAQUAN AKIA COLEMAN (ARRESTEE):**
Due to Shaquan driving on a revoked license, I went back to the vehicle to make contact with him. Shaquan was advised to step out of the vehicle and to place his hands behind his back. Shaquan was then handcuffed with handcuffed that were double locked and checked for tightness. Shaquan was then escorted t the back of my patrol vehicle where he was placed In the back seat.

Prior putting Shaquan in the back of my patrol vehicle, I searched Shaquan's person. Upon searching Shaquan, I located $975.00 (in various cash bills) in his front pocket.

**OBSERVATION:**
It should be noted that when Shaquan exited his vehicle after being asked to, I observed several individually packaged bags of marijuana in the door cubby of the driver door. Based off my past road patrol experience as a police officer, I determined that the substance inside of these bags was marijuana. The vehicle had also smelled heavily of marijuana.

**ARREST OF SAMUEL KUHL (ARRESTEE):**
Please see Ofc. Pfingsten's supplement report for further information.

**SEARCH OF VEHICLE:**
Upon searching Shaquan's vehicle, I located a larger amount (later identified as 179.2 grams) of marijuana. There were several individually packaged clear plastic bags (containing marijuana) in Shaquan's driver door jam. There were also several more bags of marijuana in the center counsel of Shaquan's vehicle. I had then located a black digital scale under the driver seat where Shaquan was sitting.

Upon searching the rear of the vehicle, I located a large amount of empty clear plastic zip lock bags.

**MIRANDA WARNINGS:**
Shaquan was read his Miranda Warnings off of my department issued Miranda Warnings card (verbatim). When asked, Shaquan advised that he understood his rights and that he still wished to speak with me.

**INTERVIEW OF SHAQUAN AKIA COLEMAN (ARRESTEE):**
When asked, Shaquan advised that he had stopped at the Citgo Gas Station and was on his way to pick up some "females" in Grand Rapids. He advised that he was going to buy some drinks at the gas station but had to use the bathroom. Due to the Citgo Gas Station not having a public bathroom, Shaquan advised that he was going to urinate on the side of the building until he had saw my patrol vehicle. Shaquan added that Samuel was in the back passenger seat because when they eventually picked up these females, one female could sit in the front next to Shaquan and the other female could sit in the back next to Samuel.

When asked about the money on his person ($975.00), he advised that he normally has that amount of cash with him. Shaquan did not explain to me what he did for a living. When asked about the amount of marijuana he had, Shaquan advised that he smokes a lot and likes to keep the different type of marijuana strands he has separate from each other. He added that he gets his marijuana from a dispensary legally. Shaquan also advised me that he used the digital scale found in the vehicle to weigh the marijuana for organization purposes.

When asked, Shaquan advised that he does not sell marijuana and that the marijuana in the vehicle was for his own personal use.

**AXON:**
Several photos of the evidence and where the evidence was located were taken on my department issued work phone. These photos were then sent to Axon using Axon Capture.

**VEHICLE INVENTORY FORM:**
A vehicle inventory form was completed and turned into the Wyoming Police Department.

**FELONY PROBABLE CAUSE FORM:**
A felony probable cause form was completed, reviewed, and turned into the Wyoming Police Department

**FORFEITURE FORM:**
A forfeiture form was completed and turned into the Wyoming Police Department. A copy of the form was put into Shaquan's property bag.

**EVIDENCE:**
179.2 grams of marijuana, plastic baggies, two cell phones, digital scale, and $975.00 was transported to the Wyoming Police Department where it was subsequently logged into the "Beast" in FSU at the Wyoming Police Department.

**DISPOSITION OF VEHICLE:**

Shaquan's vehicle was subsequently impounded by Merls Towing and was transported to Merls Towing.

**DISPOSITION:**
Shaquan was transported to the Kent County Jail where he was subsequently lodged for felony possession with intent to distribute as well as driving while license revoked.

**STATUS:**
This case is closed by arrest.

**SUPPLEMENT 2 (Supplement 2)** **Reporting Officer: PFINGSTEN, DYLAN** **10/13/22**

**SUMMARY:**
I responded to Cutler St SW and Flossie Ave SW to assist Officer Bernard at a traffic stop. During the incident I contacted the passenger, identified by his MI ID as Samuel Kuhl, and detained him. He was ultimately arrested and lodged at Kent County Jail (CJ) for failure to obey a lawful command and possession with the intent to distribute-marijuana.

**INFORMATION:**
On 10/13/2022, at approximately 1955 hours, I responded to the above listed location to assist Officer Bernard at a traffic stop. I arrived on scene and he relayed that he had the driver detained, and there was still a passenger in the rear of the vehicle. Officer Bernard advised he had observed marijuana and other indicia of sales in the vehicle, and was going to complete a vehicle search.

**CONTACT WITH SAMUEL KUHL:**
Officer Tromp, who was with as my FTO, and I approached the vehicle to contact Samuel, who was seated in the rear passenger side seat. Officer Tromp was dressed in a gray sweatshirt and blue jeans, but was wearing a visible Wyoming Police Department issued badge around his neck, had a visibly body worn camera, and a Department issued pistol visible on his hip. I was wearing a full duty uniform.

Officer Tromp identified himself by name and as Wyoming Police and instructed Samuel to step out of the vehicle, and told him he was detained while we searched the vehicle. Samuel stepped out of the rear passenger side of the vehicle, and then immediately turned his back toward us and leaned over and back in toward the rear passenger compartment. I observed him reach his left hand toward his pocket and he stated, "Hold on," and advised he was just trying to find something. Officer Tromp told him to stop reaching inside the car multiple times while I took hold of Samuel's left arm.

Up to that point of the contact Samuel hadn't made eye contact with us and was looking around inside the vehicle.

Samuel then bent over at the waist and reached toward the rear passenger side floor board. I pulled on his left arm to pull him away from the vehicle, but he pulled his body away from me toward the interior of the vehicle. The vehicle and Samuel were unsearched at this point. Based on the fact he wasn't listening to lawful orders to not reach into the vehicle, the area he was reaching was unsearched and could conceal a weapon, I feared he was attempting to gain access to a weapon to use on me or Officer Tromp. I pulled on Samuel's left arm and successfully pull him away from the interior of the vehicle while Officer Tromp held onto his right arm. We placed him in handcuffs behind his back, per Department policy, and I completed a pat search of his person with negative results for weapons.

I then secured him in the rear of my patrol car.

Sgt. Walendzik later arrived on scene and was advised of the incident. He approved Samuel to be lodged at CJ for

failure to obey a lawful command. He was also arrested for possession of marijuana with the intent to distribute. Refer to Officer Bernard's report for further information.

**SEARCH OF SAMUEL KUHL:**

I completed a search of Samuel's person incident to arrest and located $3,424 in U.S. currency in his front left pants pocket. I also located a wallet in his right front pants pocket which contained his MI ID card. There were also multiple debit cards in his wallet that didn't appear to belong to him because they all had different names on them. I also located two Visa Debit gift cards in his wallet. In my training and experience when both cards with personal identifying information on them and gift cards are possessed by a subject who they don't belong to, they use them to make fraudulent purchases online and/or in person.

I attempted to speak with Samuel about what I located on his person, but while reading him his Miranda Rights he advised he didn't want to speak with me. I ceased my interview with him.

**DEBIT CARDS LOCATED IN SAMUEL KUHL'S POSSSESSION:**

[redacted]

**ACTION TAKEN:**

I completed a search of the above listed names in TIMS with negative results.

I completed a Department Forfeiture form, collected the $3,424 in U.S. currency from Samuel, and later booked it into evidence. I provided Samuel with a copy of the forfeiture form in his property bag at CJ.

I collected the above listed debit cards and gift cards and booked them into evidence. I also took pictures of the cards and uploaded them to Evidence.com.

I collected one of Samuel's cell phone and booked it into evidence.

**DISPOSITION:**

I transported and booked Samuel into CJ for the aforementioned charges without incident.

**CASE STATUS:**

Closed by arrest. Attach to Officer Bernard's report.

**SUPPLEMENT 3 (Supplement 3)** **Reporting Officer: KROSCHEL, APRIL** **10/14/22**

**EVIDENCE LOCATED DURING VEHICLE SEARCH:**

It should be noted the following evidence was located during the search of the vehicle and a picture was attached to the report.

1 Box of Sandwich bags

1 Bag (appears to be from a dispensary) half full of marijuana
3 Sandwich bags full of marijuana
8 Corner baggies varying in size
1 Digital scale

**STATUS:**
On 10/14/22 the report was forwarded to the PA for review on Coleman for Possession with Intent to Distribute and driving while license revoked, and on Kuhl for Possession with Intent to Distribute and Failure to Obey a Lawful Command.

**SUPPLEMENT 4 (Supplement 4)** **Reporting Officer: KROSCHEL, APRIL** **10/14/22**

**STATUS:**
On 10/14/22 APA Boivin authorized charges on Coleman for PWID and denied charges for DWLR. Magistrate Price signed the warrant with a $5,000 c/s bond.

APA Boivin denied charges on Kuhl for R&O and denied on the PWID pending further investigation.

The jail was notified of the charges via fax and dispatcher Boersma sent a LEIN message to the jail with the charge information. The paperwork was TOT court clerk.

Open – Charges pending further investigation

**SEARCH WARRANT / EVIDENCE:**
On 10/14/22 Judge Cortes signed a search warrant for Coleman and Kuhl's phones.

On 10/18/22 ICAC Sgt. Meredith informed me he found evidence on Kuhl's phone related to the stolen credit cards, IDs, and fraudulent checks.

On 11/1/22 the case was TOT MSP Fraud Team.

**STATUS:**
Closed - TOT Other Agency