# EXHIBIT 3

Pictures of marijuana evidence all together and not where it was actually located as Bernard falsely states.




Great Value
200 BAGS
Double Zipper
200 BAGS
Double Zipper




HONEY
3 CIGARS
WARNING: