# EXHIBIT 4

Vehicle Impound / ~~Dispot~~ Disposition Procedure/Policy for Wyoming P.D.

notify the originating agency by LEIN of pertinent details involving the vehicle and request they send a patrol unit to make disposition.

2. If the originating agency makes a reasonable request via LEIN, we will attempt to accommodate them. If they refuse to make any arrangements, this department will make the impound.

P. Stolen within our jurisdiction

1 If an original complaint is on file, a supplemental report shall be completed. If an original has not been filled out, the investigating officer shall complete one.

2. Disposition of occupants, if any, shall be made along with a determination as to whether the vehicle should be processed by an evidence technician. This shall be accomplished by contacting the shift supervisor. If the vehicle is to be processed and an evidence technician is not on duty or is not available to do the processing, the officer will complete a service request form. Arrangements shall be made to either impound the vehicle or have the owner pick it up.

3. Dispatch center personnel shall cancel the LEIN stolen vehicle entry.

Q. Arrest of a driver in lawful possession of a vehicle

1. If the driver is going to be lodged either by this department or another, the responsibility for the vehicle falls on the arresting officer.

2. Using time and convenience as considerations, the arresting officer should have the vehicle turned over to the designee of the arrested person if one is readily available. If this is not possible, the vehicle shall be impounded if the vehicle is in the roadway or on private property.

3. If the vehicle is legally parked and not on private property, the owner may authorize us to leave it at the scene. The vehicle should then be locked and the keys given to the arrested person. This information shall be included in the officer's written report.

R. Forfeiture vehicles

1. Fill out the necessary forfeiture paperwork including the vehicle description, vehicle identification number, and the statement "and all contents therein".

   a. Determine an approximate retail value for the vehicle being seized to determine bond.