# EXHIBIT 6

Wyoming PD FOIA Request response showing no affidavit for the issuance of a warrant and/or the arrest of Kuhl although one was prepared for Coleman's arrest proving Kuhl's arrest was an unlawful, retaliatory, vindictive sham.

**Bridgewater, Shavonne**

| | |
|---|---|
| **From:** | DPS Records |
| **Sent:** | Wednesday, April 9, 2025 2:48 PM |
| **To:** | Bridgewater, Shavonne |
| **Subject:** | FW: |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

FOIA

**From:** PD_Info <PD_Info@wyomingmi.gov>
**Sent:** Wednesday, April 9, 2025 2:30 PM
**To:** DPS Records <DPSRecords@wyomingmi.gov>
**Subject:** FW:

**Megan Baas**
**Accounting Specialist | Wyoming Police Department**
616.530.7346 (phone)
www.wyomingmi.gov

**From:** Thomas Kuhl <thomaskuhl248@gmail.com>
**Sent:** Wednesday, April 9, 2025 12:07 PM
**To:** PD_Info <PD_Info@wyomingmi.gov>
**Subject:**

## External Email - Think Before You Click

Under FOIA, I request a copy of the affidavit of probable cause for the issuance of the warrant and/or the arrest of Samuel Alexander Kuhl in connection to case # 22-030712.

CITY OF WYOMING

**Wyoming Police Department** | 2300 DeHoop Ave SW, Wyoming, MI 49509
616.530.7309 | wyomingmi.gov

4/10/2025

Dear Mr. Kuhl, Ref#: 22-30712

Wyoming Department of Public Safety has received your request for certain records and has processed it under the provisions of the Michigan Freedom of Information Act (FOIA), MCL 15.231 et seq.

The records you requested have been

☐ Granted.

☐ Granted in part and denied in part. Portions of your request are exempt from disclosure based on provision set forth in the Act. (See comments on the back of this letter.) Under the FOIA, Section 10, you have the right to appeal to the head of this public body or to a judicial review of the denial. Appeal process details and forms can be located at http://www.wyomingmi.gov/About-Wyoming/City-Government/Michigan-Freedom-of-Information-Act. Click "FOIA page".

☐ Denied **(See comments on the back of this letter)** Under the FOIA, Section 10, you have the right to appeal to the head of this public body or to a judicial review of the denial. Appeal process details and forms can be located at http://www.wyomingmi.gov/About-Wyoming/City-Government/Michigan-Freedom-of-Information-Act. Click "FOIA page".

☒ To the best of the Department's knowledge, information, and belief, under the information provided by you or by any other description reasonably known to the Department, the public record does not exist within the Department.( see additional comments )

☐ Please pay the amount of **$0.00.** Once we receive payment the documents will be mailed to you. An itemized fee calculation form is attached. Forms of payment accepted: **cash, check, money order**

We do not accept credit cards. Checks or money orders should be made payable to the City of Wyoming and mailed to Wyoming Department of Public Safety, 2300 De Hoop Ave., SW, Wyoming, MI 49509. To ensure proper credit, please enclose a copy of this letter with your payment.

If you have questions concerning this matter, please feel free to contact our office at the address above or call the WYDPS Records Unit at 616-530-7314. We are open Mon.-Thurs. from 8:00AM-4:30PM and are closed Friday.

Please see the City of Wyoming website for additional FOIA information http://www.wyomingmi.gov/About-Wyoming/City-Government/Michigan-Freedom-of-Information-Act. Click "FOIA page".

- City of Wyoming FOIA Policy and Guidelines
- FOIA Public Safety Request Form
- Fee Reference Data
- City of Wyoming FOIA Written Public Summary
- FOIA Fee Calculation Form
- Michigan Freedom of Information Act

Sincerely,

Kate Gardner
Office Manager, Police Records Unit
Wyoming Department of Public Safety
F25-344SB

DENIAL OF RECORDS:

Denial is based on the following provision(s) of the Freedom of Information Act. MCL 15.243, Sec. 13(1). (All that apply will be checked.)

☐(a) Information of a personal nature where the public disclosure of the information would constitute a clearly unwarranted invasion of an individual's privacy.
☐telephone number(s), address(es), date(s) of birth, driver license number (s)
☐medical, injuries
☐physical characteristics
☐employment
☐juvenile identifying information
☐other ______

☐(b) Investigating records compiled for law enforcement purposes, but only to the extent that disclosure would do any of the following:
☐(i) Interfere with law enforcement proceedings___
☐(ii) Deprive a person of the right to a fair trial or impartial administrative adjudication.
☐(iii) Constitute an unwarranted invasion of personal privacy.
☐(v) Disclose law enforcement investigative techniques or procedures.

☐(d) Records or information specifically described and exempted from disclosure by statute.
Statute:

☐(m) Communications and notes within a public body or between public bodies of an advisory nature to the extent that they cover other than purely factual materials and are preliminary to a final agency determination of policy or action.

☐(n) Records of law enforcement communication codes, or plans for deployment of law enforcement personnel, that if disclosed would prejudice a public body's ability to protect the public.

☐(s) Unless the public interest in disclosure outweighs the public interest in nondisclosure in the particular instance, public records of a law enforcement agency, the release of which would do any of the following:
☐(v) Disclose operational instructions for law enforcement officers or agents.

☐(vi) Reveal the contents of staff manuals provided for law enforcement officers or agents.

☐(ix) Disclose personnel records of law enforcement agencies.

☐(w) Information or records that would disclose the social security numbers of any individual.

☐ The record is exempt from disclosure under the Freedom of Information Act pursuant to statute MCL 780.623(4)

☐ Based on the information you provided, we are unable to locate any records pertaining to the incident you described. In order to continue processing your request, please comply with the following items. To ensure proper handling of your request please include a copy of this letter with your response.
☐Specific location (i.e. address, hundred block and street, intersection)
☐WYDPS incident or case number
☐Names of those involved in the incident
☐Specific date of incident
☐Name of driver, their date of birth or driver license number
☐Date of birth of involved party

☐ The report you have requested has not yet been completed and filed. Please resubmit your request in 30 days.

☒ **Additional comments:** Affidavit of probable cause doesn't exist for Samuel Kuhl (22-30712).