# EXHIBIT 7

Proof Affidavit of Probable Cause was filed for Coleman.

Reset Form

| STATE OF MICHIGAN<br>62A DISTRICT COURT | AFFIDAVIT OF PROBABLE CAUSE<br>FOR FELONY COMPLAINTS | CASE NO. |
|---|---|---|

2650 DEHOOP AVE SW WYOMING MI 49509
Court Address

(616) 257-9614
Court Telephone

Police Agency: Wyoming Police Department

Complaint Number: 22-30712 Date: 10/13/2022

Charge: Possession with intent to distribute Marijuana

Defendant: Shaquan Akia Coleman

Describe the events proving the elements of crime charged:

Shaquan Akia Coleman did Possess with intent to deliver the controlled substance (Marijuana ); contrary to MCL 333.7401(2)(d)(iii). [333.74012D3]

Probable cause to arrest defendant:

OBSERVATION:
It should be noted that when Shaquan exited his vehicle after being asked to, I observed several individually packaged bags of marijuana in the door cubby of the driver door. Based off my past road patrol experience as a police officer, I determined that the substance inside of these bags was marijuana. The vehicle had also smelled heavily of marijuana.

SEARCH OF VEHICLE:
Upon searching Shaquan's vehicle, I located a larger amount (later identified as 179.2 grams) of marijuana. There were several individually packaged clear plastic bags (containing marijuana) in Shaquan's driver door jam. There were also several more bags of marijuana in the center counsel of Shaquan's vehicle. I had then located a black digital scale under the driver seat where Shaquan was sitting. In total, 179.2 grams of marijuana (total of 11 individual baggies containing marijuana) was located in the vehicle as well as a digital scale, large amount of empty clear plastic zip lock baggies, and $975.00 (on Shaquan's person).

Arresting Officer

Subscribed and sworn to before me on 10-14 Date, 2022 Year

Probable Cause Found: (Y) N

Signature of Notary/Judge/Magistrate