UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHI[GAN]

FILED - GR
May 29, 2025 12:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 5-29

UNITED STATES OF AMERICA,
Plaintiff,

Case No. 1:23-cr-44

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,
Defendant.

# MOTION FOR LEAVE TO FILE UNTIMELY MOTION (ECF No. 164)

Defendant now comes before the Court praying for leave to reopen his Motion to Dismiss as untimely. The reasons listed below are the basis for Kuhl's request.

1. Kuhl has been preparing several motions simultaneously and has had to divide attention and time accordingly.

2. Kuhl mistakenly believed that the superseding indictment would reset the pretrial motion deadline and thus, assumed this motion would actually be timely.

3. Kuhl previously tried to diligently raise this argument in his prior Motion to Dismiss (ECF No. 124), and continues to do so in good faith and due diligence.

4. There are alot of issues that Kuhl has had to occupy his time within fighting case such as obtaining discovery and reviewing it, and then trying to challenge such accordingly.

5. The arguments presented here are unique and Kuhl had to research beyond what is in the law library and try to fully understand and explain why that research and caselaw support his arguments.

6. Mr. Kuhl had to get records of his ongoing State of Michigan criminal proceeding that is being delayed and interrupted by this federal prosecution. These records are attached as an exhibit to ECF No. 164.

7. An argument that the arbitrary and unnecessary parallel prosecution by the Federal Government is cruel and unusual in violation of the Eighth Amendment. The supplement to the Motion (ECF No. 164) is attached to this pleading. The whole motion is not attached due to a lack of stamps. However, the only edit is shown (Page ID. 1108).

Respectfully,

S. Kuhl 5/23/25

S. Kuhl 61189510

S. Kuhl 61189510
1035 James P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
27 MAY 2025 PM 1




U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

49503-236399