UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
April 25, 2025 10:51 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: KB 4/25

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case no. 1:23-cr-44

Hon. Jane M. Beckering

# MOTION TO DISMISS INDICTMENT

NOW INTO COURT comes Defendant Samuel Kuhl, proceeding pro se, who respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 12, to dismiss the indictment pending against him. A Memorandum in support of this Motion is attached.

# Memorandum

Pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, [redacted] a Defendant may raise, by pretrial motion, any defense, objection, or request that the Court can determine without a trial on the merits. Defendant brings this Motion to Dismiss pursuant to Rule 12(b) requesting that this Court abstain from hearing this case pursuant to the principles of federalism and comity, the Tenth Amendment to the U.S. Constitution, substantive due process, and various abstention doctrines, as well as the right to counsel of choice.

As will be outlined below, this case is purely a State case, which is being prosecuted in State Court, and this Court should abstain from hearing this case. This duplicative prosecution is also cruel and unusual in violation of the Eighth Amendment under these circumstances.

## BACKGROUND

Mr. Kuhl has been being investigated by Kalamazoo Public Safety since late 2020. This investigation stems from accusations of fraud and murder. As early as March of 2021, the FBI began investigating Defendant alongside Kalamazoo Dept. of Public Safety (KDPS) in regards to fraud.

During this investigation, which spanned for a period of approximately 2 years, several phones have been seized alleged to belong to or utilized by Defendant. Not once during the execution of several search warrants on these phones did the FBI or KDPS locate any incriminating evidence in regards to child pornography or any other sexual