*US v. Kuhl*
*1:23-cr-044*

# ATTACHMENT 1

Fro[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

What u doing later

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 9/16/2021 7:47:56 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

9/16/2021 2:48:33 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x5F6B68 (Table: message, handle, chat; Size: 10792960 bytes)

From: +12694919570 +1 (269) 491-9570 (owner)
To [redacted]
To: [redacted] (269) 491-9570 (owner)

Tell [redacted] lemme fuck lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 9/16/2021 7:48:16 PM(UTC+0) | 9/16/2021 7:49:53 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

9/16/2021 7:48:15 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x5F9F85 (Table: message, chat, handle; Size: 10792960 bytes)

From [redacted]
To: [redacted] 269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

I can't fucking stand u dude can u understand the word NO

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 9/16/2021 7:50:19 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

9/16/2021 7:50:11 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x5F9D49 (Table: message, handle, chat; Size: 10792960 bytes)

From: [redacted] +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

I wanna eat your pussy while I duck [redacted]

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 3:17:08 AM(UTC+0) | | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:17:07 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76BDA0 (Table: message, chat, handle; Size: 10792960 bytes)

From: [redacted] +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Fuck*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 3:17:13 AM(UTC+0) | 10/30/2021 3:17:23 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:17:10 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76BB44 (Table: message, chat, handle; Size: 10792960 bytes)

From: [redacted] (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Bae that don’t work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:18:28 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:18:17 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76B92E (Table: message, handle, chat; Size: 10792960 bytes)

Fr Redacted 0 +1 (269) 491-9570 (owner)
To Redacted
To: +12694919570 +1 (269) 491-9570 (owner)

How it don't?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | 10/30/2021 3:18:36 AM(UTC+0) | 10/30/2021 3:18:43 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:18:35 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76B721 (Table: message, chat, handle; Size: 10792960 bytes)

Fr Redacted 0 +1 (269) 491-9570 (owner)
To Redacted
To: +12694919570 +1 (269) 491-9570 (owner)

You sit on my shoulders while I fuck her lbvs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | 10/30/2021 3:19:26 AM(UTC+0) | 10/30/2021 3:19:26 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:19:24 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76B4F7 (Table: message, chat, handle; Size: 10792960 bytes)

From Redacted
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:19:43 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:19:43 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76CF83 (Table: message, handle, chat; Size: 10792960 bytes)

Fr[redacted] +1 (269) 491-9570 (owner)
T[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)

That's how you tryna do me that's crazy and you crazy talking bout 8k

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 3:32:41 AM(UTC+0) | 10/30/2021 3:32:42 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:32:40 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76E2F9 (Table: message, chat, handle; Size: 10792960 bytes)

From: [redacted]
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

I'm playing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:33:41 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:33:16 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76FF83 (Table: message, handle, chat; Size: 10792960 bytes)

From: +12694919570 +1 (269) 491-9570 (owner)
T[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)

You my baby doe you coulda had 4K especially if you was really older though and could be on your shit [redacted] I fwy frfr just it's hard for me to love not even talking bout [redacted] rn just saying you could have whatever

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 3:35:12 AM(UTC+0) | 10/30/2021 3:35:12 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:35:10 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76FD74 (Table: message, chat, handle; Size: 10792960 bytes)

From: +12694919570 +1 (269) 491-9570 (owner)
To: Redacted
To: +12694919570 +1 (269) 491-9570 (owner)

But how long y'all finna be up?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | 10/30/2021 3:35:22 AM(UTC+0) | 10/30/2021 3:35:22 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:35:21 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76F9AD (Table: message, chat, handle; Size: 10792960 bytes)

From: Redacted
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Prolly the whole night I'm tired tho but I know she ain't gonna let me sleep and I'm grateful for u frfr an I know bae I understand an even if u say I could have it I wouldn't take it cause I don't feel right

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:36:47 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:36:41 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x76F75D (Table: message, handle, chat; Size: 10792960 bytes)

From: +1 (269) 491-9570 (owner)
To: Redacted
To: (269) 491-9570 (owner)

Loved "Prolly the whole night I'm tired tho but I know she ain't gonna let me sleep and I'm grateful for u frfr an I know bae I understand an even if u say I could have it I wouldn't take it cause I don't feel right "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | 10/30/2021 3:37:29 AM(UTC+0) | 10/30/2021 3:37:32 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:37:27 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x770EDE (Table: message, chat, handle; Size: 10792960 bytes)

Fr[redacted] +1 (269) 491-9570 (owner)
T Redacted
To: +12694919570 +1 (269) 491-9570 (owner)

I feel you but I'm try and slide on y'all like 1:30 I'm bring a few bands if I can have both y'all for real doe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | 10/30/2021 3:40:47 AM(UTC+0) | 10/30/2021 3:40:47 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:40:45 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x770AF8 (Table: message, chat, handle; Size: 10792960 bytes)

From: Redacted
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Lol nah bae not tonight just meet her an chill instead of jumping right into it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:43:38 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:43:02 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x771F83 (Table: message, handle, chat; Size: 10792960 bytes)

From: Redacted
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

An it's crazy u said u don't know how to love but u doing it lmao and your the first that said I love you and u the one that started this whole thing by askin me to be yo girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:43:48 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:43:48 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7719E7 (Table: message, handle, chat; Size: 10792960 bytes)

F[redacted]) +1 (269) 491-9570 (owner)
T[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)

I mean ain't just tryna come straight in and strip I'm just saying we can all chill and lay around smoke watch tv or whatever and if things smooth and I'm talking right we can do that and I know but I'm toxic my head ducked up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 3:45:30 AM(UTC+0) | 10/30/2021 3:46:02 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:45:29 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x77169F (Table: message, chat, handle; Size: 10792960 bytes)

From [redacted]
To: [redacted]269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

She don't want to an bae that could mess up our friendship

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:52:38 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:51:56 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x772BA1 (Table: message, handle, chat; Size: 10792960 bytes)

Fron[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

So nah maybe a day after yall meet an chill

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:52:38 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:52:24 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x772949 (Table: message, handle, chat; Size: 10792960 bytes)

Fr Redacted +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Ight yall playing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | 10/30/2021 3:52:59 AM(UTC+0) | 10/30/2021 3:53:04 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 3:52:58 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x772716 (Table: message, chat, handle; Size: 10792960 bytes)

From: Redacted
To: +1 Redacted 9) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Bae no we not but she should just wanna meet her an chill first then hang

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:59:50 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:53:20 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7724E6 (Table: message, handle, chat; Size: 10792960 bytes)

From Redacted
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

But if she don't want to then we gotta find another girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 3:59:50 AM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 3:59:08 AM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x772274 (Table: message, handle, chat; Size: 10792960 bytes)

From: [redacted] +1 (269) 491-9570 (owner)
To: +1[redacted]
To: +1[redacted] +1 (269) 491-9570 (owner)

Blah don't hit me less I can fuck uou and one your buddies lbs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 6:51:28 PM(UTC+0) | 10/30/2021 6:51:35 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 6:51:27 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x789698 (Table: message, chat, handle; Size: 10792960 bytes)

Fron[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

I literally said I will find us someone else

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 6:51:50 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 6:51:46 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x789409 (Table: message, handle, chat; Size: 10792960 bytes)

From[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

But u wanna act like a fool an not talk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 6:51:54 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 6:51:54 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x7891D2 (Table: message, handle, chat; Size: 10792960 bytes)

Fr Redacted ) +1 (269) 491-9570 (owner)
To: Redacted 1 (269) 491-9570 (owner)

Lol naw fuck that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | 10/30/2021 6:52:04 PM(UTC+0) | 10/30/2021 6:52:04 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 6:52:02 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78AF85 (Table: message, chat, handle; Size: 10792960 bytes)

From: +12694919570 +1 (269) 491-9570 (owner)
To: Redacted
To: +12694919570 +1 (269) 491-9570 (owner)

I wanna duck Redacted she know that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | 10/30/2021 6:52:12 PM(UTC+0) | 10/30/2021 6:52:12 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 6:52:11 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78AD57 (Table: message, chat, handle; Size: 10792960 bytes)

From: Redacted
To: Redacted 9) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Okay well she don’t want to so we gotta find someone else there is more girls then just her

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 6:53:03 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 6:52:35 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78AB0B (Table: message, handle, chat; Size: 10792960 bytes)

Fro [redacted]
To: [redacted] (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Omg text me when u Frl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 7:09:26 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 7:09:13 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78DB34 (Table: message, handle, chat; Size: 10792960 bytes)

F [redacted] +1 (269) 491-9570 (owner)
T [redacted]
To: [redacted] (269) 491-9570 (owner)

Lol I am for real I got her what she want I'm Uncle Sam I print the money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 7:10:16 PM(UTC+0) | 10/30/2021 7:10:17 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 7:10:14 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78D92B (Table: message, chat, handle; Size: 10792960 bytes)

Fron [redacted]
To: [redacted] 269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

Huh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 7:35:25 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 7:11:36 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78D680 (Table: message, handle, chat; Size: 10792960 bytes)

F[redacted] +1 (269) 491-9570 (owner)
T[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)

I just pick up money for a living shidddd what she want for that fat soft mf I felt it she know she can let a rich dick get in one time ♂

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 7:42:20 PM(UTC+0) | 10/30/2021 7:42:24 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 7:42:19 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78ED7B (Table: message, chat, handle; Size: 10792960 bytes)

Fr[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)
To: +12694919570 +1 (269) 491-9570 (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12694919570 +1 (269) 491-9570 | | 10/30/2021 7:44:34 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Read

10/30/2021 7:42:39 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78EA16 (Table: message, handle, chat; Size: 10792960 bytes)

From: +12694919570 +1 (269) 491-9570 (owner)
T[redacted]
To: +12694919570 +1 (269) 491-9570 (owner)

Lol for real doe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | 10/30/2021 7:44:51 PM(UTC+0) | 10/30/2021 7:44:55 PM(UTC+0) | |
| +12694919570 +1 (269) 491-9570 | | | |

**Status:** Sent

10/30/2021 7:44:50 PM(UTC+0)

Source Info:
00008101-001218AA1AC3001E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x78E833 (Table: message, chat, handle; Size: 10792960 bytes)