UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,

v.

SAMUEL ALEXANDER KUHL,
Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering

FILED - GR
June 4, 2025 12:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 6-4

# MOTION FOR LEAVE TO FILE ATTACHED BRIEF

Defendant now comes before the Court in accordance with its prior orders respecfully requesting for leave to file the attached brief as untimely. The following reasons will hopefully be enough to show good cause for the filing of this motion.

Kuhl just received a voluminous amount of discovery yesterday 5/30/25, including the excerpts of messages attached as exhibits 1-5 of the attached brief. This evidence also provided an insight to several messages unrelated to the creation or receiving of depictions underlying Count 1 of the superseding indictment. Accordingly, Defendant was not able to raise the arguments enclosed with adequate knowledge and sufficiency absent this newly disclosed material information.

Wherefore, Defendant prays for the ~~releif~~ relief of leave to file the attached brief.

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

Clerk o
U.S. Dis
399 Fed
110 Mich
Grand Ra

LEGAL




Court
Court
ral Bldg.
gan NW
pids, MI 49503

MAIL