UNITED STATES OF AMERICA
DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 4, 2025 12:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 6-4

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23-cr-44

v.

Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL,

Defendant.

# MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant now comes before the Court requesting leave to file the attached reply brief. The attached reply is to be applied to the Government's Response To Defendant's MOTIONS for Return of Property (ECF No. 194). Defendant seeks leave to file this reply in accordance with Local Criminal Rule 47.2(c).

Kuhl asserts that the reply is necessary to provide legal authority supporting his request for return of property (ECF Nos. 170, 178, and 179), as the Government opposes such requests as not being legally supported. Defendant also seeks to assert why the Government's argument that, while the objects and data that Kuhl seeks return of do not contain evidence of the criminal charges against him, some of it does supposedly contain evidence of unrelated criminal activity for which the statute of limitations have not yet expired, is insufficient to justify retaining the multitude of private and personal material in the Government's

possession.

Wherefore, Kuhl requests leave to ensure a full and fair oppurtunity to be heard and support his requests for return of property. Indeed, the initial motions were made only to state Kuhl's requests in hopes of seeking an evidentiary hearing or oppurtunity to elaborate further why such requests are justified in the event that the Government opposed.

Respectfully,

S Kuhl 5/29/25

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
2 JUN 2025 PM 4 L




U.S. District Court
399 Federal Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

THIS MAIL HAS ORIGINATED
FROM THE NEWAYGO COUNTY JAIL

49503-236399