UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

No. 1:23-cr-44

HON. JANE M. BECKERING
U.S. District Judge

**GOVERNMENT'S NOTICE REGARDING TRIAL EVIDENCE**

The government hereby provides notice that it intends to admit certain self-authenticating business records pursuant to Rule 902(11). The following certified business records have been provided to the defense during discovery and they are available for further inspection upon request:

The government intends to offer certified records from the following businesses as self-authenticating documents, pursuant to Rule 902(11):

- Apple (relating to the defendant's iPhone)
- Samsung (relating to the defendant's cell telephone)
- Facebook (relating to the "ShaneShane" Facebook account)

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated: June 10, 2025

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2025, a copy of United States' Notice Regarding Trial Evidence was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Timothy VerHey*
TIMOTHY VERHEY
OLIVIA KAY GHISELLI
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404