# ATTACHMENT 1

# CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Qiwen Lei, hereby declare:

1. I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL, produced on April 7, 2025, in response to legal process served on Apple on April 3, 2025. I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3. With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

   a. made at or near the time by or from information transmitted by someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;
   b. kept in the course of a regularly conducted activity of Apple's business; and
   c. made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct

DATED: April 7, 2025

**APPLE INC.**

By: /s/ *Qiwen Lei*

Name: Qiwen Lei
Title: Legal Specialist, Apple Inc.