# ATTACHMENT 1

COPY

STATE OF MICHIGAN)

COUNTY OF )

KENT )

# SEARCH WARRANT

TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY:

**On this day, Detective April Kroschel, affiant, having subscribed and sworn to an affidavit for a Search Warrant, and I having under oath examined affiant, am satisfied that probable cause exists;**

**THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I command that you search the following described place:**

Blue Samsung cell phone w/ sim card taped to back – Collected from vehicle
Green iPhone – Linked to Kuhl
White iPhone in black case – Linked to Coleman

**And to there seize, secure, tabulate and make return thereof according to law the following property or things which have been used in the commission of, or which constitute evidence of criminal conduct:**

Coleman's phone: Any and all evidence related to Possession of Marijuana with the Intent to Deliver

Kuhl's phone: Any and all evidence related to Possession of Marijuana with the Intent to Deliver. Any and all evidence related to Financial Transaction Device – Illegal Sale/Use

**for the following property and evidence located within the device(s):**

1. The following items that may be located on and in the above-described cellular communication device(s), including but not limited to:
   A. Data that may identify the owner or user of the above-described cellular communication device(s);
   B. Address books and calendars;
   C. Audio and video clips related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   D. Call histories and call logs related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   E. Photographs and associated metadata[1] related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   F. Text messages (SMS[2]), multimedia messages (MMS[3]), recorded messages and subscriber information modules [SIM cards[4]].

---

[1] Metadata is generally defined as data about data. It is stored within the data file itself, but is not normally seen when viewing the file. Metadata includes Exchangable Image File Format (EXIF) which is a specification for image file formats used by digital camera and includes specific information about the photograph.

[2] Short Message Service (SMS) is the text communication service that allows the exchange of short text messages between mobile phone devices.

[3] Multimedia Message Service (MMS) is a communication service that allows the exchange of messages that include multimedia content to and from mobile phones.

G. E-mail messages and attachments, whether read or unread and related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference.
H Internet World Wide Web (WWW) browser files including, but not limited to, browser history, browser cache, stored cookies; browser favorites, auto-complete form history and stored passwords;
I. Documents and other text based files related to the above described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
J. Applications and data obtained by the application including but not limited to Messaging applications or other "social Media" applications with a messaging feature.

2. With respect to the above items listed in #1 and its subsections above, the executing law enforcement officer(s) is\are authorized to view, photograph, record, copy, forensic image and conduct forensic analysis of any and all data, programs and applications on the above-described cellular communication device(s), as well as on any data storage devices and or mediums attached to those cellular communication devices;

3. The executing law enforcement officer may enlist the aid of a law enforcement computer forensic laboratory in the searching, viewing, photographing, recording, copying, forensic imagining and analysis of any and all of the information described in item list #1 and its subsections above.

**ISSUED UNDER MY HAND ON DATE 10/14/22**

**JUDGE/MAGISTRATE OF 62A DISTRICT COURT**

**Original Search Warrant**

[4] Subscriber Identity Modules, sometimes referred to as SIM cards, are portable memory chips often used in notebook computers and some models of mobile phones. SIM cards securely store the service-subscriber key used to identify subscribers. The SIM card allows users to change phones by simply removing the SIM card from one mobile phone and inserting it into another mobile phone or broadband telephony device. SIM cards store information used to authenticate and identify subscribers, including but not limited to the Service Provider Name, Service Dialing Numbers and Value Added Service applications. They can also be used to store personal address books and SMS data.

STATE OF MICHIGAN )

COUNTY OF )

KENT )

# AFFIDAVIT FOR SEARCH WARRANT

**TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY:**

**On this day, Detective April Kroschel, affiant now appears before the undersigned Magistrate authorized to issue warrants in criminal cases, and makes this affidavit in support of the issuance of a Search Warrant, to search the following described place:**

Blue Samsung cell phone w/ sim card taped to back – Collected from vehicle
Green iPhone – Linked to Kuhl
White iPhone in black case – Linked to Coleman

**And to there seize, secure, tabulate and make return thereof according to law the following property or things which have been used in the commission of, or which constitute evidence of criminal conduct:**

Coleman's phone: Any and all evidence related to Possession of Marijuana with the Intent to Deliver

Kuhl's phone: Any and all evidence related to Possession of Marijuana with the Intent to Deliver. Any and all evidence related to Financial Transaction Device – Illegal Sale/Use

Above-described cellular device and associated accounts used to send, receive, capture, or store electronic messages.

And for the following property and evidence located within the above described device(s):

1. The following items that may be located on and in the above-described cellular communication device(s), including but not limited to:
   A. Data that may identify the owner or user of the above-described cellular communication device(s);
   B. Address books and calendars;
   C. Audio and video clips related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   D. Call histories and call logs related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   E. Photographs and associated metadata[5] related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
   F. Text messages (SMS[6]), multimedia messages (MMS[7]), recorded messages and subscriber information modules [SIM cards[8]].

---

[5] Metadata is generally defined as data about data. It is stored within the data file itself, but is not normally seen when viewing the file. Metadata includes Exchangable Image File Format (EXIF) which is a specification for image file formats used by digital camera and includes specific information about the photograph.

[6] Short Message Service (SMS) is the text communication service that allows the exchange of short text messages between mobile phone devices.

G. E-mail messages and attachments, whether read or unread and related to the above-described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference.
H Internet World Wide Web (WWW) browser files including, but not limited to, browser history, browser cache, stored cookies; browser favorites, auto-complete form history and stored passwords;
I. Documents and other text based files related to the above described criminal activity and further described in the affidavit in support of this search warrant, which is attached hereto and entirely incorporated herein by reference;
J. Applications and data obtained by the application including but not limited to Messaging applications or other "social Media" applications with a messaging feature.

2. With respect to the above items listed in #1 and its subsections above, the executing law enforcement officer(s) is\are authorized to view, photograph, record, copy, forensic image and conduct forensic analysis of any and all data, programs and applications on the above-described electronic communication device(s), as well as on any data storage devices and or mediums attached to those electronic communication device(s);

3. The executing law enforcement officer may enlist the aid of a law enforcement computer forensic laboratory in the searching, viewing, photographing, recording, copying, forensic imagining and analysis of any and all of the information described in item list #1 and its subsections above.

**Affiant says that she has probable cause to believe that the above-listed things to be seized are now located upon said described premises, based upon the following facts:**

Your Affiant is Det. April Kroschel is a police officer for over 9 years and is currently assigned as a detective to the Investigation Division with the Wyoming Police Department. Affiant is investigating a Possession of Marijuana With the Intent to Deliver and Possession of Financial Transaction Device – Illegal Sale/Use that occurred on 10/13/22 at 801 Burton, City of Wyoming, county of Kent.

On 10/13/22 Ofc. Bernard observed Shaquan Akia Coleman DOB [redacted] attempting to urinate outside of a public gas station located at 801 Burton St SW Wyoming MI 49509. Shaquan left the scene in his vehicle which had heavily tinted windows.

Ofc. Bernard stopped the vehicle at the intersection of Cutler and Flossie and made contact with the driver, Shaquan, and rear seat passenger, Samuel Alexander Kuhl DOB [redacted]

Ofc. Bernard ran Shaquan's name through SOS and found that his driver's license had been revoked. Shaquan was placed in handcuffs and searched incident to arrest, a total of $975.00 in cash was found on his person. When Shaquan exited the vehicle Ofc. Bernard observed in plain view individually packaged bags of marijuana inside of the driver's side door.

Ofc. Tromp and Ofc. Phingsten asked Samuel to step out of the vehicle so it could be searched. Samuel refused to exit the vehicle and was reaching towards the floorboard. Samuel refused to listen to the officers and had to be

---

[7] Multimedia Message Service (MMS) is a communication service that allows the exchange of messages that include multimedia content to and from mobile phones.

[8] Subscriber Identity Modules, sometimes referred to as SIM cards, are portable memory chips often used in notebook computers and some models of mobile phones. SIM cards securely store the service-subscriber key used to identify subscribers. The SIM card allows users to change phones by simply removing the SIM card from one mobile phone and inserting it into another mobile phone or broadband telephony device. SIM cards store information used to authenticate and identify subscribers, including but not limited to the Service Provider Name, Service Dialing Numbers and Value Added Service applications. They can also be used to store personal address books and SMS data.

physically removed from the vehicle, he was subsequently placed into handcuffs for failing to obey a lawful command, Samuel had $3,424.00 in cash on his person. Samuel also had 10 credit cards on his person all with different owner's names.

During a search of the vehicle the following evidence was located: 8 corner baggies with marijuana (varying in size), 3 sandwich bags of marijuana, 1 bag half full of marijuana, box of plastic sandwich bags, a digital scale and 2 cell phones. A total of 179.2 grams of marijuana was located inside the vehicle.

Cell phone contents and data often assist with evidence showing where the phone was at during different times, showing suspects were at the scene(s) of the crime(s).

**WHEREFORE, your affiant verily believes the above-described item(s) will be found at the above-described property and constitute(s) evidence of the crime of Criminal Sexual conduct and use of a computer to commit a crime.**

Affiant

**ISSUED UNDER MY HAND ON DATE 10/14/2022**

**Issuance of a Search Warrant**
**As prayed for in the foregoing**

**Affidavit for Search Warrant**
**Is hereby authorized**

**JUDGE/MAGISTRATE OF THE 62A DISTRICT COURT**

**Original Affidavit**