# ATTACHMENT 2

| STATE OF MICHIGAN 62A DISTRICT COURT | AFFIDAVIT FOR SEARCH WARRANT | CASE NO. FIT-91-22 |
|---|---|---|

Detective Trooper Specialist (D/Tpr/Spl) Colin Gensterblum

Police Agency Report Number: FIT-91-22

, affiant(s), state that:

**A. The person, place, or thing to be searched is located at:**

Michigan State Police – Grand Rapids Post
2290 Four Mile Road NW,
Grand Rapids MI 49544

**B. The PROPERTY to be searched for and seized, if found, is specifically, described as:**

The contents previously downloaded from Samuel Alexander Kuhl's Samsung cellular device including, but not limited to, text messages, photographs, videos, downloaded items, social media account downloaded information, any and all applications that could contain photographs or videos or child pornography / sexually abusive material.

**B. The FACTS establishing probable cause or the grounds for the search are:**

1) Your Affiant, Detective Trooper Specialist (D/Tpr/Spl) Colin Gensterblum with the Michigan State Police Fraud Investigation Section. Affiant has over four years of law enforcement experience and is responsible for investigating crimes such as, CSAM, identity theft, counterfeiting, stolen financial transaction devices, and more.

2) Affiant began investigating an identity theft case on 10/26/2022, after Wyoming Police Department secured a search warrant on Samuel Alexander Kuhl's phone following an arrest. The original arrest was for PWID Marijuana and resisting and obstructing. The search warrant obtained through the 62A District Court, drafted by Wyoming Police Department, was obtained for information relating to drug trafficking.

3) As Affiant began searching the contents of the phone, Affiant came across a conversation between Samuel Alexander Kuhl [DOB [redacted] and a female who stated she was a sophomore at Bangor High School who had not yet attended drivers education. Through this conversation, the female identified herself as [redacted] sent numerous "selfies" of herself to Samuel. Affiant was able to locate a social media account on Facebook for [redacted] who appeared to be a minor.

4) Affiant noticed the conversation began to turn sexual in nature and came across a video sent from [redacted] to Samuel of a vagina being digitally penetrated by a black female. No face, or other identifying features, were observed in this video sent from [redacted] to Samuel. Affiant also came across a video of [redacted] who was nude in a shower touching her breast. This was sent from [redacted] to Samuel via messenger.

5) Affiant noticed that in numerous texts between Samuel and [redacted] that the conversation between them read that they have met in-person and are involved intimately with one another. In their texts, it mentions that they "broke up" and then got back together in a relationship.

6) Affiant was made aware from Tom Simpson, who is the City Manager for Bangor, that [redacted] is a sophomore at Bangor High School. A sophomore in the State of Michigan is, on average, between 15 and 16 years old. Affiant is aware that the photographs and videos sent to Samuel by [redacted] are likely CSAM due to her age.

This affidavit consists of: 2 pages.

[signature]
Affiant

| Review on: ______ Date<br>By: ______ Prosecuting Official | Subscribed and sworn before me on: 11/9/22 Date<br>[signature]<br>Judge/Magistrate |
|---|---|

MASTER FILE

| STATE OF MICHIGAN<br>62A DISTRICT COURT | AFFIDAVIT FOR SEARCH WARRANT | CASE NO.<br>FIT-91-22 |
|---|---|---|

7) Affiant is aware this search warrant is needed to further this CSAM investigation and to amend what has been located on the device that was searched subsequent to a search warrant. Due to the original search warrant not containing a request to search for CSAM, Affiant is requesting this search warrant.

IN CONSIDERATION OF THE FOREGOING, Affiant requests this Honorable Court issue a Warrant to search for and seize the property specified in Section "A" above.

Further Affiant sayeth not.

FIT-91-22

MASTER FILE

This affidavit consists of: 2 pages.

Affiant

| Review on: ____________ Date<br><br>By: ____________ Prosecuting Official | Subscribed and sworn before me on: 11/9/22 Date<br><br>Judge/Magistrate |
|---|---|

| STATE OF MICHIGAN 60th JUDICIAL DISTRICT | SEARCH WARRANT | CASE NO. FIT-91-22 |
|---|---|---|

**TO THE SHERIFF OR ANY PEACE OFFICER:**

Police Agency Report Number: FIT-91-22

D/Tpr/Spl. Colin Gensterblum, has sworn to the attached affidavit regarding the following:

**A. The person, place, or thing to be searched is located at:**

Michigan State Police – Grand Rapids Post
2290 Four Mile Road NW,
Grand Rapids MI 49544

**B. The PROPERTY to be searched for and seized, if found, is specifically, described as:**

The contents previously downloaded from Samuel Alexander Kuhl's Samsung cellular device including, but not limited to, text messages, photographs, videos, downloaded items, social media account downloaded information, any and all applications that could contain photographs or videos or child pornography / sexually abusive material.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant with affidavit attached and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

Issued: 11/9/22
Date

[signature]
Judge/Magistrate Bar no.

MASTER FILE

**RETURN AND TABULATION**

Search was made: 11/9/22 and the following property was seized:
Date

Samuel's Phone extraction In Cellebrite Reader

Copy of Search Warrant and Tabulation Served on OCU Date/Time: 11/9/23

Tabulation filed with ______ District Court on ______________ By: ______________________