# EXHIBIT 1

Cellebrite
www.cellebrite.com

# Extraction Report - Google Android Generic

## Participants

+17865881352

## Conversation - Instant Messages (19)

To: +17865881352

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

**Delivered:** 10/8/2022 9:46:03 AM(UTC+0)

10/8/2022 9:46:03 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x218E6 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

Hello baby

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read
**Delivered:** 10/8/2022 9:46:04 AM(UTC+0)

10/8/2022 9:46:03 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x2186F (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

How long

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 9:46:05 AM(UTC+0)

10/8/2022 9:46:04 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x217F7 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

(owner)
To: +17865881352

Half hour? You do outcalls?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

Status: Sent
Delivered: 10/8/2022 9:47:35 AM(UTC+0)

10/8/2022 9:47:35 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21754 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db
0x9AEC52 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

$120

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 9:50:19 AM(UTC+0)

10/8/2022 9:50:18 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x22328 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db
0x8C8751 (Table: participants; Size: 10162176 bytes)

(owner)
To: +17865881352

OK

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

Status: Sent
Delivered: 10/8/2022 9:56:20 AM(UTC+0)

10/8/2022 9:56:20 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x22285 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db 0x9AEBAC (Table: participants; Size: 10162176 bytes)

(owner)
To: +17865881352

Cutler Bay is okay?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

Status: Sent
Delivered: 10/8/2022 9:56:43 AM(UTC+0)

10/8/2022 9:56:43 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x221E2 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db 0x9AEB49 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

Send your full address and I will calculate the distance by GPS

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 9:57:07 AM(UTC+0)

10/8/2022 9:57:05 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x2216A (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

(owner)
To: +17865881352

12521 sw 99th CT
Cutler Bay 33189

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

Status: Sent
Delivered: 10/8/2022 10:10:10 AM(UTC+0)

10/8/2022 10:10:10 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x220ED (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x9AE624 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

GPS says 10 minutes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 10:10:34 AM(UTC+0)

10/8/2022 10:10:33 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x22076 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

(owner)
To: +17865881352

Okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

Status: Sent
Delivered: 10/8/2022 10:11:07 AM(UTC+0)

10/8/2022 10:11:07 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21FF9 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x9AEA64 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)
Are You Ready

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 10:11:17 AM(UTC+0)
10/8/2022 10:11:15 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21F62 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

(owner)
To: +17865881352
Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

Status: Sent
Delivered: 10/8/2022 10:11:24 AM(UTC+0)
10/8/2022 10:11:24 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21EDF (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db 0x9AE511 (Table: participants; Size: 10162176 bytes)

(owner)
To: +17865881352
Lmk when you on your way

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

Status: Sent
Delivered: 10/8/2022 10:11:39 AM(UTC+0)
10/8/2022 10:11:39 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21E3C (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x9AE4A9 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

Gas money $20 ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 10:11:43 AM(UTC+0)

10/8/2022 10:11:41 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21DC4 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 10:16:20 AM(UTC+0)

10/8/2022 10:16:19 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21D4C (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

Can i Send my Cashapp or Zelle

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 10:16:32 AM(UTC+0)

10/8/2022 10:16:32 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21CD4 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

(owner)
To: +17865881352

I'll pay cash onky all I have

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17865881352 | | | |

Status: Sent
Delivered: 10/8/2022 10:17:34 AM(UTC+0)

10/8/2022 10:17:34 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21C57 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db 0x9AE31A (Table: participants; Size: 10162176 bytes)

From: +17865881352
(owner)

Sorry my car has no gas how much will you send for gas

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 10/8/2022 10:21:21 AM(UTC+0)

10/8/2022 10:21:19 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db-wal : 0x21BE0 (Table: messages; Size: 524288 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x8C8751 (Table: participants; Size: 10162176 bytes)

Extraction Report - Google Android Generic

Cellebrite
www.cellebrite.com

## Participants

100083602583048
Jwell Given (owner)

100025040316895
Bae Baee

## Conversation - Instant Messages (64)

From: 6700
(owner)

Your new Mint 3 Month Unlimited plan is now alive

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

5/6/2022 6:55:28 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal
0xCEF13 (Table: calls; Size: 1013552 bytes)

From: 6700
(owner)

You've got a fresh Mint Mobile number 2696331359.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

5/6/2022 6:53:29 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal
0xCF046 (Table: calls; Size: 1013552 bytes)

From: 6700
(owner)

To help you set up your data and picture messaging

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

5/6/2022 6:53:28 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.samsung.android.providers.contacts/databases/calllog.db-wal
0xCF179 (Table: calls; Size: 1013552 bytes)

UNITED STATES OF AMERICA
DISTRICT COURT FOR
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
Plaintiff,
Case No. 1:23-cr-44
v.
Hon. Jane M. Beckering
SAMUEL ALEXANDER KUHL,
Defendant.

# DEFENDANT'S PROPOSED EXHIBITS

1. Initial Indictment and Superseding Indictment
2. ECF No. 103 and 174
3. ECF No. 143 and 164
4. Federal Search Warrants of 3/8/22 and 6/29/22
5. KDPS Incident Report Case No. 22-005993
6. Portage Police Department Case Narrative for Case No. 21-28598
7. KDPS ARREST REPORT Arrest # 20003550
8. Search Warrant and Affidavit for case no. 20-018786

9. KDPS Incident Report Case No. 20-019036

10. KDPS Incident Report Case No. 22-016407

11. Wyoming PD Search Warrant and Affidavit 10/13/22

12. ECF No. 165, 166, and 135

13. Robert E. Barnett, The Original Meaning of the Commerce Clause 68 U. Chi. L. Rev. 101-147 (2001)

14. Justice Clarence Thomas concurring opinion in U.S. v. Lopez, 514 U.S. 549, 115 S. Ct. (1995)

15. Photos obtained of Kuhl during fraud investigation by KDPS and FBI (14 photos)

16. ECF No. 126

17. Decision of Bond v. U.S., 131 S. Ct. 2355 (June 16, 2011)

18. Decision of Bond v. U.S., 572 U.S. 844 (2014)

19. Decision of U.S. v. Morrison, 529 U.S. 598 (2000)

20. Facebook messages showing Minor 1 stating multiple times she is 17.

21. Page 1 of Sixth Circuit Pattern Jury Instructions for §2422(b) trials regardless of what the Court stipulates as to age (18 or 16).

22. Different messages displaying Minor 1 seeking out sexual relations of her own volition with Defendant

23. Decision of U.S. v. Brown, 579 F. 3d 672 (6th Cir. 2009)

24. Decision of U.S. v. Perkins, 850 F. 3d 1109 (9th Cir. 2017)

25. Concurrence of Circuit Judge Eastbrook in U.S. v. Donoho, 76 F. 4th 588 (7th Cir. 2023)

26. Decision of Jones v. U.S., 529 U.S. 848, 120 S. Ct. (2000)

27. Additional Exhibits depending on expert's report and possible subpoena material.

28. Any exhibit available and necessary to contradict what the Government may present.

Wherefore, Defendant presents this list to inform the Court and Government of the exhibits he intends to introduce at trial. Due to lack of postage stamps Kuhl is unable to submit hard copies of exhibits at this time. Defendant also asserts his right to object to any specific exhibits the Government presents to the Court.

Respectfully,
S. Kuhl 6/6/25
S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI ~~4939~~ 49349