# EXHIBIT 2

Messages showing Minor 1 orchestrating and telling lies to her mother.

From: Redacted
(owner)

And nothing happening but I need you to get ahold of toya and tell her to say she called you to come give me a ride and that u don't know me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read
**Delivered:** 6/7/2022 21:21:13(UTC+0)

6/7/2022 21:21:15(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2B73E1 (Table: messages, participants, parts; Size: 10162176 bytes)

(owner)
To: Redacted

Bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | | | |

**Status:** Sent
**Delivered:** 6/7/2022 21:27:18(UTC+0)

6/7/2022 21:27:19(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2C16FD (Table: messages, parts, participants; Size: 10162176 bytes)

(owner)
To: Redacted

Wtf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | | | |

**Status:** Sent
**Delivered:** 6/7/2022 21:27:22(UTC+0)

6/7/2022 21:27:22(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2C1683 (Table: messages, parts, participants; Size: 10162176 bytes)

(owner)
To: Redacted

Why

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | | | |

**Status:** Sent
**Delivered:** 6/7/2022 21:27:25(UTC+0)

6/7/2022 21:27:25(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2C1609 (Table: messages, parts, participants; Size: 10162176 bytes)

(owner)
To: Redacted

Wtf you tell toya smh

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Redacted | | | |

**Status:** Sent
**Delivered:** 6/7/2022 21:28:04(UTC+0)

6/7/2022 21:28:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db
0x2C158F (Table: messages, parts, participants; Size: 10162176 bytes)

From: Redacted
(owner)

I didn't tell toya anything

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Unknown | | | |

**Status:** Read
**Delivered:** 6/8/2022 00:15:15(UTC+0)

6/8/2022 00:15:16(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db
0x2C19CF (Table: messages, participants, parts; Size: 10162176 bytes)

(owner)
To: Redacted

Wtf

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Redacted | | | |

**Status:** Sent
**Delivered:** 6/8/2022 00:15:38(UTC+0)

6/8/2022 00:15:38(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db
0x2C18DB (Table: messages, parts, participants; Size: 10162176 bytes)

From: Redacted
(owner)

I told my mom what happened and I said I found a ride someone that toya knew bc Redacted was making it seem like I just left

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| Unknown | | | |

**Status:** Read
**Delivered:** 6/8/2022 00:15:43(UTC+0)

6/8/2022 00:15:44(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2C1866 (Table: messages, participants, parts; Size: 10162176 bytes)

(owner)
To: Redacted

SMH so what's going on ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | | | |

**Status:** Sent
**Delivered:** 6/8/2022 00:16:00(UTC+0)

6/8/2022 00:16:00(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2C1777 (Table: messages, parts, participants; Size: 10162176 bytes)

From: Redacted
(owner)

then once my mom found out about the fight and shit that's when she yelled at Redacted and she was like why u ain't say that and she started lying and shit wanting to fight my mom then when I walked outside she got quiet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read
**Delivered:** 6/8/2022 00:16:51(UTC+0)

6/8/2022 00:16:53(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2A1EC4 (Table: messages, participants, parts; Size: 10162176 bytes)

From: Redacted
(owner)

But was tryna call me scary an shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

**Status:** Read
**Delivered:** 6/8/2022 00:17:01(UTC+0)

6/8/2022 00:17:01(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2A1E4F (Table: messages, participants, parts; Size: 10162176 bytes)

(owner)
To: Redacted

SMH

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | | | |

Status: Sent
Delivered: 6/8/2022 00:17:25(UTC+0)

6/8/2022 00:17:25(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2A16A3 (Table: messages, parts, participants; Size: 10162176 bytes)

From: Redacted
(owner)

Yea and then once my mom got on her ass she was mad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 6/8/2022 00:17:57(UTC+0)

6/8/2022 00:17:57(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2A15B9 (Table: messages, participants, parts; Size: 10162176 bytes)

From: Redacted
(owner)

And she was mad that my mom was believing me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |

Status: Read
Delivered: 6/8/2022 00:18:07(UTC+0)

6/8/2022 00:18:08(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2A1544 (Table: messages, participants, parts; Size: 10162176 bytes)

(owner)
To: Redacted

Oh lol what she was tryna say?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Redacted | | | |

Status: Sent
Delivered: 6/8/2022 00:52:59(UTC+0)

6/8/2022 00:52:59(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2A1B47 (Table: messages, parts, participants; Size: 10162176 bytes)