# EXHIBIT 3

MSP Facebook search warrant and supporting affidavit for Minor 1's Facebook Account and the return of inventory.

| STATE OF MICHIGAN 62A DISTRICT COURT | AFFIDAVIT FOR SEARCH WARRANT Page 1 of 5 | CASE NO. FIT-91-22 |
|---|---|---|

Your affiant, D/Tpr/Spl. Colin Gensterblum, with the Michigan State Police, states that:

1) The person, place, or thing to be searched is described as and is located at:

Meta Platforms, Inc.
601 Abbot Rd
Lansing, MI 48823

Legal Compliance – Security Department
1601 Willow Road
Menlo Park, CA 94025

2) The PROPERTY to be searched for and seized, if found, is specifically described as:

Any and all user account information, cookie IDs, profile information, all communications, content, Facebook messenger communications, IP addresses used, Geolocation data, photos, videos, email addresses, phone numbers, and device information/ identifiers for any of the following Facebook Accounts from (January 1st 2022, through November 9th 2022):

Profile ID: 100050050909340
Username: Minor 1

Including but not limited to:

1. All information added to the user's About section of the user's Timeline, including but not limited to: relationships, work, education, where they live (physical address, city, state, country), current city, date of birth, favorite quotes, gender, hometown, religious views, spoken languages, details in the "about you" section, life events, and political views. Any and all updates or changes made in the past to items located in the user's About section and what is currently in the About section of user's Timeline.
2. The date and time the user joined Facebook and the IP address used during the creation of the account.
3. All dates when the account was reactivated, deactivated, disabled or deleted.
4. All stored active sessions, including date, time, device, IP address, machine cookie and browser information.

Affiant:

Review on:

Date

By:

Prosecuting Official Bar No.

Subscribed and sworn before me on: 12/15/22

Date

Judge/Magistrate Bar No.

| STATE OF MICHIGAN 62A DISTRICT COURT | AFFIDAVIT FOR SEARCH WARRANT Page 2 of 5 | CASE NO. FIT-91-22 |
|---|---|---|

5. All IP addresses that have logged into the user's Facebook account.
6. All IP addresses and date/time stamps associated with logins/connections to the user's Facebook account and with logouts/disconnections from the user's Facebook account.
7. All current physical addresses and past physical addresses on the account.
8. The name on the user's Facebook account. All alternate names on user's account (ex: a maiden name or a nickname). All screen names the user added to the account, and the service they're associated with. Changes to the user's names, alternative names, or screen names.
9. A complete history of all conversations on Facebook Chat/Messenger, including messages, photos, videos, or other communication files the user has sent or received on Facebook and/or Facebook Messenger.
10. All places/locations the user has checked into or tagged themselves at.
11. The last location associated with an update.
12. All location data, date/time stamps, and IP addresses associated with any and all of the user's Facebook data and records, including but not limited to messages, posts, photos, videos, shares, likes, and status updates.
13. Purchases made on Facebook and any credit card numbers and/or bank account numbers given to Facebook.
14. A list of all people the user has removed as friends, a list of all friends the user indicated as family members, a list of all of the user's friends (including the friends' Facebook user identification numbers), and a list of all user accounts that the user has blocked.
15. A list of all people who the user follows and a list of all people who follow the user.
16. A list of all pending sent and received friend requests. A list of all friend requests rejected/denied by the user.
17. All email addresses added to user's account, including those that have been removed.
18. All websites, links, and other social media links added to the user's account.
19. All posts, photos, videos, links, articles, status updates, or other content the user has liked. All likes on the user's own posts, photos, videos, links, articles, status updates, or other content.
20. All pages liked by the user.
21. All likes the user made on sites off of Facebook. All information concerning page views of 3rd party websites which contain the 'Like' button or other Facebook social elements
22. All networks (affiliations with schools or workplaces) that the user belongs to on Facebook.

FIT-91-22 MASTER FILE

Affiant: [signature]

| Review on: ______ Date<br>By: ______ Prosecuting Official Bar No. | Subscribed and sworn before me on: 12/14/22 Date<br>[signature] Judge/Magistrate Bar No. |
|---|---|

| STATE OF MICHIGAN 62A DISTRICT COURT | AFFIDAVIT FOR SEARCH WARRANT Page 3 of 5 | CASE NO. FIT-91-22 |
|---|---|---|

23. All photos and videos in the user's original file format including EXIF data/metadata, including but not limited to all photos and videos posted to the user's timeline, all photos and videos uploaded by the user, and all photos uploaded by other users that the user is tagged in.
24. Anything the user posted to their own Timeline, including but not limited to posts, photos, videos, links, articles, status updates, or other content. Anything posted to the user's Timeline by someone else, including but not limited to posts, photos, videos, links, articles, status updates, or other content shared on the user's Timeline by friends. Anything the user posted to someone else's Timeline, including but not limited to posts, photos, videos, links, articles, status updates, or other content.
25. All posts, photos, videos, links, articles, status updates, or other content the user has commented on. All comments on the user's own posts, photos, videos, links, articles, status updates, or other content.
26. All content that the user is tagged in by other users.
27. All content the user shared with others on Facebook using the Share button or link.
28. All of the user's privacy settings.
29. All actions the user has taken and interactions the user has recently had.
30. All searches the user made on Facebook.
31. All information listed in the user's "Activity log".
32. The user's Facebook URL (ex: username or vanity for the user's account).
33. All apps and games they have added and/or used.
34. All gifts sent or received and associated purchase information for those gifts.
35. All dates, times and titles of ads clicked.
36. All people who have liked the user's Page or Place, RSVPed to user's event, installed user's app or checked in to user's advertised place within 24 hours of viewing or clicking on an ad or Sponsored Story.
37. All events the user has joined or been invited to. All future and past event postings.
38. A list of all groups the user belongs to on Facebook.
39. The user's preferred currency on Facebook.
40. The language the user selected to use Facebook in.
41 All mobile phone numbers added to the user's account, including verified mobile numbers the user added for security purposes and including those that have been removed.
42 All friends, apps or pages the user hid from their own News Feed.

Affiant: [signature]

Review on: ____________
Date

By: ____________
Prosecuting Official Bar No.

Subscribed and sworn before me on: 12/15/22
Date

[signature]
Judge/Magistrate Bar No.

| STATE OF MICHIGAN 62A DISTRICT COURT | AFFIDAVIT FOR SEARCH WARRANT Page 4 of 5 | CASE NO. FIT-91-22 |
|---|---|---|

43 A list of the accounts the user linked to their own Facebook account
44 Any notes and/or reviews the user has written and published to their account or any other user's account.
45 A list of all notification preferences and whether the user has email and text enabled or disabled for each.
46 A list of all pages the user is an administrator on.
47 All badges the user has added to their own account.
48 All topics the user may be targeted against based on user's stated likes, interests and other data put in user's Timeline.
49 All information about the user's access and use of Facebook Marketplace.
50 All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.
51 user's unique number based on a comparison of the photos the user is tagged in.

3. <u>The FACTS establishing probable cause or the grounds for the search are:</u>

1) Your Affiant, Detective Trooper Specialist (D/Tpr/Spl) Colin Gensterblum, is currently assigned to the Michigan State Police Fraud Investigation Section. Affiant has over four years of law enforcement experience and is responsible for investigating crimes such as, Child Sexually Explicit Material (CSAM), Criminal Sexual Conducts, Identity Thefts, Counterfeiting, and more.
2) Affiant began investigating an identity theft case on 10/26/2022, after the Wyoming Police Department secured a search warrant on Samuel Alexander Kuhl's phone, following an arrest. The original arrest was for PWID Marijuana and resisting and obstructing. The search warrant obtained through the 62A District Court, drafted by Wyoming Police Department, and was for information relating to drug trafficking.
3) As Affiant began searching the contents of the phone, Affiant came across conversations between Samuel Alexander Kuhl [DOB 12/31/1991] and a female who stated she was a sophomore at Bangor High School who had not yet attended drivers' education. Through this conversation, the female identified herself as Minor 1 Minor 1 sent numerous "selfies" of herself to Samuel. Affiant was able to locate a social media account on Facebook for Minor 1 who appeared to be a minor.
4) Affiant noticed the conversation begin to turn sexual in nature and came across a video sent from Minor 1 to Samuel of a vagina being digitally penetrated by a black female. No face, or other

Affiant: [signature]

| | |
|---|---|
| Review on: ______ Date | Subscribed and sworn before me on: 12/15/2022 Date |
| By: ______ Prosecuting Official Bar No. | [signature] Judge/Magistrate Bar No. |

| STATE OF MICHIGAN 62A DISTRICT COURT | AFFIDAVIT FOR SEARCH WARRANT Page 5 of 5 | CASE NO. FIT-91-22 |
|---|---|---|

identifying features, were observed in this video sent from Minor 1 to Samuel. Affiant also came across a video of Minor 1 who was nude in a shower touching her breast. This was sent from Minor 1 to Samuel via messenger.

5) Affiant noticed that in numerous texts between Samuel and Minor 1 that the conversation between them read that they have met in-person and are involved intimately with one another. In their texts, it mentions that they "broke up" and then got back together in a relationship.

6) Affiant interviewed Minor 1 on 11/09/2022 and she disclosed her date of birth in bei Redacted This confirms Minor 1 was a minor throughout her intimate relationship with Samuel. Minor 1 stated Samuel was aware of her age and that their relationship had been ongoing for approximately a year.

7) Minor 1 confirmed she sent Samuel sexually explicit photos/videos of herself, and she stated Samuel requested she do so Minor 1 also informed your affiant that Samuel sent her an image of his penis over the application of Facebook Messenger.

8) Affiant was told by Minor 1 that both she and Samuel engaged in sexual intercourse approximately ten times over their one-year relationship. Minor 1 disclosed these sexual encounters as being penile/vaginal and digital/vaginal every occurrence.

9) Minor 1 stated not only would there potentially be an image of Samuel's genitalia on her Facebook account, but she also disclosed there would be conversations confirming the sexual encounters.

Based upon my training and experience, Affiant has probable cause to believe that a search of the listed property will reveal evidence of multiple criminal sexual conducts and evidence of child sexually abusive material involving Minor 1 and Samuel.

In consideration of the foregoing, affiant requests this Honorable Court issue a warrant to search for and seize the property specified in "Section 2" from Meta Platforms, Inc.

Affiant:

Review on:

Date

By:

Prosecuting Official Bar No.

Subscribed and sworn before me on: 12/15/22

Date

Judge/Magistrate Bar No.

| STATE OF MICHIGAN<br>62A DISTRICT COURT | SEARCH WARRANT<br>Page 1 of 3 | CASE NO. FIT-91-22 |
|---|---|---|

Your affiant, D/Tpr/Spl. Colin Gensterblum with the Michigan State Police, has sworn to the attached affidavit regarding the following:

1) The person, place, or thing to be searched is described as and is located at:

Meta Platforms, Inc.
601 Abbot Rd
Lansing, MI 48823

Legal Compliance – Security Department
1601 Willow Road
Menlo Park, CA 94025

2) The PROPERTY to be searched for and seized, if found, is specifically described as:

Any and all user account information, cookie IDs, profile information, all communications, content, Facebook messenger communications, IP addresses used, Geolocation data, photos, videos, email addresses, phone numbers, and device information/ identifiers for any of the following Facebook Accounts (January 1st 2022, through November 9th 2022):

Profile ID: 100050050909340
Username Minor 1

Including but not limited to:

1. All information added to the user's About section of the user's Timeline, including but not limited to: relationships, work, education, where they live (physical address, city, state, country), current city, date of birth, favorite quotes, gender, hometown, religious views, spoken languages, details in the "about you" section, life events, and political views. Any and all updates or changes made in the past to items located in the user's About section and what is currently in the About section of user's Timeline.
2. The date and time the user joined Facebook and the IP address used during the creation of the account.
3. All dates when the account was reactivated, deactivated, disabled, or deleted.
4. All stored active sessions, including date, time, device, IP address, machine cookie and browser information.
5. All IP addresses that have logged into the user's Facebook account.
6. All IP addresses and date/time stamps associated with logins/connections to the user's Facebook account and with logouts/disconnections from the user's Facebook account.
7. All current physical addresses and past physical addresses on the account.
8. The name on the user's Facebook account. All alternate names on user's account (ex: a maiden name or a nickname). All screen names the user added to the account, and the service they're associated with. Changes to the user's names, alternative names, or screen names.
9. A complete history of all conversations on Facebook Chat/Messenger, including messages, photos, videos, or other communication files the user has sent or received on Facebook and/or Facebook Messenger.
10. All places/locations the user has checked into or tagged themselves at.
11. The last location associated with an update.
12. All location data, date/time stamps, and IP addresses associated with any and all of the user's Facebook data and records, including but not limited to messages, posts, photos, videos, shares, likes, and status updates.

| STATE OF MICHIGAN<br>62A DISTRICT COURT | SEARCH WARRANT<br>Page 2 of 3 | CASE NO. FIT-91-22 |
|---|---|---|

13. Purchases made on Facebook and any credit card numbers and/or bank account numbers given to Facebook.
14. A list of all people the user has removed as friends, a list of all friends the user indicated as family members, a list of all of the user's friends (including the friends' Facebook user identification numbers), and a list of all user accounts that the user has blocked.
15. A list of all people who the user follows and a list of all people who follow the user.
16. A list of all pending sent and received friend requests. A list of all friend requests rejected/denied by the user.
17. All email addresses added to user's account, including those that have been removed.
18. All websites, links, and other social media links added to the user's account.
19. All posts, photos, videos, links, articles, status updates, or other content the user has liked. All likes on the user's own posts, photos, videos, links, articles, status updates, or other content.
20. All pages liked by the user.
21. All likes the user made on sites off of Facebook. All information concerning page views of 3rd party websites which contain the 'Like' button or other Facebook social elements
22. All networks (affiliations with schools or workplaces) that the user belongs to on Facebook.
23. All photos and videos in the user's original file format including EXIF data/metadata, including but not limited to all photos and videos posted to the user's timeline, all photos and videos uploaded by the user, and all photos uploaded by other users that the user is tagged in.
24. Anything the user posted to their own Timeline, including but not limited to posts, photos, videos, links, articles, status updates, or other content. Anything posted to the user's Timeline by someone else, including but not limited to posts, photos, videos, links, articles, status updates, or other content shared on the user's Timeline by friends. Anything the user posted to someone else's Timeline, including but not limited to posts, photos, videos, links, articles, status updates, or other content.
25. All posts, photos, videos, links, articles, status updates, or other content the user has commented on. All comments on the user's own posts, photos, videos, links, articles, status updates, or other content.
26. All content that the user is tagged in by other users.
27. All content the user shared with others on Facebook using the Share button or link.
28. All of the user's privacy settings.
29. All actions the user has taken and interactions the user has recently had.
30. All searches the user made on Facebook.
31. All information listed in the user's "Activity log".
32. The user's Facebook URL (ex: username or vanity for the user's account).
33. All apps and games they have added and/or used.
34. All gifts sent or received and associated purchase information for those gifts.
35. All dates, times and titles of ads clicked.
36. All people who have liked the user's Page or Place, RSVPed to user's event, installed user's app or checked in to user's advertised place within 24 hours of viewing or clicking on an ad or Sponsored Story.
37. All events the user has joined or been invited to. All future and past event postings.
38. A list of all groups the user belongs to on Facebook.
39. The user's preferred currency on Facebook.
40. The language the user selected to use Facebook in.
41 All mobile phone numbers added to the user's account, including verified mobile numbers the user added for security purposes and including those that have been removed.
42 All friends, apps or pages the user hid from their own News Feed.

| STATE OF MICHIGAN<br>62A DISTRICT COURT | SEARCH WARRANT<br>Page 3 of 3 | CASE NO. FIT-91-22 |
|---|---|---|

43 A list of the accounts the user linked to their own Facebook account
44 Any notes and/or reviews the user has written and published to their account or any other user's account.
45 A list of all notification preferences and whether the user has email and text enabled or disabled for each.
46 A list of all pages the user is an administrator on.
47 All badges the user has added to their own account.
48 All topics the user may be targeted against based on user's stated likes, interests and other data put in user's Timeline.
49 All information about the user's access and use of Facebook Marketplace.
50 All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.
51 user's unique number based on a comparison of the photos the user is tagged in.

IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant with affidavit attached and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

Issued: 12/15/2022
Date

Judge/Magistrate Bar No.

| STATE OF MICHIGAN JUDICIAL DISTRICT | RETURN AND TABULATION | CASE NO. FIT-91-22 |
|---|---|---|

Search was made: 01/11/2023 (Date) and the following property was seized:

- 23768 Pages in PDF Format of Minor 1 Facebook accout.
- Additional Images & Videos From Minor 1 account

FIT-91-22

Copy of Search Warrant and Tabulation Served on Facebook Date/Time: 1/23/23/9:49

Tabulation filed with ______ District Court on ______________ By: ______________