# 1

Incident #: V301639

Reporting Officer:

Report Time: 02/14/2018 01:51:00

# Incident

Incident Nature
General Assist

Address
14 Bangor ST
Bangor, Michigan 49013

Occurred From
02/14/2018 01:51:00

Occurred To

Received By

How Received

Contact

Case Numbers
00917-18

# Persons

## KENNEDY, TISHA M
## Parent / Guardian

Address
[redacted]

[redacted]

DOB
09/14/1983

Race
Black or African American

Sex
Female

Ethnicity

Height

Weight
0

## PITCOCK, DAVID P
## Other Contact Person

Address
[redacted]

[redacted]

DOB
03/16/1964

Race
White

Sex
Male

Ethnicity

Height
6'00"

Weight
175

[redacted]

| Address | Phone | DOB |
|---|---|---|
| [redacted] | ( ) - | [redacted] |
| Race | Sex | Ethnicity |
| [redacted] | [redacted] | |
| Height | Weight | |
| | 0 | |

**ARNET, CLINT**
**Informational**

| Address | Phone | DOB |
|---|---|---|
| | ( ) - | |
| Race | Sex | Ethnicity |
| White | Male | |
| Height | Weight | |
| | 0 | |

# Narratives

## Original Narrative

INCIDENT REPORT 00917-18

NATURE OF COMPLAINT:

General Assist; Bangor Police Department.

Runaway Juvenile.

VENUE:

14 Bangor Street, Village of Bangor, Van Buren County, Michigan.

DATE & TIME:

02/14/2018; 01:51.

SUMMARY:

As Bangor Police Department was tied up with an in-custody arrest, reporting officer was requested by Van Buren County Central Dispatch to respond to 50 North Pine Street in the Village of Breedsville to inquire as to juvenile subject [redacted] was at the location as she had run away from her residence located at 14 Bangor Street.

[redacted] was located at the address and was transported back to the noted venue, where after further investigation, it was determined that she had been picked up by a male subject, later

identified as CLINT ARNET, sometime on Tuesday evening. It should be noted that [redacted] was reported missing by her mother, identified as TISHA KENNEDY, at 01:50, being located shortly thereafter at the North Pine Street address.

INITIAL CALL:

The initial call received advised that TISHA KENNEDY received a message from DAVID PITCOCK, noting that her daughter was at his residence with his daughter; the message was sent at 21:24.

When KENNEDY woke briefly at approximately 01:50, she noticed the message and went to check to see if her daughter, [redacted] [redacted] was in her bedroom, noting that she was not.

KENNEDY was unsure of where PITCOCK resided, therefore she called Van Buren County Central Dispatch to report [redacted] as missing.

CONTACT DAVID PITCOCK:

I made contact with DAVID PITCOCK at 50 North Pine Street in the Village of Breedsville, where he advised that [redacted] [redacted] was at the residence. He stated that she had been there since approximately 21:00 21:30, advising that once he found out that she was at the residence without the knowledge of her parents, he requested that [redacted] send a message to her mother. He stated that he also sent [redacted] S mother a message advising that [redacted] was at his home.

JUVENILE INFORMATION:

[redacted]

PARENT INFORMATION:

TISHA MICHELLE KENNEDY, Female, DOB 09/14/1983.

CONTACT JUVENILE [redacted]:

I asked [redacted] [redacted] briefly how she had gotten to the North Pine Street address, to which she stated that she got a ride from a friend; she did not provide any additional information.

TRANSPORT:

[redacted] [redacted] was transported from 50 North Pine Street to 14 Bangor Street by reporting officer; upon arriving to the Bangor Street address [redacted] was turned over to her mother, TISHA KENNEDY.

It should be noted that I did standby while KENNEDY spoke with [redacted] in regard to what had occurred, specifically who she had left with and what she had done. During the conversation with her mother, [redacted] did not answer any questions asked and did appear to be hiding something.

At one point during the conversation, KENNEDY asked [redacted] if she was [redacted] [redacted] responded stating that she was.

I observed KENNEDY ask [redacted] on multiple occasions who picked her up, where I noted [redacted] S answers change from a friend, to a friend who s name she had forgotten, to a stranger, to a stranger who she had met on the side of the road who drove her to Breedsville.

Officer Freelove, Bangor Police Department, then arrived on scene and the investigation was turned over to him.

STATUS:

Closed; TOT Bangor Police Department, attention Officer Freelove and Chief Tommy Simpson.

Respectfully submitted,

Deputy Andrew Galer
Van Buren County Sheriff s Department

JS
02/14/2018

Incident #: V346049

Reporting Officer:

Report Time: 03/19/2021 09:29:00

## Incident

| Incident Nature | Address | Occurred From |
|---|---|---|
| | [redacted] | 03/19/2021 09:29:00 |
| Occurred To | Received By | How Received |
| Contact | | |

Case Numbers
01252-21

## Offenses

### OBSCENE MATERIAL MANUFACTURE/P

| Completed? | Method Of Entry | Gambling Motivated? |
|---|---|---|
| Premises Entered? | Location Type | Cargo Theft Related? |
| Statute<br>722.675 | Description<br>CHILDREN - DISTRIBUTING SEXUALLY EXPLICIT, VISUAL OR VERBAL MATTER TO | Category |

### OBSCENE MATERIAL MANUFACTURE/P

| Completed? | Method Of Entry | Gambling Motivated? |
|---|---|---|
| Premises Entered? | Location Type | Cargo Theft Related? |
| Statute<br>722.675 | Description<br>CHILDREN - DISTRIBUTING SEXUALLY EXPLICIT, VISUAL OR VERBAL MATTER TO | Category |

# Persons

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

Height

Weight

0

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

Height

Weight
0

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

Race
White

Sex
Male

Ethnicity

Height

Weight
0

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

Brand

Model

Serial Number

Color

Quantity
1.000

Total Value
$0.00

Measurement

Amount Recovered
$0.00

Date Recovered

Status

Owner
[redacted]

## Cellular Phone

**Property**

Brand

Model

Serial Number

Color

Quantity
1.000

Total Value
$0.00

Measurement

Amount Recovered
$0.00

Date Recovered

Status

[redacted]

## Cellular Phone

**Property**

Brand

Model

Serial Number

Color

Quantity
1.000

Total Value
$0.00

Measurement

Amount Recovered
$0.00

Date Recovered

Status

Owner
[redacted]

## Cellular Phone

**Property**

Brand

Model

Serial Number

Color

Quantity
1.000

Total Value
$0.00

Measurement

Amount Recovered
$0.00

Date Recovered

Status

[redacted]

# Narratives

## Original Narrative

CASE 01252-21

DATE OF INCIDENT:

03/19/2021.

TYPE OF INCIDENT:

Obscenity.

VENUE:

[redacted]

VICTIM/COMPLAINANT:

[redacted]

VICTIM/COMPLAINANT FATHER:

[redacted]

SUSPECT #1:

[redacted]

SUSPECT#1 -MOTHER:

[redacted]

SUSPECT #2:

[redacted]

SUSPECT #2 -MOTHER:

[redacted]

SUSPECT #3:

[redacted]

SUSPECT #3 -MOTHER:

[redacted]

ASSISTANT PRINCIPAL [redacted]

PARA-PROFESSIONAL AT [redacted]

INFORMATIONAL/STUDENT [redacted]

[redacted]

INFORMATIONAL/STUDENT [redacted]

[redacted]

EVIDENCE SEIZED:

4 cellphones.

[redacted]

DISPATCH:

Reporting officer was dispatched to [redacted], to make contact with the victim and the victim s father, [redacted] reference other students at the [redacted]ing nude photos [redacted] and sending them out on the internet to other people. Reporting officer then responded to this location.

ARRIVAL ON SCENE:

Upon arrival on scene, reporting officer made contact with [redacted]

INFORMATION FROM [redacted]

They advised reporting officer that [redacted] were having a facetime live voice call between the two of them and unannounced to [redacted] was capturing screen shots of [redacted] from this live chat. She advised that herself and [redacted] were showing each other new bras and outfits that they had purchased and were changing outfits to show each other. That is when [redacted] was able to see [redacted] topless and screen shot those images without [redacted] S knowledge.

[redacted] advised that [redacted] sent the nude photos of [redacted] to a Facebook group chat. One of the numbers of that Facebook group chat was [redacted] that

she had also found out that other people who had received these pictures in different group chats were also sending them out to other people but she is not sure who.

She advised that, for sure, three of the people possessing and sending out nude pictures of her were [redacted]

CONTACT ASSISTANT PRINCIPAL [redacted]

After speaking to the victims/complainant and her father, reporting officer [redacted].

INFORMATION FROM ASSISTANT PRINCIPAL [redacted]

He advised reporting officer that he became aware of this same situation and prior to reporting officer s arrival at the school, he had obtained written statements from the victim, [redacted] suspect [redacted], informational/student [redacted] informational/student [redacted] informational/student [redacted], and informational/school employee, para-professional [redacted]. He did turn these written statements over to reporting officer. Reporting officer scanned them in and they will be attached to this original report. He advised that the students were at school awaiting to be picked by their parent or parents and allowed reporting officer to use his office to speak to the student and their parent or parents.

CONTACT WITH [redacted]:

Contact was made with both of them at the Assistant Principal s office at the [redacted]. In the room was reporting officer, [redacted] Reporting officer did speak to [redacted] with her mother [redacted] S permission and in her mother [redacted] S presence. Reporting officer and [redacted] asked [redacted] where she had obtained the cellphone she had, from. She [redacted] that she had purchased from an unknown person from Facebook who brought it to her house where she bought it. She does not know who this person is.

[redacted] advised that [redacted] is not supposed to have a cellphone and she had been keeping it secret from her [redacted] as she is on probation with [redacted] as her probation officer.

We asked what she knew of her nude or topless pics being sent to another student and she advised that [redacted] sent topless pictures of [redacted] to a group of people on Snap Chat, and that is how she came to possess a naked picture of [redacted] She advised that she did not resend this picture out to anybody. She just received it on a Snap Chat from [redacted]

Her phone was taken by reporting officer and her mother, [redacted] was advised that reporting officer was going to have the cellphone forensically examined by Van Buren County Sheriff s Office Forensic Digital Examiner, reference any evidence regarding this complaint.

We asked [redacted] if she knew what the phone number on the phone number on the phone was and she advised she did not know what the number was, that it is a text only phone, however the passcode was [redacted] advised that she is fine with reporting officer taking and examining the phone.

CONTACT WITH [redacted]

This was done at [redacted] at the residence of [redacted] and [redacted] Present was reporting officer, [redacted] and her mother, [redacted]

where reporting officer spoke to [redacted] with her mother [redacted] permission and in her mother [redacted] presence.

Reporting officer asked her what was going on with naked pictures being sent of other students, and she advised that [redacted] sent her topless photos of herself ([redacted] She advised that she ([redacted] sent out one of [redacted] topless photos to a group chat on Instagram and that is the only time she sent out a topless picture of [redacted] However, she advised that the picture she sent out to the group chat on Instagram, [redacted] did have a bra on, however she does have topless pictures of [redacted] on her cellphone. She advised that herself and [redacted] were facetime live chatting each other and screen shooting topless photos of each other. Reporting officer asked why she would do that, and she advised that she did not know. Reporting officer asked [redacted] to give reporting officer her cell phone which she did. [redacted] and her mother were advised that reporting officer was going to have the cellphone forensically examined by Van Buren County Sheriff s Office Forensic Digital Examiner, reference any evidence regarding this complaint. [redacted] advised the passcode is [redacted]

CONTACT WITH [redacted]

Contact was made with [redacted] and her mother [redacted] at the [redacted] School in the Assistant Principal s office. Present in the room was reporting officer, [redacted] and her mother, [redacted] Reporting officer spoke to [redacted] with the permission of her mother [redacted] and in the presence of her mother [redacted]

Reporting officer asked her what was going on with naked pictures of another student being sent around. She advised that [redacted] sent topless photos of [redacted] to her. she advised that she sent out the topless photos of [redacted] to people in a group chat on I-Message. She advised that she does have three of four topless pictures of [redacted] on her cellphone however she has deleted them. Reporting officer advised that reporting officer was going to have the cellphone forensically examined by Van Buren County Sheriff s Office Forensic Digital Examiner, reference any evidence regarding this complaint. [redacted] advised the passcode [redacted]

RECONTACT VICTIM/COMPLAINANT [redacted]:

Reporting officer advised that reporting officer spoke to [redacted] who advised that [redacted] were facetime live chatting each other and did screen-shot topless or nude photos of each other and [redacted] advised that this was not true; that [redacted] had screen shot topless photos of her ([redacted] and [redacted] did not screen any topless or nude screen shots from(of) [redacted] Reporting officer asked [redacted] to give reporting officer her cell phone which she did. [redacted] her father were advised that reporting officer was going to have the cellphone forensically examined by Van Buren County Sheriff s Office Forensic Digital Examiner, reference any evidence regarding this complaint. [redacted] advised the passcode is [redacted] .

CONTACT WITH [redacted]

None, however, his written statement obtained by Assistant Principa [redacted] was given to reporting officer. Assistant Principa [redacted] advised that he did show [redacted] written statement to [redacted] parents.

CONTACT WITH INFORMATIONAL/STUDENT [redacted]:

None, however reporting officer received a written statement obtained by Assistant [redacted] which was scanned in and will be attached to this original

report. Assistant Principal [redacted] did advise that he did tell [redacted] mom that [redacted] had provided a written statement to him.

CONTACT WITH [redacted]

None, however reporting officer received a written statement from [redacted] that was obtained by Assistant [redacted]. Assistant Principal [redacted] advised that [redacted] S parents were notified that she gave a written statement to [redacted]

INFORMATION FROM [redacted]:

Reporting officer received a written statement from her that she provided to Assistant Principal [redacted] that will also be scanned in and attached to this original report.

CONTACT DETECTIVE DAN FRATTURA:

Reporting officer did contact Detective Frattura and advised him of this incident; advised that there were four cellphones that reporting officer was requesting to be examined. The cellphones were placed into secure evidence locker in the Computer Crimes Unit at the Van Buren County Sheriff s Office.

STATUS:

Open, pending forensic digital interview of the cellphones by Detective Frattura.

Respectfully submitted,

Deputy Mick Masterson
Van Buren County Sheriff s Office

03/26/2021
cp

## Supplemental Narrative

EXAMINATION SUMMARY

CCU Case #:

847

Agency Case #:

Van Buren County Sheriff s Office # 1252-21

Date:

3/1/2022

Location:

Computer Crimes Lab- Van Buren County Sheriff s Office- Paw Paw, MI

Device Submitted:

[redacted]

Conclusion:
On 3/23/2021 at approximately 1105 hours, I retrieved 4 devices (3 Apple iPhones and a LG Phone) from Van Buren County Sheriff s Office Evidence room. I was requested by Deputy Masterson, Van Buren County Sheriff s Office, to attempt to extract the devices for a CSAM complaint he is investigating. On 3/24/2021 I attempted to extract a LG L555DL device using Cellebrite 4PC. This device supported two (2) levels of extraction- Advanced Logical and File System. On 3/24/2021 I attempted to extract an Apple iPhone 6s using Cellebrite 4PC. This device supported one (1) level of extraction- Full File System. On 3/24/2021 I attempted to extract an Apple iPhone XR using Cellebrite 4PC. This device supported two (2) levels of extraction- Advanced Logical and File System. On 3/24/2021 and 3/25/2021, I attempted to extract an Apple iPhone 11 using Cellebrite 4PC. This device supported two (2) levels of extraction- Advanced Logical (3/24/2021) and File System (3/25/2021).

I analyzed the extracted data using Cellebrite Physical Analyzer. I located inappropriate images and videos on the device. I spoke with the Van Buren County Prosecutor s Office about this case and we determined that I would speak with the juveniles about internet and phone safety.

As of this date 3/1/2022, I was able to speak with and return all of the devices to the families involved in this case.

Report prepared by:

Detective Dan Frattura
Van Buren County Sheriff s Office
Criminal Investigations Division
Computer Crimes Unit

Files on report disk:

File/Folder Name
Type
Description
Instructions for viewing

Glossary

Acquisition
The stage in a computer forensic investigation wherein the data involved is collected. Often the means used is a bit-by-bit copy of the hard disk or other media in question.

Allocated Data
Data that is still present on the physical memory and file partition of the device, and has not been deleted.

Cache
Browsers use caches as a form of short-term memory through the saving and storing of previously visited web pages; this is to speed up the serving of data for future similar requests. For example if visiting a web page you have previously browsed on, it will retrieve the page from the cache as opposed to the original server.

Cookie
These are small files placed onto your device when visiting a web page in order to store information about your preferences. By accepting cookies it works to improve the browsing experience as it remembers accessibility privileges, preferences and sign in details, making the process more efficient. These can be recovered as an indicator of web activity.

Computer Forensics
The legally tested and approved restoration, collection, preservation, analysis, and presentation of computer-related evidence. This digital evidence may be used to support, or disprove, aspects of an investigation or litigation involving companies, individuals or law enforcement.
[redacted]

Email Header
In an e-mail, the body is always preceded by header lines containing information of the message, including the sender, recipient, date and subject. Hidden information about the sender can be added by email programs and transmitting devices which is often traceable back to the individual or computer.

Encryption
Any procedure used in cryptography to convert plain text into cipher text in order to prevent anyone but the intended recipient from reading that data.

Extraction

This term is applied to Mobile Phone Examinations. This is a direct download of the phone and includes all the data from the device, much like a forensic image of a computer exhibit.

File-Sharing
This is the practice of making computer files available to other users of a network via the use of the internet to share documents, files and folders. Organizations often use a shared drive so that access to files is spread across everyone.

Forensic Image
A forensic image is a like-for-like copy of an exhibit, produced and verified by the examiner as part of best practice. All exhibits are imaged where possible, and the analysis or data recovery is then subsequently carried out on that image. This ensures that, should any data be lost or the image is damaged, another forensic image from the original exhibit can be acquired.

Hashing
Is the process of using a mathematical algorithm against data to produce a numeric value that is representative of that data.
IP Address
An Internet Protocol address (IP address) is a numerical label assigned to digital devices that are part of a computer network using that same IP for communication. This is to identify the host or network interface or to address the location.

IP Spoofing
IP address spoofing is the process of hiding the identity of the sender or impersonating another computing system through the creation of IP containers with fake IP address sources.

Keyword Search
Common search method for identifying key term matches across an exhibit. This can consist of any keyword however case relatable and less generic keywords are preferable.

LIVE-Analysis
Live analysis is where analysis is carried out on the exhibit without necessarily turning the device off or creating a verified forensic image. This in instances HAS to be done, and is non-avoidable, for example Xbox One and Playstation 4 games consoles and chrome books.

MAC Address
A media access control address (MAC address) is a computers unique and somewhat permanent identifier assigned to network interfaces for communications at the data link layer of a network segment. Although it is possible to change and spoof them.
[redacted]
Metadata
Metadata is information that describes other data. Metadata can include the author, the date created and the file size etc. all of which summarize basic information about data, which make finding and working with particular instances of data easier.

Operating System
The operating system is the fundamental program that runs on a computer upon switching the machine on. Computer operating systems allow functions to be carried out basic tasks to be performed, such as understanding keyboard commands, sending output to the display screen, keeping track of files and directories on the disk, and controlling peripheral devices such as printers.

Peer to Peer (P2P) Software
Software that is used to share data/files/communication etc. between users. This allows users to easily share, or download, data and files uploaded by other users. Common examples of P2P software would be BitTorrent, Napster, Skype and Limewire.

Removable Media

A type of storage device used to easily move data from one computer to another, the system can still be running when the media is removed. Examples of removable media is USB drives, memory sticks, DVDs and so on.

Server
A server is a computer program or a device that provides functionality for other programs or devices, called clients . Servers can provide various services, for example sharing data among multiple clients.

Shareware
This refers to versions of a software that are distributed as free demos on a trial basis. Once the trial period has been exceeded, the user will then have to pay to continue using the software.

SSD
SSD stands for Solid State Drive. It is a storage device containing non-volatile flash memory that produces much greater speed.

Triage
Triage (much like the medical term), is used to determine if an exhibit requires a full evidential examination, and if the exhibit contains positive material. This process is adopted as an efficient tactic by Police Forces, as a cost saving measure to ensure only exhibits containing positive material is analyzed further. A live triage, much like live analysis , is a triage that is performed onsite at a crime scene or on the exhibit without the generation of a forensic image.

Unallocated Data
Data that has been removed/deleted from the file partition, yet still exists on the memory of the exhibit and can be recovered by digital forensic experts.

Verification
Necessary checks that are performed across the original exhibit and the forensic image, in order to ensure and verify the accuracy of the copy (forensic image).

Write-blocker
Write blockers are devices that allow the successful image of data on a drive without creating the possibility of inadvertently harming the drive contents or writing data back to the original evidence. They do this by permitting read commands to pass but by blocking write commands.

Cellebrite UFED forensic tool used for connecting to and extracting data from mobile devices

Types of extractions:
- Advanced Logical the data on the phone that is accessible by the user (typically deleted data is not accessible)
- File System an extraction of the data at a lower level than the logical extraction. In some instances, the device will recover deleted data.
- Physical the lowest level extraction which presents the best chance for recovering deleted data

Not all phones are supported for any or all of these levels of extractions. The data which can be extracted varies between phones.

Phone memory vs. microSD phone memory is digital data store that is contained within the phone itself. MicroSD is removable media that can be inserted into certain phones to allow for additional storage. This makes the data portable.

Passcode and pattern code lock codes used to protect a mobile device against unauthorized access. A passcode is generally a numeric code while the pattern code is a pattern that must be swiped on the screen to gain access.