# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Samuel Alexander Kuhl | | | | DISTRICT JUDGE: Jane M. Beckering |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:23-cr-44 | 6/17/2025 | 1:04 PM - 2:47 PM | Grand Rapids | |

### APPEARANCES

| Government: Timothy VerHey, Olivia Ghiselli | Defendant: Scott Graham (standby) | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute   [ ] nolo contendre
  - [ ] not guilty   [ ] guilty
- [✓] Final Pretrial Conference
- [ ] Detention   (waived ___)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [ ] Sentencing
- [ ] Trial
- [ ] Other: ___

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ___

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: ___

### CHANGE OF PLEA
Charging Document:
- [ ] Read   [ ] Reading Waived

Guilty Plea to Count(s) ___ of the ___

Count(s) to be dismissed at sentencing: ___

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: ___
Probation: ___
Supervised Release: ___
Fine: $ ___
Restitution: $ ___
Special Assessment: $ ___

Plea Agreement Accepted:   [ ] Yes   [ ] No
Defendant informed of right to appeal:   [ ] Yes   [ ] No
Counsel informed of obligation to file appeal:   [ ] Yes   [ ] No
Conviction Information:
  Date: ___
  By: ___
  As to Count (s): ___

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |

**CASE TO BE:**   **TYPE OF HEARING:**

**Reporter/Recorder:** Genevieve Hamlin   **Law Clerk** M. Berger