UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 1:23-cr-44

HON. JANE M. BECKERING

SAMUEL ALEXANDER KUHL,

    Defendant.
_____/

# ORDER

Pending before the Court are the following motions: Defendant's motions in limine (ECF Nos. 203, 204, 213, 214, 215) and Defendant's "Motion to Return Property 41(g)" (ECF No. 230). The government did not file a written response to these motions.

As to Defendant's motions in limine, consistent with the Court's rulings on the record at the Final Pretrial Conference held on June 17, 2025:

- Defendant's motion in limine appearing on the docket at ECF No. 203 is GRANTED, subject to the limitations discussed on the record;

- Defendant's motion in limine appearing on the docket at ECF No. 204 is GRANTED IN PART and DENIED IN PART to the extent and for the reasons stated on the record;

- Defendant's motion in limine appearing on the docket at ECF No. 213 is DENIED to the extent and for the reasons stated on the record;

- Defendant's motion in limine appearing on the docket at ECF No. 214 is DISMISSED AS MOOT for the reasons stated on the record; and

- Defendant's motion in limine appearing on the docket at ECF No. 215 is DENIED for the reasons stated on the record.

As to Defendant's "Motion to Return Property 41(g)" (ECF No. 230), the government shall file a response no later than June 20, 2025.

**IT IS SO ORDERED**.


Dated:  June 18, 2025 /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge