UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
June 23, 2025 12:55 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 6-23

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:23-cr-44

v. Hon. Jane M. Beckering

SAMUEL ALEXANDER KUHL

Defendant.

*EXPEDITED CONSIDERATION REQUESTED*

MOTION FOR LEAVE TO FILE UNTIMELY

Defendant now comes before the Court respectfully requesting leave to file the attached motion. Honestly, Kuhl is not certain if the attached motion is a pretrial motion in the sense of being governed by the pretrial motion deadline. Accordingly, Defendant seeks leave as a precaution and to respect the Court's Orders and rules.

Due to the fact the messages at issue are 3-4 years old, Defendant cannot and did not remember specifics pertaining to emojis and was unaware of the substantial amount and their unique importance as to several messages in this case. Because the Government provided only text of these messages, it was impossible for Kuhl to have gained this knowledge previously. Accordingly, Mr. Kuhl only became aware of this content today 6/18/25 upon reviewing specific screenshots of digital forensics expert Adam Kelly's summary of findings.

Wherefore, Kuhl respectfully requests the Court attentively review the attached motion and decide it on the merits.

Further, Kuhl apologizes to your Honor and parties present at yesterday's pretrial conference and will abstain from such conduct in the future. It just seems everything and everyone is against me here and I'm overwhelmed with all of the circumstances. With that being said, there is no excuse for my behavior and Your Honor, nor anyone else should be subject to or tolerate such, and I truly apologize.

Respectfully,

S. Kuhl 6/18/25

S. Kuhl 61189510

Samuel Kuhl, Reg. #61189-510
Newaygo County Jail
PO Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
20 JUN 2025 PM 2 L




Clerk of Court
U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

49503-236399