UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_____________________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received June 26, 2025 and orders the Clerk to reject the Motion to Remove, Motion to Exclusion, Motion for Special Instruction, Motion to Define Term, Motion to Challenge, Motion to Exclude, and Motion to Preserve Right and return the document(s) to Samuel Alexander Kuhl #61189−510 for the reason(s) noted below:

Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

IT IS SO ORDERED.

Dated: June 26, 2025

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge