UNITED STATES DISTRICT COURT

FILED - GR
July 17, 2025 12:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns SCANNED BY: jm / 7/17

UNITED STATES OF AMERICA

v.                                                Case No. 1:23-cr-44

SAMUEL ALEXANDER KUHL                Hon. Jane M. Beckering

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant now comes respectfully requesting leave to file the attached motion totaling 32 pages. Kuhl has addressed multiple issues necessary and material to his request for a new trial. Defendant has made a good faith effort to address each matter sufficiently while trying to be brief. Due to the nature of each ground being important and essential to grant the relief requested, Kuhl pleads for the Court to rule on the motion in its entirety on the merits.

Because a new trial is a hard burden to carry it is necessary that Kuhl raise all material matters and fully explain why those matters warrant the relief he seeks. Additionally, it is ~~even~~ also more likely to only honor Ineffective Counsel claims by collateral proceeding under §2255 Habeas corpus petitions unless a well established record has been developed on the issue which Kuhl has tried to do.

Wherefore, Kuhl asks that this Court please allow the motion be ruled on despite it being over the page limit.

Respectfully,

S. Kuhl 7/10/25

S. Kuhl 61189510




has originated from
aygo County Jail"

ourt
Court
dg.
n NW
ds, MI 49503

[redacted]

D-2

AIL

Samuel Alexander Kuhl #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

"This ma
the Ne

Clerk of C
U.S. Dist.
399 Fed. B
110 Michig
Grand Rap

LEGAL M