UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

Case No. 1:23-cr-44

Hon. Jane M. Beckering
U.S. District Judge

**GOVERNMENT'S MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE**

Defendant filed a Motion to Extend Post-Verdict Deadline and a Supplement Motion in support of the same. (R. 289: Motion to Appoint Counsel and Extend Deadline Under Fed. R. Crim. P. 33, PageID.21414-15; R. 293: Supplement to Motion to Extend Post-Verdict Deadline Motion and Appointment of Counsel, PageID.2495-96.) Defendant's request for an extension of the 14-day deadline for the filing of motions under Fed. R. Crim. P. 33 and 34 was granted on July 14, 2025, and requires Defendant to file his motions by August 11, 2025. (R. 297: Order, PageID.2546-47.)

Since July 14, 2025, Defendant has filed several motions and/or supplements citing Fed. R. Crim. P. 33 and 34. Because there remain approximately two weeks until Defendant's filing deadline, the governments requests leave to file a consolidated response—due after the August 11, 2025, deadline. Given the anticipated volume of motions, the government requests 28 days for its response. Permitting the government to respond in a consolidated fashion will significantly reduce the confusion and difficulty that can arise with multiple filings by both parties.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: July 30, 2025

*/s/ Olivia Kay Ghiselli*

OLIVIA KAY GHISELLI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2025, a copy of United States' Motion for Leave to File Consolidated Response was mailed to the defendant at the following address of record:

Samuel Alexander Kuhl Reg. #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

*/s/ Olivia Kay Ghiselli*
OLIVIA KAY GHISELLI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404