UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

No. 1:23-cr-044

Hon. JANE M. BECKERING
United States District Judge

**ORDER**

This matter is before the Court on the government's Motion for Leave to File Consolidated Response. The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that Motion for Leave to File Consolidated Response is GRANTED. The government's response is due September 8, 2025.

Dated: July , 2025

_______________________________
JANE M. BECKERING
United States District Judge