UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
August 13, 2025 11:49 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM SCANNED BY: KD 8-14

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 1:23-cr-44

SAMUEL ALEXANDER KUHL,

Defendant.

MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant requests leave to file a reply brief to the Government's "Response in Opposition to Motion for Counsel and Extension of Motion Deadline" (ECF No. 313).

Defendant asserts that this reply is necessary to clarify erroneous facts stated in the Government's ~~Respunes~~ Response and prevent misleading of the Court.

This reply is further necessary to provide argument why granting Defendant's Motion for Counsel and Extension of Motion Deadline would further the interests of justice.

Wherefore, Kuhl requests leave to file the attached reply brief.

Respectfully,
S. Kuhl 8/8/25

S. Kuhl 61189510
1035 James
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI 493
11 AUG 2025 PM 4 L




"This mail has originated from the Newaygo County Jail"

Clerk of Court
U.S. Dist. Court
399 Fed. Bldg.
110 Michigan NW
Grand Rapids, MI 49503

LEGAL MAIL

~~49503-230099~~