UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_____________________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received October 1, 2025 and orders the Clerk to reject the Motion to Return Property, Notice of Mistake by USPS, Motion for Leave to File Untimely and return the document(s) to Samuel Alexander Kuhl for the reason(s) noted below:

Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

IT IS SO ORDERED.

Dated: October 2, 2025

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge