UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
______________________________________/

Case No. 1:23−cr−00044−JMB

Hon. Jane M. Beckering

**ORDER REJECTING PLEADING**

The Court has examined the following document(s) received October 10, 2025 and orders the Clerk to reject the Objection and return the document(s) to Samuel Alexander Kuhl for the reason(s) noted below:

Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

IT IS SO ORDERED.

Dated: October 20, 2025

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge