UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_____________________________/

No. 1:23-CR-44

Hon. Jane M. Beckering
U.S. District Judge

# MOTION FOR FINAL ORDER OF FORFEITURE

Plaintiff United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture for the reasons set forth below. A proposed order is submitted with this motion.

1. In the Forfeiture Allegation of the Superseding Indictment in this case, the United States, pursuant to 18 U.S.C. § 2253 and 18 U.S.C. § 2428, sought forfeiture of certain property described as: a Samsung Model SM-S901U1 with Factory #R3CT30LK50N and an iPhone Model A2342 with serial number F2LFVK860D46 (hereinafter the "Subject Property").

2. On June 27, 2025, Defendant Samuel Alexander Kuhl was found guilty of all counts in the Superseding Indictment at trial. (R.286; PageID.2407-2408.)

3. By virtue of the Defendant's guilty verdict and the evidence presented at trial, this Court found that the United States established the requisite nexus between the Defendant's criminal activity and the Subject Property, and accordingly,

entered a Preliminary Order of Forfeiture regarding the Subject Property on August 27, 2025. (R.333; PageID.3544-3546; *see also* R.326, Memorandum Opinion and Order; PageID.3526-3530.)

4. In accordance with 21 U.S.C. § 853(n)(1), the United States published a notice of forfeiture online for thirty days at www.forfeiture.gov beginning on August 28, 2025. (*See* Exhibit 1.)

5. Pursuant to 21 U.S.C. § 853(n), any person asserting a legal interest in the Subject Property may petition the Court for a hearing to adjudicate the validity of his/her alleged interest. All petitions regarding the Subject Property were due on or before October 27, 2025. 21 U.S.C. § 853(n)(2).

6. No petitions were filed in this case. Therefore, any third-party interests are barred by failure of those parties to file a timely petition. 21 U.S.C. § 853(n)(7).

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: November 4, 2025

/s/ Daniel T. McGraw
DANIEL T. McGRAW
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 4, 2025, a copy of the Government's Motion for Final Forfeiture was mailed to Defendant at the following address of record:

Samuel Alexander Kuhl
Inmate #61189-510
Newaygo County Jail
P.O. Box 845
White Cloud, MI 49349

/s/ Daniel T. McGraw
DANIEL T. McGRAW
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404