UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.

No. 1:23-CR-44

Hon. Jane M. Beckering
U.S. District Judge

______________________________/

**FINAL ORDER OF FORFEITURE**

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. No third party petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED that:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253 and 18 U.S.C. § 2428: a Samsung Model SM-S901U1 with Factory #R3CT30LK50N and an iPhone Model A2342 with serial number F2LFVK860D46 (hereinafter the "Subject Property").

2. Pursuant to 21 U.S.C. § 853(n)(7), all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of

America.

3. The Subject Property shall be disposed of by the Federal Bureau of Investigation and/or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated: ____________________

________________________________
JANE M. BECKERING
U.S. District Court Judge