UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
________________________________/

No. 1:23-cr-044

HON. JANE M. BECKERING
United States District Judge

## MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS

Now comes the United States of America by Timothy VerHey, United States Attorney for the Western District of Michigan, and Olivia Kay Ghiselli, Assistant United States Attorney, and moves the Court for leave to file its Sentencing Memorandum under restricted access in the above-entitled case to protect the privacy of the victim. The Sentencing Memorandum contains personal identifying information of a then-minor victim, as well as references to and descriptions of explicit videos in which they are portrayed.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: November 4, 2025

/s/ Olivia Kay Ghiselli
OLIVIA KAY GHISELLI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501
Tel. (616) 456-2404