UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMUEL ALEXANDER KUHL,

Defendant.
_______________________________/

No. 1:23-cr-044

HON. JANE M. BECKERING
United States District Judge

**ORDER**

This matter is before the Court on the Government's Motion for Leave to File Under Restricted Access, seeking leave to file its Sentencing Memorandum under restricted access. The Court having reviewed the filing:

IT IS HEREBY ORDERED that the Government's Motion for Leave to File Under Restricted Access is GRANTED. The Clerk of Court is directed to accept for filing under restricted access the Government's Sentencing Memorandum with access limited to only the Court, counsel of record for Defendant and the United States Attorney.

Dated: _______________

_______________________________
HON. JANE M. BECKERING
U.S. District Court Judge